IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
**PROCEEDING MEMO AND ORDER**

IN RE: )
) Chapter 13
ROBERT SAM, )
) Bankruptcy No. 18-01093
Debtor. )

Date of Hearing: September 4, 2018

APPEARANCES:

For Debtor: Kevin Ahrenholz
For Parties-In-Interest: Steve Klesner for Ralph and Vera Helm
Case Trustee: Carol Dunbar

NATURE OF PROCEEDING: ___ In Court   X   Telephonic

1) Motion for Relief from Stay #13
2) Document Re: Rental Deposit
3) Motion to Change Venue filed by Debtor on September 4, 2018

IT IS ORDERED THAT:

Prior to hearing, Debtor filed a Motion to Change Venue from the Northern District of Iowa to the Northern District of Illinois.

After hearing the arguments of counsel, the Court determines that the Motion to Change Venue should be and is hereby GRANTED. This case is transferred to the Northern District of Illinois. The Rental Deposit received by the Clerk of the Northern District of Iowa from Debtor is also transferred to the Northern District of Illinois.

No further orders are entered.

Dated and Entered  September 4, 2018

Thad J. Collins, Bankruptcy Judge