# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

CHAPTER 13

In Re:                                    Bankruptcy No.

Robert Sam                                18–01093

Debtor(s)

## CASE TRANSFERRED

Notification of Order Granting Motion to Change Venue from Northern District of Iowa to Northern District of Illinois

District Office #0862                     MEGAN R. WEISS
Office Code # 2                           Acting Clerk, Bankruptcy Court
Reopen/Origin Code # Original             by:

*Som Mary Grigg*

Date: September 4, 2018                   Deputy Clerk
                                          111 Seventh Avenue SE #15
                                          Cedar Rapids, IA 52401–2101

                                          CRIntake@ianb.uscourts.gov

*NOTE: Please fill out bottom portion and email to the clerk's office listed above.*

---

## ACKNOWLEDGEMENT OF RECEIPT FOR CASE TRANSFERRED

District Office #  0752                   Office Code #        3
New Case #                                Reopen/Origin Code #
18-81910

The undersigned hereby acknowledges receipt of this file by dating and signing this document and returning to above court address or email address.

Date:    September 5, 2018                Denise Gomez - Northern District of Illinois
                                          _____
                                          (CLERK/DEPUTY CLERK AND DISTRICT)