**NTCAPR, TRANSOUT, CLAIMS, DebtEd, Repeat, PRVDISCH**

# United States Bankruptcy Court
## Northern District of Iowa (Dubuque)
## Bankruptcy Petition #: 18-01093

*Date filed:*  08/10/2018
*341 meeting:*  09/07/2018

*Assigned to:* Thad J. Collins
Chapter 13
Voluntary
Asset

*Debtor*                                                    represented by **Kevin D. Ahrenholz**
**Robert Sam**                                              620 Lafayette Street
7 Colony Ct                                                 PO Box 178
Galena, IL 61036                                            Waterloo, IA 50704-0178
JO DAVIESS-IL                                               319-234-1766
802-777-4191                                                Email: ahrenholz@beecherlaw.com
SSN / ITIN: xxx-xx-6076

*Trustee*
**Carol F. Dunbar**
531 Commercial Street Ste 500
Waterloo, IA 50701
319-233-6327

*U.S. Trustee*
**United States Trustee**
United States Federal Courthouse
111 7th Avenue SE, Box 17
Cedar Rapids, IA 52401-2101
319-364-2211

| Filing Date | # | Docket Text |
|---|---|---|
| 08/10/2018 | 1 (51 pgs) | Chapter 13 Voluntary Petition for Individuals with Complete Schedules . Fee Amount $310. Debtor(s) Robert Sam. Chapter 13 Plan due by 08/24/2018. (Peters, Brian) (Entered: 08/10/2018) |
| 08/10/2018 | 2 (1 pg) | Submission of Payment Advices Filed by Debtor Robert Sam. (Peters, Brian) (Entered: 08/10/2018) |
| 08/10/2018 | 3 (3 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form B122C-1). 3 Years. Disposable Income Is Determined Filed by Debtor Robert Sam. (Peters, Brian) (Entered: 08/10/2018) |

| | | |
|---|---|---|
| 08/10/2018 | 4 (1 pg) | Debtor's Certificate of Credit Counseling Filed by Debtor Robert Sam. (Peters, Brian) (Entered: 08/10/2018) |
| 08/10/2018 | | Receipt of Voluntary Petition (Chapter 13)( 18-01093) [misc,volp13] ( 310.00) Filing Fee. Receipt number A2735581. Fee amount 310.00. (re:Doc# 1) (U.S. Treasury) (Entered: 08/10/2018) |
| 08/10/2018 | 5 (6 pgs) | Chapter 13 Plan . Filed by Robert Sam (related document(s)1 Voluntary Petition (Chapter 13)). (Peters, Brian) (Entered: 08/10/2018) |
| 08/10/2018 | 6 (9 pgs) | Certificate of Service re: Plan Filed by Debtor Robert Sam (related document(s)5 Plan). (Peters, Brian) (Entered: 08/10/2018) |
| 08/11/2018 | 7 (2 pgs) | Motion *to Dismiss by Debtor's Attorney* Filed by Robert Sam (related document(s)1 Voluntary Petition (Chapter 13)). (Peters, Brian) (Entered: 08/11/2018) |
| 08/13/2018 | | Receipt for Rental Deposit in the Amount of $ 3000.00 (nbec) (Entered: 08/13/2018) |
| 08/13/2018 | 8 (5 pgs) | Motion For Sanctions (nbec) (Entered: 08/13/2018) |
| 08/13/2018 | 9 (1 pg) | Motion to Withdraw as Attorney Filed by Robert Sam (Peters, Brian) (Entered: 08/13/2018) |
| 08/13/2018 | 10 (2 pgs) | Certificate of Service re: Motion to Withdraw as Attorney Filed by Debtor Robert Sam (related document(s)9 Motion to Withdraw as Attorney). (Peters, Brian) (Entered: 08/13/2018) |
| 08/13/2018 | 11 (1 pg) | Document Re: Rental Deposit filed by Debtor Robert Sam (related document(s)7 Motion, Receipt of Rental Deposit) (nbec) (Entered: 08/13/2018) |
| 08/14/2018 | 12 (2 pgs) | Notice of Appearance and Request for Notice by Steven G. Klesner Filed by Creditor Ralph & Vera Helm. (Klesner, Steven) (Entered: 08/14/2018) |
| 08/14/2018 | 13 (6 pgs) | Motion for Relief from Stay . Fee Amount $181. Filed by Ralph & Vera Helm (Klesner, Steven) (Entered: 08/14/2018) |
| 08/14/2018 | | Receipt of Motion for Relief From Stay (Fee)( 18-01093) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number A2737068. Fee amount 181.00. (re:Doc# 13) (U.S. Treasury) (Entered: 08/14/2018) |
| | 14 (3 pgs; 3 docs) | Hearing Set (related document(s)7 Motion, 8 Motion for Sanctions, 9 Motion to Withdraw as Attorney, 11 Document re |

| | | |
|---|---|---|
| 08/14/2018 | | rental deposit) Hearing scheduled for 8/20/2018 at 01:30 PM at Telephonic Hearing. (jhub) Additional attachment(s) added on 8/14/2018 (jhub). Additional attachment(s) added on 8/14/2018 (jhub). (Entered: 08/14/2018) |
| 08/14/2018 | 15 (1 pg) | Corrective Entry re Hearing Notice at Docket 14. Initial hearing form generated prematurely. Corrected notice of hearing attached to Docket 14 and to this entry for viewing. (related document(s)14 Hearing Set/Continued) (jhub) (Entered: 08/14/2018) |
| 08/15/2018 | 16 | **Please see entry #17 for correct notice - form did not attach to this notice.** Hearing Set (related document(s)13 Motion for Relief From Stay (Fee)) Preliminary Hearing to be held on 9/4/2018 at 02:00 PM at Telephonic Hearing. (nbec) Modified on 8/15/2018 (nbec). (Entered: 08/15/2018) |
| 08/15/2018 | 17 (1 pg) | Hearing Set (related document(s)13 Motion for Relief From Stay (Fee)) Preliminary Hearing to be held on 9/4/2018 at 02:00 PM at Telephonic Hearing. (nbec) (Entered: 08/15/2018) |
| 08/15/2018 | | Corrective Entry - Form was not attached to the Notice. Please see entry #17 for correct Notice. (related document(s) 16 Hearing Set/Continued) (nbec) (Entered: 08/15/2018) |
| 08/15/2018 | 18 (2 pgs) | Meeting of Creditors Chapter 13 341(a) meeting to be held on 9/7/2018 at 11:30 AM at Dubuque 341 Meeting Room.Section 523 Objection due by 11/6/2018. Reaffirmation Agreement due by 11/6/2018. (jhub) (Entered: 08/15/2018) |
| 08/15/2018 | 19 (1 pg) | Notice to Begin Plan Payments (Entered: 08/15/2018) |
| 08/17/2018 | 20 (4 pgs) | BNC Certificate of Mailing (related document(s)18 Meeting of Creditors Chapter 13) Notice Date 08/17/2018. (Admin.) (Entered: 08/18/2018) |
| 08/17/2018 | 21 (2 pgs) | BNC Certificate of Mailing (related document(s)19 Notice to Begin Plan Payments) Notice Date 08/17/2018. (Admin.) (Entered: 08/18/2018) |
| 08/17/2018 | 22 (2 pgs) | BNC Certificate of Mailing (related document(s)17 Hearing Set/Continued) Notice Date 08/17/2018. (Admin.) (Entered: 08/18/2018) |
| 08/20/2018 | 23 (19 pgs) | Response to Motion, Motion to Withdraw as Attorney Filed by Ralph & Vera Helm (related document(s)7 Motion, 9 Motion to Withdraw as Attorney). (Klesner, Steven) (Entered: 08/20/2018) |
| 08/20/2018 | 24 (1 pg) | Appearance by Kevin D. Ahrenholz Filed by Debtor Robert Sam. (Ahrenholz, Kevin) (Entered: 08/20/2018) |

| | | |
|---|---|---|
| 08/20/2018 | 25 (1 pg) | Proceeding Memo and Order Re: Motion to Dismiss (Related Doc # 7) Dated and Entered on 8/20/2018. (nbec) (Entered: 08/20/2018) |
| 08/20/2018 | 26 (1 pg) | Order Granting Motion To Withdraw As Attorney (Related Doc # 9) Dated and Entered on 8/20/2018. (nbec) (Entered: 08/20/2018) |
| 08/20/2018 | 27 (1 pg) | Proceeding Memo and Order Re: Motion for Sanctions (related document(s)8 Motion for Sanctions) (nbec) (Entered: 08/20/2018) |
| 08/20/2018 | 28 (1 pg) | Proceeding Memo and Order Re: Document Re: Rental Deposit Signed on 8/20/2018. Hearing continued and reset for 9/4/2018 at 02:00 PM at Telephonic Hearing. (nbec). Related document (s) 11 Document filed by Debtor Robert Sam. Modified on 8/20/2018 (nbec). (Entered: 08/20/2018) |
| 08/21/2018 | 29 (1 pg) | Notice and Order Fixing Time to Object to Confirmation of Plan & Setting Hearing on Confirmation of Plan Signed on 8/21/2018. (related document(s)5 Plan) Last day to Object to Confirmation 9/21/2018. Confirmation hearing to be held on 10/16/2018 at 01:30 PM at Dubuque Court - Fed Bldg. (jhub) (Entered: 08/21/2018) |
| 08/22/2018 | 30 (2 pgs) | BNC Certificate of Mailing (related document(s)25 Generic Order) Notice Date 08/22/2018. (Admin.) (Entered: 08/23/2018) |
| 08/22/2018 | 31 (2 pgs) | BNC Certificate of Mailing (related document(s)26 Order on Motion to Withdraw as Attorney) Notice Date 08/22/2018. (Admin.) (Entered: 08/23/2018) |
| 08/22/2018 | 32 (2 pgs) | BNC Certificate of Mailing (related document(s)27 Proceeding Memo) Notice Date 08/22/2018. (Admin.) (Entered: 08/23/2018) |
| 08/22/2018 | 33 (2 pgs) | BNC Certificate of Mailing (related document(s)28 Order Setting/Continuing Hearing - bk) Notice Date 08/22/2018. (Admin.) (Entered: 08/23/2018) |
| 08/23/2018 | 34 (3 pgs) | BNC Certificate of Mailing (related document(s)29 Setting Confirmation Hearing & Objection Deadline) Notice Date 08/23/2018. (Admin.) (Entered: 08/24/2018) |
| 08/28/2018 | 35 (1 pg) | Response re: Motion for Relief From Stay (Fee) Filed by Debtor Robert Sam (related document(s)13 Motion for Relief From Stay (Fee)). (Ahrenholz, Kevin) (Entered: 08/28/2018) |
| 09/04/2018 | 36 (22 pgs) | Motion to Change Venue from Northern District of Iowa to Northern District of Illinois Filed by Robert Sam (Ahrenholz, Kevin) (Entered: 09/04/2018) |

| | | |
|---|---|---|
| 09/04/2018 | 37<br>(1 pg) | Order Granting Motion to Change Venue from Northern District of Iowa to Northern District of Illinois (Related Doc # 36) Dated and Entered on 9/4/2018. (sgre) (Entered: 09/04/2018) |