Case 18-01093 Doc 11 Filed 08/05/18 Entered 08/05/18 12:51:23 Desc Cont'd
Pleadings (Record) Page 1 of 12

## The UPS Store #5246

**From:** robert sam <harpees5@yahoo.com>
**Sent:** Monday, August 13, 2018 8:55 AM
**To:** The UPS Store #5246
**Subject:** Robert sam

FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

AUG 1 3 2018

Clerk of Court

By:_____
Deputy

RECEIVED

AUG 1 3 2018

U.S. Bankruptcy Court

To your honor,

My name is Robert Sam and I filed a chapter
13 Friday with my lawyer Mr. Brian Peters.
We filled out the 101A form to stay the
eviction and cure the back rent.
We were told that it was ok to have the lawyer mail in the check for the landlords from the client trust account. Mr.
Peters and myself re read the form and it says it needs to be deposited with the clerk at the time of filing. So I told Mr.
Peters that we need to do that as I signed that is what I agreed to. He thought then he should dismiss my case and re
file. But I wanted to ask you if I could keep my current case as I drove down today with the certified check to deposit
with your clerks?
This was a minor mistake and no fault of Mr. Peters as we were told one thing but it reads something else. I am very
sorry for any inconvenience this caused on you your honor, we are just trying so hard to get this filed so we don't get
evicted as my wife and daughter are disabled and I have to fight hard for them.

1

Sincerely,
Robert sam

Sincerely, Robert Sam

2

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| Robert Sam, | ) | |
| | ) | Bankruptcy No. 18-01093 |
| Debtor. | ) | |

## APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Steven G. Klesner, and hereby enters his appearance in this case on behalf of Creditors Ralph and Vera Helm, and pursuant to Bankruptcy Rule 2002(g), requests that all notices under Section 342 of the Bankruptcy Code, Bankruptcy Rule 2002, or otherwise be mailed to him at the following address:

> Steven G. Klesner
> JOHNSTON, STANNARD, KLESNER, BURBIDGE
> & FITZGERALD, P.L.C.
> 373 Scott Court, Suite B
> PO Box 3400
> Iowa City, IA 52244

and further requests his name and the above address be entered upon the mailing matrix in this proceeding.

Respectfully submitted,

/s/ Steven G. Klesner

Steven G. Klesner  000013024
JOHNSTON, STANNARD, KLESNER,
BURBIDGE & FITZGERALD, P.L.C.
373 Scott Court, Suite B
PO Box 3400
Iowa City, IA 52244
steve@iclawfirm.com
(319)338-9852 Telephone
(319)354-7265 Facsimile
ATTORNEY FOR CREDITORS
RALPH & VERA HELM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served on the parties herein by electronic noticing from the Bankruptcy Court or by envelope addressed to the same at the addresses shown below with postage fully paid and by depositing said envelope in a United States Postal Service depository at Iowa City, Iowa, this 14th day of August, 2018.

/s/ Dawn Krabill

**Service List**

Office of the U.S. Trustee

Carol F. Dunbar, Trustee

Brian W. Peters

Robert Sam
7 Colony Ct
Galena, IL 61036

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| Robert Sam, | ) | |
| | ) | Bankruptcy No. 18-01093 |
| Debtor. | ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

COME NOW, Ralph Helm and Vena Helm (hereinafter "Creditors"), by their undersigned attorney, and in support of their Motion for Relief from Automatic Stay states:

1. The Court has jurisdiction of this matter pursuant to 28 U.S.C. sec. 157 and 11 U.S.C. sec. 362, and this motion is made in accordance with Bankruptcy Rule 4001.

2. Robert Sam (hereinafter "Debtor") filed his Chapter 7 bankruptcy petition herein on August 10, 2018.

3. Debtor listed on his Schedule F a debt to Creditors, as an unspecified "other" claim incurred during an unknown time period. In fact, the claim arises from a lease agreement, which is the subject of the subsequent pleadings, Motion to Dismiss [Docket #7], Motion for Sanctions [Docket #8], Motion to Withdraw as Attorney [Docket #9], and Document Re: Rental Deposit [Docket #11]. A forcible entry and detainer was filed in Jo Daviees County, Illinois on June 18, 2018 by the Creditors, and a hearing was held on July 2, 2018. An Eviction Order was entered on July 2, 2018. See Exhibit A, attached hereto. A motion to vacate was filed by the Debtor on August 3, 2018, and the Appellate Court of the Second District, State of Illinois, denied the Debtor's motion. See Exhibit B, attached hereto.

4. The Debtor made misrepresentations on his Form 101A. The form falsely represents that nonbankruptcy law allows the Debtor to "stay in my residence by paying my landlord the entire delinquent amount." This statement has no basis in fact.

5. Further, the Debtor misrepresents that "I have given the bankruptcy court clerk a deposit for the rent that would be due...". The Debtor, in fact, delivered a deposit to the clerk on August 13, 2018, which is three days after the bankruptcy filing.

6. Other than the filing of non-meritorious pleadings in state and federal court, there is no known basis in law for the Debtor to remain in possession of the property. The Debtor's appeal of the Eviction Order has been denied. Under the circumstances, the automatic stay should be modified in this case to allow the Creditors to resort to their state law remedy.

7. 11 U.S.C. § 362(b)(22) states that the automatic stay does not apply in this circumstance, except when § 362(l) applies; subsection (l) provides a 30-day stay on eviction when both of the circumstances that the Debtor stated on Form 101A apply. Again, the Debtor's statements on that form are false.

8. The foregoing facts constitute cause for relief from the automatic stay.

9. It is apparent that the Debtor is abusively utilizing the Bankruptcy Code to delay a rightful eviction. Equity requires dismissal by the Court, or an order granting this motion.

WHEREFORE, Creditors respectfully request that the Court enter an Order:

a) granting relief from the automatic stay;

b) finding that the fourteen (14) day stay period pursuant to Bankruptcy Rule 4001(a)(3) shall be inapplicable;

c) authorizing Creditors to immediately exercise their rights pursuant to applicable non-bankruptcy law to possession of their real property; and

d) for such other and further relief as the Court deems equitable in the premises.

**NOTICE: FAILURE TO FILE A RESPONSE TO THIS MOTION WITHIN FIVE (5) BUSINESS DAYS BEFORE THE HEARING DATE MAY RESULT IN A DEFAULT ORDER BEING ENTERED.**

Respectfully submitted,

/s/ Steven G. Klesner

Steven G. Klesner  000013024
JOHNSTON, STANNARD, KLESNER,
BURBIDGE & FITZGERALD, P.L.C.
373 Scott Court, Suite B
PO Box 3400
Iowa City, IA 52244
steve@iclawfirm.com
(319)338-9852 Telephone
(319)354-7265 Facsimile
ATTORNEY FOR CREDITORS
RALPH & VERA HELM

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served on the parties herein by electronic noticing from the Bankruptcy Court or by envelope addressed to the same at the addresses shown below with postage fully paid and by depositing said envelope in a United States Postal Service depository at Iowa City, Iowa, this 14th day of August, 2018.

/s/ Dawn Krabill

**Service List**

Office of the U.S. Trustee

Carol F. Dunbar, Trustee

Brian W. Peters

Robert Sam
7 Colony Ct
Galena, IL 61036

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit

EXHIBIT
A
www.legalstore.com No. 7113

| STATE OF ILLINOIS, CIRCUIT COURT Jo Daviess COUNTY | EVICTION ORDER | For Court Use Only |
|---|---|---|

**FILED**

JUL 02 2018

Shannon Ward
CLERK OF THE CIRCUIT COURT OF
THE FIFTEENTH JUDICIAL CIRCUIT
JO DAVIESS COUNTY ILLINOIS

18 L 15

Case Number

**Instructions ▼**

Directly above, enter the name of the county where the case was filed.

Plaintiff (For example, the landlord or owner):
Ralph + Vena Helm

Enter the full names of Plaintiff, Defendants, and the case number as listed on the *Eviction Complaint*.

v.

Defendants (For example, the tenants or occupants):
Robert Sam

Check the box for Unknown Occupants if it was checked on *Eviction Complaint*.

☐ Unknown Occupants

| Notice to Defendants: | This *Order* is a judgment against you. It may appear on a background or credit check and affect your ability to rent housing. Do not agree to or sign off on this *Order* if: • You have an agreement with Plaintiff that lets you stay in the property; or • Plaintiff has agreed to dismiss this case if you move out by a certain date. |
|---|---|

Check this box if the judge dismissed any Defendants from the case. Enter the names of those Defendants.

☐ The following individuals are dismissed as Defendants, and this *Order* does not apply to them:
_____

In 1, enter the complete address, including the street direction (N., E., etc.) and unit # or floor.

1. Plaintiff is given possession of the property located at:
7 Colony Court
Street address _____ Unit _____
Galena  IL  61036
City  State  ZIP

In 2, enter the date and time by which Defendants must move out.

2. Defendants must move out of the property on or before  8/11/18  by ☒ 11:59 p.m.
Date
or by ☐ _____
Time

In 3, enter the names of Defendants to be evicted and check the box for Unknown Occupants if it was checked on the *Eviction Complaint*.

3. Plaintiff may give the sheriff a copy of this *Eviction Order*. If Defendants do not move by the date and time listed above, the Sheriff is ordered to evict the following Defendants: Ralph Sam and any other family residing there ☐ Unknown Occupants

In 4, check the boxes that apply. If Plaintiff is awarded money, enter the names of Defendants who have been ordered to pay the money.

4. Plaintiff is owed (check all that apply):  ☐ No money claimed in *Eviction Complaint*
☐ Money claim dismissed and Plaintiff may seek this money in the future
☒ Money claim dismissed and Plaintiff may not seek this money in the future
☐ $_____ in rent or assessments
☐ $_____ in court costs
☐ $_____ in attorneys' fees (if allowed)
☐ The total judgment amount of $_____ is entered against the following Defendants:
_____

Sections 1-4 must be completed.

☐ The Court is not yet ruling on the money claim. Case continued to _____ Date _____ Time
for ☐ status ☐ hearing in courtroom _____
and the Court finds there is no just reason to delay enforcement or appeal of this *Eviction Order*.

Enter the name and contact information of the person completing this *Order*.

Name: Thomas J. Nack
Address: 106 N. Main
Telephone #: 815-777-1218
Attorney # (if any): _____

ENTERED: 7-2-18
Date

_____
Judge

E-O 3500.2  Page 1 of 1  (12/17)



EXHIBIT

B



### STATE OF ILLINOIS
# APPELLATE COURT
#### SECOND DISTRICT

| CLERK OF THE COURT | 55 SYMPHONY WAY | TDD |
| --- | --- | --- |
| (847) 695-3750 | ELGIN, IL 60120 | (847) 695-0092 |

August 13, 2018

Robert Sam
7 Colony Court
Galena, IL 61036

RE:   Helm, Ralph, et al. v. Sam, Robert
       General No.: 2-18-0627
       County: JoDaviess County
       Trial Court No: 18L15

The court has this day, August 13, 2018, entered the following order in the above entitled case:

This matter coming before the court on the emergency motion by pro se appellant, Robert Sam, to stay the July 2, 2018, Order of Eviction.  Having considered the emergency motion and the response thereto, the emergency motion is hereby denied.

Robert J. Mangan
Clerk of the Appellate Court

cc:    JoDaviess County Circuit Court
        Thomas James Nack

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 13 |
|  | Bankruptcy No. |
| Robert Sam | 18–01093 |
| Debtor(s) |  |

## NOTICE SETTING TELEPHONIC HEARING ON:

TO:

Brian W. Peters, Attorney for Debtor(s)                563–588–0547
Carol F. Dunbar, Trustee                                      319–233–6327
United States Trustee

NOTICE IS HEREBY GIVEN the above matter(s) will come before the Court on:

**August 20, 2018 at
01:30 PM**

***ATTORNEY FOR MOVANT IS TO INITIATE THE TELEPHONE CALL.*** Parties should be ready and available to accept said call. The telephone number for Chambers is 319–286–2230.

*NOTE:* THIS HEARING WILL BE DIGITALLY RECORDED.

JEAN L. HEKEL
Clerk, Bankruptcy Court
by:

*Julie Hubbell*

Date: August 14, 2018                        Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101

Case 18-01093   Doc 3-1   Filed 08/14/18   Entered 08/14/18 10:00:55   Desc Main
Document   Page 1 of 1

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

CHAPTER 13

In Re:                                                    Bankruptcy No.

Robert Sam                                                18–01093

Debtor(s)

## NOTICE SETTING TELEPHONIC HEARING ON:
## 1. MOTION TO DISMISS BY DEBTORS ATTORNEY
## 2. DEBTOR'S MOTION FOR SANCTIONS
## 3. MOTION TO WITHDRAW AS ATTORNEY
## 4. DOCUMENT RE RENTAL DEPOSIT

TO:
Brian W. Peters, Attorney for Debtor(s)
Carol F. Dunbar, Trustee
United States Trustee
Robert Sam, Debtor
Thomas Nack, Attorney for Landlord

NOTICE IS HEREBY GIVEN the above matter(s) will come before the Court on:

### *August 20, 2018 at 01:30 PM*

\*\*NOTE: If you wish to participate in this telephone hearing, please use the following
instructions:
\*\* Dial 1–888–684–8852
Enter the Access Code when asked: 7148063 followed by #
Enter Security Code: 1093 followed by #

JEAN L. HEKEL
Clerk, Bankruptcy Court
by:

*Julie Hubbell*

Date: August 14, 2018                    Deputy Clerk
                                         United States Bankruptcy Court
                                         Northern District of Iowa
                                         111 Seventh Avenue SE Box 15
                                         Cedar Rapids, IA 52401–2101

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
|  | CHAPTER 13 |
| In Re: | Bankruptcy No. |
|  |  |
| Robert Sam | 18–01093 |
|  |  |
| Debtor(s) |  |

## SERVICE LIST

Parties Served:

18–01093 Notice will be electronically mailed to:

Carol F. Dunbar
cfdunbar@cfu.net, cdunbar13@ecf.epiqsystems.com

Steven G. Klesner on behalf of Creditor Ralph &
Vera Helm
steve@iclawfirm.com,
dawn@iclawfirm.com;r50777@notify.bestcase.com

Brian W. Peters on behalf of Debtor Robert Sam
bankruptcy@iowa706.com

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

18–01093 Notice will be served via email to:

Tom Nack (tnack@nack.com)

Robert Sam (harpees5@yahoo.com)

Gina Kramer (kramer@rkenline.com)

entered on 8/14/18 jhub