# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 13<br>Bankruptcy No. |
| Robert Sam | 18–01093 |
| Debtor(s) | |

## NOTICE SETTING TELEPHONIC HEARING ON:
## 1. MOTION TO DISMISS BY DEBTORS ATTORNEY
## 2. DEBTOR'S MOTION FOR SANCTIONS
## 3. MOTION TO WITHDRAW AS ATTORNEY
## 4. DOCUMENT RE RENTAL DEPOSIT

TO:
Brian W. Peters, Attorney for Debtor(s)
Carol F. Dunbar, Trustee
United States Trustee
Robert Sam, Debtor
Thomas Nack, Attorney for Landlord

NOTICE IS HEREBY GIVEN the above matter(s) will come before the Court on:

**August 20, 2018 at 01:30 PM**

**NOTE: If you wish to participate in this telephone hearing, please use the following instructions:
** Dial 1–888–684–8852
Enter the Access Code when asked: 7148063 followed by #
Enter Security Code: 1093 followed by #

JEAN L. HEKEL
Clerk, Bankruptcy Court
by:

*Julie Hubbell*

Date: August 14, 2018

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
|  | CHAPTER 13 |
| In Re: | Bankruptcy No. |
| Robert Sam | 18–01093 |
| Debtor(s) | Refers to Document No. 13 |

## NOTICE Setting Telephonic Preliminary
## Hearing on Motion to Lift Automatic Stay

TO:

| | |
|---|---|
| Brian W. Peters, Attorney for Debtor(s) | 563–588–0547 |
| Carol F. Dunbar, Trustee | 319–233–6327 |
| United States Trustee | |
| Robert Sam, Debtor | 802–777–4191 |
| Steven G. Klesner, Attorney for Ralph & Vera Helm/Movant | 319–338–9852 |

NOTICE IS HEREBY GIVEN A *telephonic* preliminary hearing will be held on:

### *September 4, 2018 at 02:00 PM*

Parties are expected to comply with the Local Rules regarding motions for relief from stay. In particular, the debtor(s) (and Trustee if one is appointed) are reminded that an ANSWER BE FILED AT LEAST 7 DAYS PRIOR to the preliminary hearing. If an answer is not filed and served upon the moving party and U.S. Trustee, this preliminary hearing will not go forward and the stay will be lifted without further notice to debtor(s) or trustee.

***ATTORNEY FOR MOVANT IS TO PLACE THE CALL.*** The telephone number for Chambers is 319–286–2230. Only those parties who have filed and served answers are to be called for the conference call. The United States Trustee's office shall not be called, unless that office files and serves a written request to participate in the conference call. ***NOTE:*** THIS HEARING WILL BE DIGITALLY RECORDED.

JEAN L. HEKEL
Clerk, Bankruptcy Court
by:

*Nicole J. Becker*

Date: August 15, 2018

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Robert Sam**<br>First Name  Middle Name  Last Name | Social Security number or ITIN:  xxx–xx–6076<br>EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:  Northern District of Iowa | | Date case filed for chapter:  13  8/10/18 |
| Case number:  18–01093 | | |

Official Form B309I

## Notice of Chapter 13 Bankruptcy Case

**12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.) To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert Sam | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7 Colony Ct<br>Galena, IL 61036 | |
| 4. | **Debtor's attorney**<br>Name and address | Brian W. Peters<br>100 W. 12th Street<br>PO Box 703<br>Dubuque, IA 52004–0703 | Phone: 563–588–0547<br>Email: bankruptcy@iowa706.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Carol F. Dunbar<br>531 Commercial Street Ste 500<br>Waterloo, IA 50701 | Phone: 319–233–6327<br>Email: cfdunbar@cfu.net |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 111 Seventh Avenue SE #15<br>Cedar Rapids, IA 52401–2101 | Hours open: Monday–Friday 8:00 AM – 4:30 PM<br>Phone: (319) 286–2200<br>www.ianb.uscourts.gov<br>Date: 8/15/18 |

**For more information, see page 2**

Debtor **Robert Sam**                                                                                    Case number **18–01093  D**

| **7.** **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 7, 2018 at 11:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. All Individual Debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **Location:** **Holiday Inn Dubuque, 450 Main St., Main Floor Meeting Room, Dubuque, IA 52001** |
|---|---|---|

| **8.** **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **You must file:** • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or | **Filing deadline: 11/6/18** • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). |
|---|---|---|
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/19/18** |
| | **Deadline for governmental units (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)) to file a proof of claim:** | **Filing deadline: 180 days from the date of Order of Relief** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Certification About a Financial Management Course Filing Deadline:** No Later Than the Date of the Last Payment Made by the Debtor(s) as Required by the Plan **Reaffirmation Agreement Filing Deadline: 11/6/18** | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. |
|---|---|
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |
| **Appointment of Trustee and Tax Returns** | The trustee named in line 5 of this notice is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond. Per Section 521(e), individual debtor(s) are required to provide to the trustee, no later than 7 days prior to the date set for the first meeting of creditors, a copy of the Federal Income Tax return for the most recent tax year ending immediately before the commencement of the case. |

Official Form B309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 2

Case 18-01010   Doc 37   Filed 09/05/18   Entered 09/05/18 12:51:23   Desc Contd
Pleadings (Record)   Page 5 of 13

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Robert Sam

Debtor(s)

CHAPTER 13

Bankruptcy No.

18–01093

## NOTICE To Begin Payments

You have filed, or converted to, a Chapter 13 case. Pursuant to 11 U.S.C. §1326(a) you are required to commence payments no later than 30 days after the filing date of your petition, or notice of conversion, in the amount(s) specified in your plan.

YOU ARE DIRECTED to send your payments to the following address:

Carol F. Dunbar, Ch. 13 Trustee
P. O. Box 1033
Memphis, TN 38101–1033

JEAN L. HEKEL
Clerk, Bankruptcy Court

Date: August 15, 2018

111 Seventh Avenue SE #15
Cedar Rapids, IA 52401–2101

United States Bankruptcy Court
Northern District of Iowa

In re:
Robert Sam
     Debtor

Case No. 18-01093-TJC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0862-2       User: admin       Page 1 of 2       Date Rcvd: Aug 15, 2018
      Form ID: 309I       Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
```
db              +Robert Sam,    7 Colony Ct,    Galena, IL 61036-8691
aty             +Steven G. Klesner,    373 Scott Ct, Ste B,    PO Box 3400,    Iowa City, IA 52244-3400
2202242         +Amerigas,    2257 State Road 80,    Cuba City, WI 53807-9703
2202243         +Approved Financial,    175 SW 7th St Ste 1900,    Miami, FL 33130-2960
2202252         +CWCMR&H L.L.P,    2080 S Park Ct,    Dubuque, IA 52003-7986
2202246          Celtic Bank/Contfinco,    4450 New Linden Hill Rd,    Wilmington, DE  19808
2202247         +Continental Finance Co,    PO Box 8099,    Newark, DE 19714-8099
2202253         +EM Strategies, Ltd,    1200 Maple Rd,    Joliet, IL 60432-1439
2202257         +Iindigo,    2000 River Edge Pkwy,    Atlanta, GA 30328-4694
2202258          Jo-Carroll Energy,    796 US Hwy 20 W,    Elizabeth, IL  61028
2202261          MB Financial,    611 N River Rd,    Des Plaines, IL  60018
2202262         +MBB,    1460 Renaissance Dr,    Park Ridge, IL 60068-1331
2202263         +Med Busi Bur,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
2202264         +Med Business Bureau,    1460 Renaissance Dr #400,    Park Ridge, IL 60068-1349
2202265         +Mediacom,    3033 Asbury Road,    Dubuque, IA 52001-8434
2202266         +O'Connor & Thomas, P.C.,    1000 Main St,    Dubuque, IA 52001-6874
2202268         +Ralph & Vera Helm,    12584 Golfview Dr,    Huntley, IL 60142-7524
2202269         +Ralph and Vera Helm,    12584 Golf View Drive,    Huntley, IL 60142-7524
2202678         +Ralph and Vera Helm,    c/o Steven G. Klesner,    373 Scott Court, Suite B,    PO Box 3400,
                  Iowa City, IA 52244-3400
2202270         +Reflex,    PO Box 8099,    Newark, DE 19714-8099
2202271         +Thomas J. Nack,    Nack, Richardson & Nack, P.C.,    PO Box 336,    Galena, IL 61036-0336
2202273          Utilitys Inc.,    PO Box 11025,    Lewiston, ME  04243-9476

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: bankruptcy@iowa706.com Aug 15 2018 22:18:33     Brian W. Peters,
                  100 W. 12th Street,    PO Box 703,    Dubuque, IA  52004-0703
tr              +E-mail/Text: mcdunbar@cfu.net Aug 15 2018 22:18:57     Carol F. Dunbar,
                  531 Commercial Street Ste 500,    Waterloo, IA 50701-5497
ust             +E-mail/Text: ustpregion12.cr.ecf@usdoj.gov Aug 15 2018 22:18:41     United States Trustee,
                  United States Federal Courthouse,    111 7th Avenue SE, Box 17,    Cedar Rapids, IA 52401-2103
2202244          EDI: CAPITALONE.COM Aug 16 2018 02:18:00     Capital One,    15000 Capital One Dr,
                  Richmond, VA  23238
2202245         +EDI: CAPITALONE.COM Aug 16 2018 02:18:00     Capital One,    Attn: Bankruptcy,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
2202248         +EDI: CRFRSTNA.COM Aug 16 2018 02:18:00     Credit First N A,    6275 Eastland Rd,
                  Brook Park, OH 44142-1399
2202249         +EDI: CRFRSTNA.COM Aug 16 2018 02:18:00     Credit First National Assoc,    Attn: Bankruptcy,
                  PO Box 81315,    Cleveland, OH 44181-0315
2202250         +EDI: RCSFNBMARIN.COM Aug 16 2018 02:18:00     Credit One Bank Na,    PO Box 98875,
                  Las Vegas, NV 89193-8875
2202251         +EDI: RCSFNBMARIN.COM Aug 16 2018 02:18:00     CreditOne Bank,    Attn: Bankruptcy,
                  PO Box 98873,    Las Vegas, NV 89193-8873
2202254         +EDI: BLUESTEM Aug 16 2018 02:18:00     Fingerhut,    Attn: Bankruptcy,    PO Box 1250,
                  Saint Cloud, MN 56395-1250
2202255         +EDI: CRFRSTNA.COM Aug 16 2018 02:18:00     Firestone,    PO Box 81344,
                  Cleveland, OH 44188-0001
2202256         +EDI: PHINGENESIS Aug 16 2018 02:13:00     Genesis BC/Celtic Bank,    268 S State St Ste 300,
                  Salt Lake City, UT 84111-5314
2202259         +EDI: CBSKOHLS.COM Aug 16 2018 02:18:00     Kohls/Capital One,    PO Box 3120,
                  Milwaukee, WI 53201-3120
2202260         +EDI: CBSKOHLS.COM Aug 16 2018 02:18:00     Kohls/capone,    N56 W 17000 Ridgewood Dr,
                  Menomonee Falls, WI 53051-7096
2202267         +E-mail/Text: ecfbankruptcy@progleasing.com Aug 15 2018 22:18:44     Progressive Leasing,
                  256 West Data Dr,    Draper, UT 84020-2315
2202272          EDI: USBANKARS.COM Aug 16 2018 02:13:00     US Bank,    4325 17th Ave S,    Fargo, ND  58125
2202274         +EDI: BLUESTEM Aug 16 2018 02:18:00     Webbank/Fingerhut,    6250 Ridgewood Rd,
                  Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 17


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Ralph & Vera Helm,    12584 Golfview Dr,    Huntley, IL 60142-7524
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

Case 18-01019   Doc 37   Filed 08/17/18   Entered 08/18/18 00:02:54   Desc Imaged
Certificate of Notice   Page 2 of 4

District/off: 0862-2          User: admin           Page 2 of 2          Date Rcvd: Aug 15, 2018
                             Form ID: 309I          Total Noticed: 39

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
          Brian W. Peters    on behalf of Debtor Robert  Sam bankruptcy@iowa706.com
          Carol F. Dunbar    cfdunbar@cfu.net,  cdunbar13@ecf.epiqsystems.com
          Steven G. Klesner    on behalf of Creditor Ralph & Vera  Helm steve@iclawfirm.com,
           dawn@iclawfirm.com;r50777@notify.bestcase.com
          United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
                                                                    TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Robert Sam** | Social Security number or ITIN: | xxx–xx–6076 |
| | First Name    Middle Name    Last Name | EIN: _ _ – _ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Northern District of Iowa | Date case filed for chapter: | 13    8/10/18 |
| Case number: | 18–01093 | | |

Official Form B309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.) To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert Sam | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7 Colony Ct<br>Galena, IL 61036 | |
| 4. | **Debtor's attorney**<br>Name and address | Brian W. Peters<br>100 W. 12th Street<br>PO Box 703<br>Dubuque, IA 52004–0703 | Phone: 563–588–0547<br>Email: bankruptcy@iowa706.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Carol F. Dunbar<br>531 Commercial Street Ste 500<br>Waterloo, IA 50701 | Phone: 319–233–6327<br>Email: cfdunbar@cfu.net |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 111 Seventh Avenue SE #15<br>Cedar Rapids, IA 52401–2101 | Hours open: Monday–Friday 8:00 AM – 4:30 PM<br>Phone: (319) 286–2200<br>www.ianb.uscourts.gov<br>Date: 8/15/18 |

**For more information, see page 2**

Debtor **Robert Sam**                                                                    Case number **18-01093  D**

| | | |
|---|---|---|
| **7.** **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 7, 2018 at 11:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. All Individual Debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **Location:** **Holiday Inn Dubuque, 450 Main St., Main Floor Meeting Room, Dubuque, IA 52001** |

| | | |
|---|---|---|
| **8.** **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **You must file:** • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or | **Filing deadline: 11/6/18** • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/19/18** |
| | **Deadline for governmental units (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)) to file a proof of claim:** | **Filing deadline: 180 days from the date of Order of Relief** |
| | **Deadlines for filing proof of claim:**  A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Certification About a Financial Management Course Filing Deadline:** No Later Than the Date of the Last Payment Made by the Debtor(s) as Required by the Plan **Reaffirmation Agreement Filing Deadline: 11/6/18** | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | |
|---|---|
| **9.  Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |
| **Appointment of Trustee and Tax Returns** | The trustee named in line 5 of this notice is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond. Per Section 521(e), individual debtor(s) are required to provide to the trustee, no later than 7 days prior to the date set for the first meeting of creditors, a copy of the Federal Income Tax return for the most recent tax year ending immediately before the commencement of the case. |

United States Bankruptcy Court
Northern District of Iowa

In re:                                                                  Case No. 18-01093-TJC
Robert Sam                                                              Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0862-2          User: admin          Page 1 of 1          Date Rcvd: Aug 15, 2018
                             Form ID: bgnpaymt     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db            +Robert Sam,   7 Colony Ct,   Galena, IL 61036-8691
cr            +Ralph & Vera Helm,   12584 Golfview Dr,   Huntley, IL 60142-7524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
          Brian W. Peters    on behalf of Debtor Robert  Sam bankruptcy@iowa706.com
          Carol F. Dunbar    cfdunbar@cfu.net,   cdunbar13@ecf.epiqsystems.com
          Steven G. Klesner    on behalf of Creditor Ralph & Vera  Helm steve@iclawfirm.com,
           dawn@iclawfirm.com;r50777@notify.bestcase.com
          United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
                                                                         TOTAL: 4

Case 18-01093 Doc 21 Filed 08/17/18 Entered 08/18/18 00:02:54 Desc Imaged
Certificate of Notice Page 2 of 3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

CHAPTER 13

In Re:                                      Bankruptcy No.

Robert Sam                                  18–01093

Debtor(s)

## NOTICE To Begin Payments

You have filed, or converted to, a Chapter 13 case. Pursuant to 11 U.S.C. §1326(a) you are required to commence payments no later than 30 days after the filing date of your petition, or notice of conversion, in the amount(s) specified in your plan.

YOU ARE DIRECTED to send your payments to the following address:

Carol F. Dunbar, Ch. 13 Trustee
P. O. Box 1033
Memphis, TN 38101–1033

*Jean L. Hekel*

JEAN L. HEKEL
Clerk, Bankruptcy Court

Date: August 15, 2018

111 Seventh Avenue SE #15
Cedar Rapids, IA 52401–2101

United States Bankruptcy Court
Northern District of Iowa

In re:                                                                    Case No. 18-01093-TJC
Robert Sam                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-2          User: admin              Page 1 of 1              Date Rcvd: Aug 15, 2018
                             Form ID: prestay          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db              +Robert Sam,    7 Colony Ct,    Galena, IL 61036-8691

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
          Brian W. Peters    on behalf of Debtor Robert  Sam bankruptcy@iowa706.com
          Carol F. Dunbar    cfdunbar@cfu.net,   cdunbar13@ecf.epiqsystems.com
          Steven G. Klesner    on behalf of Creditor Ralph & Vera  Helm steve@iclawfirm.com,
           dawn@iclawfirm.com;r50777@notify.bestcase.com
          United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
                                                                            TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  | CHAPTER 13 |
|---|---|
| In Re: | Bankruptcy No. |
| Robert Sam | 18–01093 |
| Debtor(s) | Refers to Document No. 13 |

## NOTICE Setting Telephonic Preliminary
## Hearing on Motion to Lift Automatic Stay

TO:

| | |
|---|---|
| Brian W. Peters, Attorney for Debtor(s) | 563–588–0547 |
| Carol F. Dunbar, Trustee | 319–233–6327 |
| United States Trustee | |
| Robert Sam, Debtor | 802–777–4191 |
| Steven G. Klesner, Attorney for Ralph & Vera Helm/Movant | 319–338–9852 |

NOTICE IS HEREBY GIVEN A *telephonic* preliminary hearing will be held on:

### *September 4, 2018 at 02:00 PM*

Parties are expected to comply with the Local Rules regarding motions for relief from stay. In particular, the debtor(s) (and Trustee if one is appointed) are reminded that an <u>ANSWER BE FILED AT LEAST 7 DAYS PRIOR</u> to the preliminary hearing. If an answer is not filed and served upon the moving party and U.S. Trustee, this preliminary hearing will not go forward and the stay will be lifted without further notice to debtor(s) or trustee.

*ATTORNEY FOR MOVANT IS TO PLACE THE CALL.* The telephone number for Chambers is 319–286–2230. Only those parties who have filed and served answers are to be called for the conference call. The United States Trustee's office shall <u>not</u> be called, unless that office files and serves a written request to participate in the conference call. *NOTE:* THIS HEARING WILL BE DIGITALLY RECORDED.

JEAN L. HEKEL
Clerk, Bankruptcy Court
by:

*Nicole J. Becker*

Date: August 15, 2018

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101