**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Robert Sam** | Social Security number or ITIN  **xxx–xx–6076** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter  **13   8/10/18** |
| Case number:  **18–81910** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert Sam | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7 Colony Ct<br>Galena, IL 61036 | |
| 4. | **Debtor's attorney**<br>Name and address | Robert Sam<br>7 Colony Ct<br>Galena, IL 61036 | Contact phone _____<br>Email: **NONE** |
| 5. | **Bankruptcy trustee**<br>Name and address | Lydia Meyer<br>Lydia Meyer – 13 Trustee<br>P.o. Box 14127<br>Rockford, IL 61105–4127 | Contact phone 815–968–5354 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | Western Division<br>327 South Church Street<br>Rockford, IL 61101 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 9/11/18 |

**For more information, see page 2**

Debtor **Robert Sam**                                                                                         Case number **18–81910**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 1, 2018 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**308 West State Street, Room 40, Rockford, IL 61101** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/30/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/19/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/4/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/25/18** at **10:00 AM**, Location: **327 South Church Street, Room 3100, Rockford, IL 61101**<br><br>**The Disclosure of Compensation has not been filed at this time.**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 18-81910-TML
Robert Sam                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: mreilly          Page 1 of 2          Date Rcvd: Sep 11, 2018
                              Form ID: 309I          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
```
db               +Robert Sam,   7 Colony Ct,   Galena, IL 61036-8691
tr                Lydia Meyer,   Lydia Meyer - 13 Trustee,   P.o. Box 14127,   Rockford, IL  61105-4127
27050968         ++APPROVED FINANCIAL  INC,   ATTN LEGAL DEPARTMENT,   175 SW 7TH ST #1900,   MIAMI FL 33130-2960
                  (address filed with court:  Approved Financial,   175 SW 7th St Ste 1900,   Miami, FL 33130)
27050967         +Amerigas,   2257 State Road 80,   Cuba City, WI 53807-9703
27050977         +CWCMR&H L.L.P.,   2080 S Park Ct,   Dubuque, IA 52003-7986
27050971          Celtic Bank/Contfinco,   4450 New Linden Hill Rd,   Wilmington, DE 19808
27050972         +Continental Finance Co,   PO Box 8099,   Newark, DE 19714-8099
27050978         +EM Strategies, Ltd,   1200 Maple Rd,   Joliet, IL 60432-1439
27050982         +Iindigo,   2000 River Edge Pkwy,   Atlanta, GA 30328-4694
27050983          Jo-Carroll Energy,   796 US Hwy 20 W,   Elizabeth, IL 61028
27050986          MB Financial,   611 N River Rd,   Des Plaines, IL 60018
27050987         +MBB,   1460 Renaissance Dr,   Park Ridge, IL 60068-1331
27050988         +Med Busi Bur,   1460 Renaissance Dr,   Park Ridge, IL 60068-1349
27050989         +Med Business Bureau,   1460 Renaissance Dr #400,   Park Ridge, IL 60068-1349
27050990         +Mediacom,   3033 Asbury Road,   Dubuque, IA 52001-8434
27050991         +O'Connor & Thomas, P.C.,   1000 Main St,   Dubuque, IA 52001-6874
27050994         +Ralph & Vera Helm,   12584 Golfview Dr,   Huntley, IL 60142-7524
27050995         +Ralph and Vera Helm,   c/o Steven G. Klesner,   373 Scott Court, Suite B,   PO Box 3400,
                   Iowa City, IA 52244-3400
27050996         +Ralph and Vera Helm,   12584 Golf View Drive,   Huntley, IL 60142-7524
27050997         +Reflex,   PO Box 8099,   Newark, DE 19714-8099
27050998         +Thomas J. Nack,   Nack, Richardson & Nack, P.C.,   PO Box 336,   Galena, IL 61036-0336
27051000          Utilitys Inc.,   PO Box 11025,   Lewiston, ME 04243-9476
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust              +E-mail/Text: USTPRegion11.MD.ECF@usdoj.gov Sep 12 2018 01:47:13      Patrick S Layng,
                   Office of the U.S. Trustee, Region 11,   780 Regent St.,   Suite 304,   Madison, WI 53715-2635
27050968          E-mail/Text: notices@approved-financial.com Sep 12 2018 01:46:41      Approved Financial,
                   175 SW 7th St Ste 1900,   Miami, FL 33130
27050969          EDI: CAPITALONE.COM Sep 12 2018 05:29:00      Capital One,   15000 Capital One Dr,
                   Richmond, VA 23238
27050970         +EDI: CAPITALONE.COM Sep 12 2018 05:29:00      Capital One,   Attn: Bankruptcy,   PO Box 30285,
                   Salt Lake City, UT 84130-0285
27050973         +EDI: CRFRSTNA.COM Sep 12 2018 05:28:00      Credit First N A,   6275 Eastland Rd,
                   Brook Park, OH 44142-1399
27050974         +EDI: CRFRSTNA.COM Sep 12 2018 05:28:00      Credit First National Assoc,   Attn: Bankruptcy,
                   PO Box 81315,   Cleveland, OH 44181-0315
27050975         +EDI: RCSFNBMARIN.COM Sep 12 2018 05:28:00      Credit One Bank Na,   PO Box 98875,
                   Las Vegas, NV 89193-8875
27050976         +EDI: RCSFNBMARIN.COM Sep 12 2018 05:28:00      CreditOne Bank,   Attn: Bankruptcy,
                   PO Box 98873,   Las Vegas, NV 89193-8873
27050979         +EDI: BLUESTEM Sep 12 2018 05:29:00      Fingerhut,   Attn: Bankruptcy,   PO Box 1250,
                   Saint Cloud, MN 56395-1250
27050980         +EDI: CRFRSTNA.COM Sep 12 2018 05:28:00      Firestone,   PO Box 81344,
                   Cleveland, OH 44188-0001
27050981         +EDI: PHINGENESIS Sep 12 2018 05:28:00      Genesis BC/Celtic Bank,   268 S State St Ste 300,
                   Salt Lake City, UT 84111-5314
27050984         +EDI: CBSKOHLS.COM Sep 12 2018 05:28:00      Kohls/Capital One,   PO Box 3120,
                   Milwaukee, WI 53201-3120
27050985         +EDI: CBSKOHLS.COM Sep 12 2018 05:28:00      Kohls/capone,   N56 W 17000 Ridgewood Dr,
                   Menomonee Falls, WI 53051-7096
27050992         +E-mail/Text: ecfbankruptcy@progleasing.com Sep 12 2018 01:48:22      Prog Leasing, LLC,
                   256 West Data Drive,   Draper, UT 84020-2315
27050993         +E-mail/Text: ecfbankruptcy@progleasing.com Sep 12 2018 01:48:22      Progressive Leasing,
                   256 West Data Dr,   Draper, UT 84020-2315
27050999          EDI: USBANKARS.COM Sep 12 2018 05:28:00      US Bank,   4325 17th Ave S,   Fargo, ND 58125
27051001         +EDI: BLUESTEM Sep 12 2018 05:29:00      Webbank/Fingerhut,   6250 Ridgewood Rd,
                   Saint Cloud, MN 56303-0820
```
                                                                                      TOTAL: 17

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: mreilly        Page 2 of 2          Date Rcvd: Sep 11, 2018
                              Form ID: 309I         Total Noticed: 38
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
          Lydia  Meyer    ecf@lsm13trustee.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                    TOTAL: 2
```