**Fill in this information to identify your case:**

Debtor 1     **Robert Sam**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **Northern District of Iowa**

Case number
(If known)

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

  N/A

Official Form 113
# Chapter 13 Plan

**12/17**

---

| Part 1: | Notices |
|---|---|

**To Debtors:**   **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permitted in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.**

*In the following notice to creditors, you must check each box that applies.*

**To Creditors:**   **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

The following matters may be of particular importance. ***Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.***

| 1.1 | **A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor** | ☐ **Included** | ☒ **Not included** |
|---|---|---|---|
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4** | ☐ **Included** | ☒ **Not included** |
| 1.3 | **Nonstandard provisions, set out in Part 8** | ☐ **Included** | ☒ **Not included** |

---

| Part 2: | Plan Payments and Length of Plan |
|---|---|

**2.1 Debtor(s) will make regular payments to the trustee as follows:**

| Monthly Payment | Plan month(s) |
|---|---|
| $150.00 | 1 - 36 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Debtor 1    Robert Sam                                                                                                    Case number:

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2 Payments to the trustee will be made from future earnings in the following manner:**

*Check all that apply:*

☐   Debtor(s) will make payments pursuant to a payroll deduction order.

☒   Debtor(s) will make payments directly to the trustee.

☐   Other (specify method of payment): **N/A**

**2.3 Federal income tax refunds.**

*Check one:*

☒   Debtor(s) will retain any federal tax refunds received during the plan term.

☐   Debtor(s) will supply the trustee with a copy of each federal tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all federal income tax refunds received during the plan term.

☐   Debtor(s) will treat income tax refunds as follows:
    ____

**2.4 Additional payments.**

*Check one.*

☒   **None.** *If None is checked, the rest of § 2.4 need not be completed or reproduced.*

**2.5 The total amount of estimated payments to the trustee provided for in §§ 2.1 and 2.4 is $5,400.00.**

| Part 3: | Treatment of Secured Claims |
|---|---|

**3.1 Maintenance of payments and cure of any default**

*Check one.*

☐   **None.** *If None is checked, the rest of § 3.1 need not be completed or reproduced.*

☒   The debtor(s) will maintain the contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the trustee or directly by the debtor as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below as to the current installment payment and arrearage. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease and all secured claims based on that collateral will no longer be treated by the plan. The final column includes only payments disbursed by the trustee rather than by the debtor.

| Name of Creditor | Approved Financial | | | |
|---|---|---|---|---|
| Collateral | 2009 Subaru Forester | | | |
| Current Installment Payment (including escrow) | Amount of arrearage (if any) | Interest rate on arrearage (if applicable) | Monthly plan payment on arrearage | Estimated total payments by trustee |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| $0.00 Disbursed by ☐ Trustee ☒ Debtor(s) | $0.00 | N/A | N/A | $0.00 |
|---|---|---|---|---|

**3.2 Request for valuation of security and claim modification**

*Check one.*

☒ **None.** *If None is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3 Secured claims excluded from 11 U.S.C. § 506**

*Check one.*

☒ **None.** *If None is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4 Lien avoidance**

*Check one.*

☒ **None.** *If None is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5 Surrender of collateral**

*Check one.*

☒ **None.** *If None is checked, the rest of § 3.5 need not be completed or reproduced.*

| Part 4: | Treatment of Trustee's Fees and Priority Claims |
|---|---|

**4.1 General**

Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2 Trustee's fees**

Trustee's fees are governed by statute and may change during the course of the case but are estimated to be **10.00%** of plan payments; and during the plan term, they are estimated to total **$540.00**.

**4.3 Attorney's fees**

The balance of the fees owed to the attorney for the debtor(s) is estimated to be **$1,500.00**.

**4.4 Other priority claims**

*Check one.*

☒ **None.** *If None is checked, the rest of § 4.4 need not be completed or reproduced.*

**4.5 Domestic support obligations assigned or owed to a governmental unit and paid less than full amount**

*Check one.*

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Debtor 1    Robert Sam                                                                                      Case number:

☒ **None.** *If None is checked, the rest of § 4.5 need not be completed or reproduced.*

---

| **Part 5:** | **Treatment of Nonpriority Unsecured Claims** |
|---|---|

**5.1 Nonpriority unsecured claims not separately classified**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☒ the sum of **$3,360.00**.

☐ **0.00%** of the total amount of these claims, an estimated payment of $3,360.00.

☒ the funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately **$0.00**. Regardless of the options checked above, payments on allowed nonprioirty unsecured claims will be made in at least this amount.

**5.2 Maintenance of payments and cure of any default on nonpriority unsecured claims.**

*Check one.*

☒ **None.** *If None is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3 Other separately classified nonpriority unsecured claims**

*Check one.*

☒ **None.** *If None is checked, the rest of § 5.3 need not be completed or reproduced.*

---

| **Part 6:** | **Executory Contracts and Unexpired Leases** |
|---|---|

**6.1 The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.**

*Check one.*

☐ **None.** *If None is checked, the rest of § 6.1 need not be completed or reproduced.*

☒ **Assumed items.** Current installment payments will be disbursed either by the trustee or directly by the debtor, as specified below, subject to any contrary court order or rule. Arrearage payments will be disbursed by the trustee. The final column includes only payments disbursed by trustee rather than by the debtor.

| Name of creditor | Ralph and Vera Helm | | |
|---|---|---|---|
| Property Description | Lease/Purchase Contract | | |
| Treatment (Refer to other plan section if applicable) | Current installment payment | Amount of arrearage to be paid | Estimated total payments by trustee |
| Assume | $0.00 | $0.00 | $0.00 |

---

| **Part 7:** | **Vesting of Property of the Estate** |
|---|---|

**7.1 Property of the estate shall revest in the debtor(s) upon**

*Check the applicable box:*

---

Official Form 113                                    Chapter 13 Plan                                                    Page 4

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Debtor 1    Robert Sam                                                                                                    Case number:

---

- ☐ plan confirmation

- ☐ entry of discharge

- ☐ other: **N/A**

| Part 8: | Nonstandard Plan Provisions |
|---|---|

**8.1 Check "None" or List Nonstandard Provisions**

*Check one.*

☒ **None.** *If None is checked, the rest of Part 8 need not be completed or reproduced.*

| Part 9: | Signatures |
|---|---|

/s/ Brian W Peters                                                          08/10/2018
Attorney for Debtor(s)                                                     Date

**By filing this document, the Attorney for Debtor(s) also certifies that the wording and order of the provisions in this Chapter 13 plan are are identical to those contained in Official Form 113, other than any nonstandard provisions included in Part 8.**

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Debtor 1    Robert Sam                                                                                                Case number:

## Exhibit: Total Amount of Estimated Trustee Payments

The following are the estimated payments that the plan requires the trustee to disburse. If there is any difference between the amounts set out below and the actual plan terms, the plan terms control:

| | | |
|---|---|---:|
| **a.** | **Maintenance and cure payments on secured claims** *(Part 3, Section 3.1 total)*: | $0.00 |
| **b.** | **Modified secured claims** *(Part 3, Section 3.2 total)*: | $0.00 |
| **c.** | **Secured claims excluded from 11 U.S.C. § 506** *(Part 3, Section 3.3 total)*: | $0.00 |
| **d.** | **Judicial liens or security interests partially avoided** *(Part 3, Section 3.4 total)*: | $0.00 |
| **e.** | **Fees and priority claims** *(Part 4 total)*: | $2,040.00 |
| **f.** | **Nonpriority unsecured claims** *(Part 5, Section 5.1, highest stated amount)*: | $3,360.00 |
| **g.** | **Maintenance and cure payments on unsecured claims** *(Part 5,Section 5.2 total)*: | $0.00 |
| **h.** | **Separately classified unsecured claims** *(Part 5, Section 5.3 total)*: | $0.00 |
| **i.** | **Trustee payments on executory contracts and unexpired leases** *(Part 6, Section 6.1 total)*: | $0.00 |
| **j.** | **Nonstandard payments** *(Part 8, total)*: | $0.00 |
| | **Total of lines a through j** | $5,400.00 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 18-81910-TML
Robert Sam                                                                Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: mreilly          Page 1 of 2          Date Rcvd: Sep 11, 2018
                              Form ID: pdf001        Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
```
db            +Robert Sam,   7 Colony Ct,   Galena, IL 61036-8691
27050968      ++APPROVED FINANCIAL  INC,   ATTN LEGAL DEPARTMENT,   175 SW 7TH ST #1900,   MIAMI FL 33130-2960
              (address filed with court:  Approved Financial,   175 SW 7th St Ste 1900,   Miami, FL 33130)
27050967      +Amerigas,   2257 State Road 80,   Cuba City, WI 53807-9703
27050977      +CWCMR&H L.L.P,   2080 S Park Ct,   Dubuque, IA 52003-7986
27050971       Celtic Bank/Contfinco,   4450 New Linden Hill Rd,   Wilmington, DE 19808
27050972      +Continental Finance Co,   PO Box 8099,   Newark, DE 19714-8099
27050973      +Credit First N A,   6275 Eastland Rd,   Brook Park, OH 44142-1399
27050974      +Credit First National Assoc,   Attn: Bankruptcy,   PO Box 81315,   Cleveland, OH 44181-0315
27050978      +EM Strategies, Ltd,   1200 Maple Rd,   Joliet, IL 60432-1439
27050980      +Firestone,   PO Box 81344,   Cleveland, OH 44188-0001
27050982      +Iindigo,   2000 River Edge Pkwy,   Atlanta, GA 30328-4694
27050983       Jo-Carroll Energy,   796 US Hwy 20 W,   Elizabeth, IL 61028
27050986       MB Financial,   611 N River Rd,   Des Plaines, IL 60018
27050987      +MBB,   1460 Renaissance Dr,   Park Ridge, IL 60068-1331
27050988      +Med Busi Bur,   1460 Renaissance Dr,   Park Ridge, IL 60068-1349
27050989      +Med Business Bureau,   1460 Renaissance Dr #400,   Park Ridge, IL 60068-1349
27050990      +Mediacom,   3033 Asbury Road,   Dubuque, IA 52001-8434
27050991      +O'Connor & Thomas, P.C.,   1000 Main St,   Dubuque, IA 52001-6874
27050994      +Ralph & Vera Helm,   12584 Golfview Dr,   Huntley, IL 60142-7524
27050995      +Ralph and Vera Helm,   c/o Steven G. Klesner,   373 Scott Court, Suite B,   PO Box 3400,
               Iowa City, IA 52244-3400
27050996      +Ralph and Vera Helm,   12584 Golf View Drive,   Huntley, IL 60142-7524
27050997      +Reflex,   PO Box 8099,   Newark, DE 19714-8099
27050998      +Thomas J. Nack,   Nack, Richardson & Nack, P.C.,   PO Box 336,   Galena, IL 61036-0336
27050999      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,   4325 17th Ave S,   Fargo, ND 58125)
27051000       Utilitys Inc.,   PO Box 11025,   Lewiston, ME 04243-9476


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
27050968       E-mail/Text: notices@approved-financial.com Sep 12 2018 01:46:41     Approved Financial,
               175 SW 7th St Ste 1900,   Miami, FL 33130
27050969       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 12 2018 01:53:01     Capital One,
               15000 Capital One Dr,   Richmond, VA 23238
27050970      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 12 2018 01:52:49     Capital One,
               Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
27050975      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 12 2018 01:52:52     Credit One Bank Na,
               PO Box 98875,   Las Vegas, NV 89193-8875
27050976      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 12 2018 01:52:51     CreditOne Bank,
               Attn: Bankruptcy,   PO Box 98873,   Las Vegas, NV 89193-8873
27050979      +E-mail/Text: bnc-bluestem@quantum3group.com Sep 12 2018 01:49:24     Fingerhut,
               Attn: Bankruptcy,   PO Box 1250,   Saint Cloud, MN 56395-1250
27050981      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Sep 12 2018 01:50:19     Genesis BC/Celtic Bank,
               268 S State St Ste 300,   Salt Lake City, UT 84111-5314
27050984      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 12 2018 01:46:51     Kohls/Capital One,
               PO Box 3120,   Milwaukee, WI 53201-3120
27050985      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 12 2018 01:46:51     Kohls/capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
27050992      +E-mail/Text: ecfbankruptcy@progleasing.com Sep 12 2018 01:48:22     Prog Leasing, LLC,
               256 West Data Drive,   Draper, UT 84020-2315
27050993      +E-mail/Text: ecfbankruptcy@progleasing.com Sep 12 2018 01:48:22     Progressive Leasing,
               256 West Data Dr,   Draper, UT 84020-2315
27051001      +E-mail/Text: bnc-bluestem@quantum3group.com Sep 12 2018 01:49:24     Webbank/Fingerhut,
               6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
                                                                                    TOTAL: 12


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: mreilly          Page 2 of 2          Date Rcvd: Sep 11, 2018
                              Form ID: pdf001         Total Noticed: 36
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
          Lydia  Meyer    ecf@lsm13trustee.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                    TOTAL: 2
```