## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In Re: Robert Sam                    Case Number: 18-81910

An appearance is hereby filed by the undersigned as attorney for:
Ralph Helm and Vera Helm

Attorney name (type or print): Thomas P. Sandquist

Firm: WilliamsMcCarthyLLP

Street address: 120 West State Street, Suite 400

City/State/Zip: Rockford, IL 61101

Bar ID Number: 06198232                     Telephone Number: (815) 987-8929
(See item 3 in instructions)

Email Address: tsandquist@wilmac.com

Are you acting as lead counsel in this case?              ☑ Yes   ☐ No

Are you acting as local counsel in this case?             ☐ Yes   ☑ No

Are you a member of the court's trial bar?                ☐ Yes   ☑ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes   ☐ No

If this is a criminal case, check your status.     ☐ Retained Counsel

                                                   ☐ Appointed Counsel
                                                      If appointed counsel, are you

                                                      ☐ Federal Defender

                                                      ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 14, 2018

Attorney signature:     S/ Thomas P. Sandquist
                        (Use electronic signature if the appearance form is filed electronically.)

**Revised 8/1/2015**