UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                    )      CHAPTER 13
                                          )
ROBERT SAM,                               )      CASE NO. 18-81910
                                          )
            Debtor(s)                     )      JUDGE: THOMAS M. LYNCH

**ORDER**

The court having considered the Amended Motion for Relief from Automatic Stay this Court enters an order lifting the stay allowing Helms to enforce the Eviction Order and regain possession of the Premises located at 7 Colony Court, Galena, IL, and for such other and further relief as this Court deems just.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: _____

Prepared by:
Thomas P. Sandquist
ARDC #06198232
WILLIAMSMcCARTHYLLP
120 West State Street, P.O. Box 219
Rockford, IL 61105
(815) 987 8900
tsandquist@wilmac.com

7