UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ROBERT SAM, | ) | CASE NO. 18-81910 |
| | ) | |
| Debtor(s) | ) | JUDGE: THOMAS M. LYNCH |

## OBJECTION TO CERTIFICATIONS BY DEBTOR PURSUANT TO 11 U.S.C. §362(l)(3)(A)

NOW COME RALPH HELM and VERA HELM ("Helms") by and through their attorneys, WILLIAMSMCCARTHYLLP and THOMAS P. SANDQUIST, and for their Objection to Certifications by Debtor Pursuant to 11 U.S.C. §362(l)(3)(A) state as follows:

1. Helms has, contemporaneously herewith, filed an Amended Motion for Relief from Automatic Stay, and incorporates the allegations in said Motion herein.

2. Debtor has filed Official Form 101A and Official Form 101B pursuant to 11 U.S.C. §362(l)(1) and (2). Debtor's certifications in both Form 101A and Form 101B are incorrect.

3. In both Form 101A and Form 101B, Debtor has certified that under state or other non-bankruptcy law that applies to the Eviction Order, he has the right to stay in his residence by paying the landlord the entire delinquent amount. Debtor has cited the Court to no such law and Helms are unaware of any law in Illinois allowing a tenant to compel a landlord to accept the delinquent amount of the rent after the date of an Eviction Order.

4. Debtor certified in Form 101A "I have given the Bankruptcy Court Clerk a deposit for the rent that would be due during the thirty (30) days after I file the Voluntary Petition for Individuals Filing Bankruptcy."

1

5.      During the first thirty (30) days following Debtor's filing of the Bankruptcy Petition, Debtor tendered to the Bankruptcy Court Clerk a check in the amount of $3,000.00 which is insufficient to pay the $5,000.00 monthly rent which was due during the thirty (30) days after the filing of the case.

6.      In Form 101B, Debtor further certified that "I have paid my landlord the entire amount I owe as stated in the judgment for possession."

7.      The delinquent amount of base rent owed from March 1 through the Eviction Order was $25,000.00, and through September 1, 2018 the delinquent base rent is $35,000.00. Debtor has tendered $20,000.00 (assuming the $17,000.00 check tendered to Helms' is good).

8.      Helms therefore object to the certifications made by Debtor in Form 101A and Form 101B pursuant to 11 U.S.C. §362(l)(3)(A).

WHEREFORE, Helms move this Court to apply 11 U.S.C. §362(b)(22) immediately and grant Helms relief from the stay set forth in 11 U.S.C. §362(a)(3), and further allow Helms to complete the process to recover full possession of the premises at 7 Colony Court, Galena, IL, and for such other and further relief as this Court deems just.

RALPH HELM & VERA HELM

By: WILLIAMSMcCARTHYLLP

By: _____

THOMAS P. SANDQUIST

Prepared by:
Thomas P. Sandquist
ARDC #06198232
WILLIAMSMcCARTHYLLP
120 West State Street, P.O. Box 219
Rockford, IL 61105
(815) 987 8900
tsandquist@wilmac.com

2