UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ROBERT SAM, | ) | CASE NO. 18-81910 |
| | ) | |
| Debtor(s) | ) | JUDGE: THOMAS M. LYNCH |

## ORDER

The court having considered the Objection to Certifications by Debtor Pursuant to 11 U.S.C. §362(l)(3)(A) filed by Helms and moves this Court to apply 11 U.S.C. §362(b)(22) immediately and grant Helms relief from the stay set forth in 11 U.S.C. §362(a)(3), and further allow Helms to complete the process to recover full possession of the premises at 7 Colony Court, Galena, IL, and for such other and further relief as this Court deems just.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: _____

Prepared by:
Thomas P. Sandquist
ARDC #06198232
WILLIAMSMcCARTHYLLP
120 West State Street, P.O. Box 219
Rockford, IL 61105
(815) 987 8900
tsandquist@wilmac.com

3