## REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) _____ROBERT SAM_____ Case No. ___18-81910___ Chapter __13__

All Cases: Moving Creditor _____RALPH & VERA HELM_____ Date Case Filed __08/10/2018__

Nature of Relief Sought: ☑ Lift Stay      ☐ Annul Stay     ☐ Other (describe) _____

Chapter 13:  Date of Confirmation Hearing __OCTOBER 25, 2018__ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
         ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1.  Collateral
    a.  ☑ Home
    b.  ☐ Car   Year, Make, and Model _____
    c.  ☐ Other (describe)_____

2.  Balance Owed as of Petition Date   $ ___30,000.00 PAST DUE___
    Total of all other Liens against Collateral $ _N/A - THIS IS A LEASE_

3.  In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4.  Estimated Value of ~~Collateral~~ *Real Estate* (must be supplied in *all* cases)  $ _____440,000.00_____

5.  Default
    a.  ☑ Pre-Petition Default
        Number of months __6__       Amount $ _30,000.00 BASE RENT_

    b.  ☑ Post-Petition Default
        i.   ☐ On direct payments to the moving creditor
             Number of months __1__       Amount $ _____5,000.00_____

        ii.  ☐ On payments to the Standing Chapter 13 Trustee
             Number of months _____       Amount $ _____

6.  Other Allegations
    a.  ☑ Lack of Adequate Protection § 362(d)(1)
        i.   ☐ No insurance
        ii.  ☐ Taxes unpaid        Amount $ _____
        iii. ☐ Rapidly depreciating asset
        iv.  ☑ Other (describe) PRE-PETITION FORCIBLE ENTRY & DETAINER JUDGMENT

    b.  ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

    c.  ☑ Other "Cause" § 362(d)(1)
        i.   ☐ Bad Faith (describe)_____
        ii.  ☐ Multiple Filings
        iii. ☑ Other (describe)      FAILURE TO COMPLY WITH 11 U.S.C.§362(1)

    d.  Debtor's Statement of Intention regarding the Collateral
        i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☑ No Statement of Intention Filed

Date: _____SEPTEMBER 14, 2018_____            _____
                                                    Counsel for Movant

(Rev. 12 /21/09)