UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                    )
                                          )
ROBERT SAM,                               )        Case No.  18-81910
                                          )
           Debtor.                        )        Chapter 13


NOTICE OF MOTION

TO:    *Trustee*                          Mr. Robert Sam
       **Lydia Meyer**                    7 Colony Court
       Lydia Meyer - 13 Trustee           Galena, IL 61036
       P.O. Box 14127
       Rockford, IL 61105-4127


        Please take notice that on **October 4, 2018, at 9:00 A.M.** I shall bring the enclosed Amended Motion for Relief from Automatic Stay and Objection to Certifications by Debtor Pursuant to 11 U.S.C. §362(l)(3)(A) on for hearing before Judge Lynch, Courtroom 3100, United States Bankruptcy Court, 327 South Church Street, Rockford, Illinois 61101.


        I certify that the above-referenced documents were served upon the parties via the U.S. District Court's CM/ECF system and mailed to the parties as shown on the attached.


        Dated:  September 14, 2018

                                   /s/ Thomas P. Sandquist

                                   Thomas P. Sandquist

                                   for Midland States Bank

                                   WILLIAMSMcCARTHYLLP

                                   120 West State Street, Suite #400,

                                   P.O. Box 219, Rockford, IL  61105-0219

<u>CERTIFICATE OF LAWYER</u>

The undersigned hereby certifies that at 5:00 o'clock p.m. on September 14, 2018, at 120 West State Street, Rockford, Illinois, he mailed a copy of the foregoing instruments with postage fully prepaid to:

*Trustee*
**Lydia Meyer**
Lydia Meyer - 13 Trustee
P.O. Box 14127
Rockford, IL 61105-4127

Mr. Robert Sam
7 Colony Court
Galena, IL 61036

  /s/ Thomas P. Sandquist

Thomas P. Sandquist

for Midland States Bank

WILLIAMSMcCARTHYLLP

120 West State Street, Suite #400

P.O. Box 219

Rockford, IL  61105-0219