Form G-3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

[caption]

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 14 2018

JEFFREY P. ALLSTEADT, CLERK

## NOTICE OF MOTION

TO:  See attached list

PLEASE TAKE NOTICE that on _Thus ly 27_, 20_18_, at _9_ (a.m.)/p.m., I will

appear before the Honorable _Thomas Lynch_, or any judge sitting in that judge's place, in

courtroom _3100_ in the _Rockford Northern District of 327 S. Church St_

_6101_ Illinois, and present the motion of _Motion for Sanctions_ [to/ for]

_Tom Nack Nack & Nack Law_, a copy of which is attached.

[Name of movant]

By: _Robert Sam 802-777-4191_
_7 colony ct_
_Galen IL 61036_

[Name, address, telephone number,
and email address of counsel]

## CERTIFICATE OF SERVICE

I, _Robert Sam_____, certify [if an attorney]/declare under penalty of perjury under

the laws of the United States of America [if a non-attorney] that I served a copy of this notice

and the attached motion on each entity shown on the attached list at the address shown and by

the method indicated on the list on _September 14_, 20_18_, at _2:30_ a.m./p.m.

Tom Nack
Nack & Nack Law
815-777-1218
106 N. Main St Galena IL 61036

In the United States Bankruptcy Court
Northern District Of Illinois

Robert sam.                    Case number 18-~~01093~~
Defendant                                  8/9/0

    Vs

Tom Nack
Nack and Nack law offices

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 14 2018

JEFFREY P. ALLSTEADT, CLERK

## PLAINTIFF'S MOTION FOR SANCTIONS

COMES NOW Plaintiff  Robert Sam for his Motion for
Sanctions against Defendant Tom Nack and Nack and Nack
law office pursuant to Federal Bankruptcy court of Iowa and
Illinois  Court Rule 11 U.S. Code § 362 - Automatic stay and
states the following:

1. Plaintiff is entitled to Sanctions against Tom Nack and Nack
and Nack law office for conduct which Plaintiff contends
constitutes threatening, extortion and intimidation . The
evidence supports that by clear and convincing evidence that
Tom Nack intentionally and willfully violated the 362 automatic

stay rule to further collection on a judgement. The evidence further supports that Mr. Nack did so by threatening criminal prosecution if Mr. sam did not leave the premises.

## Facts:

2.  On July 2nd agreed to a offer by Mr. Tom Nack, Mr. Nack would dismiss claim, no monies would be owed, in return Mr. Sam  would vacate in 30 days.
3.  Mr. Sam has a disabled wife and 9 year old daughter and needs a home for them to take there meds. Mr. Sam has tried paying rent for months but the landlord has refused rent to avoid repairs, so moving to a better home is a necessary for the Sam's.
4.  Mr. Sam found out after the agreement that the case was not dismissed and therefore can not rent anything as a judgment for eviction shows on his credit.
5.  Mr. Sam begged Mr. Nack to fix this as Mr. Nack promised he would dismiss. Mr. Nack declined.
6.  Mr. Sam begged Mr. Nack for more time to find a home as his family needs a place to live and his daughter starts school August 17th. Mr. Sam's daughter is signed up in special ed programs and leaving the school district can have permanent consequences on hi daughter.
7.  Mr. Sam filed a appeal in the 2nd district appellate court as well as a emergency stay with the appellate court.
8.  Mr. Sam to protect his family has had no choice but to file a chapter 13 to gain a stay of eviction by putting up one months rent.
9.  Mr. Sam filed his Bankruptcy on August 10th 2018 and received the courts stay power for 30 days.

10. Mr. Sam delivered a copy of the stay to Mr. Nack and the sheriffs office.
11. Mr. Nack contacted Mr. sam a few hours after recovering the stay and threatened criminal prosecution if Mr. Sam did not leave.
12. Mr. Nack violated rule 11 code 362 and also used intimidation and fear to punish Mr. Sam for filing his bankruptcy.
13. Mr. Nack violated 4.2 as Robert sam was represented by council Mr. Brian Peters
14. Mr. Nack violated Rule 8.4 in threatening criminal prosecution to gain advantage in a civil matter or judgment.
15. Mr. Nack violated federal bankruptcy code Of filing a motion in a civil matter without the bankruptcy courts permission.
16. Mr. Mack violated rule 4.3 and by doing so again threatened criminal actions against Mr. Sam if Mr. sam contacted him directly through email or phone.
17. Mr. Nack also contacted potential landlords that Mr. Sam was trying to sign a lease with and defamed Mr. Sam and caused him more harm by telling them he would not pay them.  Because of Mr. Nacks actions Mr. Sam in unable to find a new home for his family.

Summary and conclusion:

17.  The United States Bankruptcy court Rule 11 code 362 authorizes this Court to impose various sanctions for stay abuse, including but not limited to, sanctions and damages.

18. Mr. Sam and his family do not feel safe and would pray the court help prevent any potential future threats or possible violence.

19. Mr. Back advised me not to email him or come near his office or he will press charges against me. So I am emailing a copy of this motion to Mr. Nacks clients, the jo Daviess states attorneys office and mailing a copy to Mr. Nack, this will constitute proper service.

Robert sam
802-777-4191
7 Colony Ct
Galena Illinois 61036.