Form G-3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 14 2018
JEFFREY P. ALLSTEADT, CLERK

[caption]

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on _Thur Sept 27_, 20_18_ at _9_ a.m./p.m., I will appear before the Honorable _Thomas Lynch_, or any judge sitting in that judge's place, in courtroom _306_ in the _Rockford Northern District of 327 S. Church St_

6/0 / Illinois, and present the motion of _Motion for Sanctions_ [to/ for]

_GTA Galena territory Association_, a copy of which is attached.

[Name of movant]

By: _Robert Sam 803-777-4191_
_7 Colony Ct_
_Galena IL 61036_

[Name, address, telephone number, and email address of counsel]

## CERTIFICATE OF SERVICE

I, _Robert Sam_, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on _September 14_, 20_18_, at _2:00_ a.m./p.m.

G-T4

Joe Mattingly
815-777-2000
2000 territory Dr.
Galena FL 61036

Peter Wenker
Brooks Law Firm
3725 Blackhawk Road
Rock Island FL 61201
309-786-4900

# In the United States Bankruptcy Court
## Northern District Of Illinois

Robert sam.             Case number 18-~~01093~~ *81910*
Defendant

    Vs
GTA or Galena Territory Association
Also known as The Owners Club

## PLAINTIFF'S MOTION FOR SANCTIONS

COMES NOW Plaintiff Robert Sam for his Motion for Sanctions against Defendant The GTA pursuant to Federal Bankruptcy court of Iowa and Illinois Court Rule 11 U.S. Code § 362 - Automatic stay and states the following:

1. Plaintiff is entitled to Sanctions against The GTA for conduct which Plaintiff contends constitutes violations of the stay act and health conditions . The evidence supports that by clear and convincing evidence that The GTA intentionally and willfully violated the 362 automatic stay rule to further collection on a judgement. The evidence further supports that

The GTA did so by cutting off access to the GTA refuge facility.

## Facts:

1. Mr. Sam filed his Bankruptcy on August 10th 2018 and received the courts stay power for 30 days.
2. Mr. Sam delivered a copy of the stay to The GTA and the sheriffs office.
3. In August 11th access to the refuge facility was terminated.
4. The GTA violated rule 11 code 362 to punish Mr. Sam for filing his bankruptcy.

## Summary and conclusion:

5. The United States Bankruptcy court Rule 11 code 362 authorizes this Court to impose various sanctions for stay abuse, including but not limited to, sanctions and damages.
6. Mr. Sam is mailing a copy of the motion to the GTA and the GTA's lawyer and well as emailing a copy to the GTA manager Joe Mattingley and emailing a copy to there attorney Mr. Wanker. This will constitute proper service.

Robert sam
802-777-4191
7 Colony Ct
Galena Illinois 61036.