Form G-3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

[caption]

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 14 2018

JEFFREY P. ALLSTEADT, CLERK

## NOTICE OF MOTION

TO:  See attached list

PLEASE TAKE NOTICE that on _Thur Sept 27_, 20_18_ at _7_ (a.m)/p.m., I will

appear before the Honorable _Thomas Lynch_, or any judge sitting in that judge's place, in

courtroom _300_ in the _Rockford Northern District_ of _327 church st_

_610_ Illinois, and present the motion of _Motion for Sanctions_ [to/ for]

_Ralph & Vera helm_, a copy of which is attached.

[Name of movant]

By: _Robert Sam 802-777-4191_
_7 colony ct_
_Caledn IL 61036_

[Name, address, telephone number,
and email address of counsel]

## CERTIFICATE OF SERVICE

I, _Robert Sam_, certify [if an attorney]/declare under penalty of perjury under

the laws of the United States of America [if a non-attorney] that I served a copy of this notice

and the attached motion on each entity shown on the attached list at the address shown and by

the method indicated on the list on _September 14_, 20_18_, at _2:00_ a.m./p.m.

Ralph & Veta Helm

Tom Nock Lawyer

815-777-1218

106 N. Main St Galena Z 61036

In the United States Bankruptcy Court
Northern District Of Illinois

Robert sam.                     Case number 18-~~01093~~
Defendant                                        *8/910*

        Vs
Ralph and Vera helm

## PLAINTIFF'S MOTION FOR SANCTIONS

COMES NOW Plaintiff  Robert Sam for his Motion for
Sanctions against Defendant Ralph and Vera helm  pursuant
to Federal Bankruptcy court of Iowa and Illinois Court Rule 11
U.S. Code § 362 - Automatic stay and states the following:

1. Plaintiff is entitled to Sanctions against Ralph and Vera
helm  for conduct which Plaintiff contends constitutes
violations of the stay act and health conditions  . The evidence
supports that by clear and convincing evidence that Tom Nack
intentionally and willfully violated the 362 automatic stay rule
to further collection on a judgement. The evidence further
supports that The helms  did so by cutting off access to the
GTA refuge facility.

Facts:

1. Mr. Sam filed his Bankruptcy on August 10th 2018 and received the courts stay power for 30 days.
2. Mr. Sam delivered a copy of the stay to Mr. Nack and the sheriffs office.
3. In August 11th access to the refuge facility was terminated.
4. Mr. And Mrs helm  violated rule 11 code 362  to punish Mr. Sam for filing his bankruptcy.

Summary and conclusion:

5.  The United States Bankruptcy court Rule 11 code 362 authorizes this Court to impose various sanctions for stay abuse, including but not limited to, sanctions and damages.
6. Mr. Sam is emailing a copy of this motion to Mr. Helm and mailing a copy to The Helms and one to there attorney. This will constitute proper service.


Robert sam
802-777-4191
7 Colony Ct
Galena Illinois 61036.