UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ROBERT SAM | ) | CASE NO. 18-81910 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

**NOTICE OF TRUSTEE'S MOTION TO OBJECT TO DISCHARGE**

Lydia S. Meyer, the standing Chapter 13 trustee for the Northern District of Illinois, Western Division, has filed papers with the court objecting to discharge of this case.

<u>Your rights may be affected.</u>   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you want the court to consider your views on the objection, then you or your attorney must attend the hearing scheduled to be held on **October 4, 2018 at 9:00 a.m., United States Court House, 327 South Church Street, Room 3100, Rockford, Illinois 61101.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.


Date:   September 24, 2018              /s/Lydia S. Meyer_____
                                        LYDIA S. MEYER, Trustee


LYDIA S. MEYER, Trustee
308 West State Street, Suite 212
Post Office Box 14127
Rockford, IL 61105-4127
Telephone: 815/968-5354
Fax: 815/968-5368

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ROBERT SAM | ) | CASE NO. 18-81910 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

**MOTION TO OBJECT TO DISCHARGE**

NOW COMES Lydia S. Meyer, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the Northern District of Illinois, Western Division, and as and for her Motion to Object to Discharge states as follows:

1. The debtor(s) filed herein a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code on 8/10/18;

2. The debtor(s), Robert Sam, filed a prior Chapter 7 Bankruptcy on 7/24/2015 and received a Discharge.

3. That pursuant to §1328(f), the Court shall not grant a discharge of all debts provided for in the plan or claims allowed under §502, if the debtor(s) has/have received a discharge ó

    (1) in a case filed under Chapter 7, 11 or 12 of this title during the four year period preceding the date of the order for relief under this Chapter <u>or</u>

    (2) in a case filed under Chapter 13 of this title during the two year period preceding the date of such order.

4. That the debtor(s), Robert Sam, is/are not entitled to a discharge in this case.

WHEREFORE, it is hereby ordered that the debtor(s), Robert Sam, is/are not entitled to a discharge and no discharge shall be entered in this case as to said debtor(s).

        /s/Lydia S. Meyer
        LYDIA S. MEYER, Trustee

LYDIA S. MEYER, Trustee
308 West State Street, Suite 212
Post Office Box 14127
Rockford, IL   61105-4127
Telephone:  815/968-5354
Fax:   815/968-5368

NOTICE OF FILING AND PROOF OF SERVICE

    Please take notice that on September 24, 2018 this Motion to Object to Discharge was filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Western Division: a copy of which is hereby served upon attorney of record and the debtor(s).

STATE OF ILLINOIS
                                            )     SS
COUNTY OF WINNEBAGO        )

    I, the undersigned being first duly sworn on oath, depose and state that I served a copy of this **MOTION TO OBJECT TO DISCHARGE** upon attorney of record for the debtor via electronic notification that occurs automatically upon the filing of said Motion to Object to Discharge. I further swear that I served a copy upon the Debtor(s) to their current address on file with the Trustee's office by mailing a true and correct copy in a properly addressed envelope, postage pre-paid at Rockford, IL at or about the hour of 5:00 p.m. on September 24, 2018.

                                                      /s/Cynthia K. Burnard_____

LYDIA S. MEYER, Trustee
308 West State Street, Suite 212
Post Office Box 14127
Rockford, IL 61105-4127
Telephone: 815/968-5354
Fax: 815/968-5368