UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ROBERT SAM, | ) | No.    18-81910 |
| | ) | |
| Debtor. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Jeffrey C. McDaniel of the Brooks Law Firm, P.C. and hereby enters his

appearance on behalf of Galena Territory Association ("GTA"), in the above-entitled cause.

Respectfully submitted,

/s/ Jeffrey C. McDaniel
Brooks Law Firm, P.C.
3725 Blackhawk Road, Suite 200
Rock Island, IL 61201
Telephone:    (309) 786-4900
Facsimile:    (309) 786-4940
jcm@brookslawfirmpc.com
**ATTORNEY FOR GALENA TERRITORY
ASSOCIATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was sent to the below-listed individuals by electronic means or by enclosing the same in an envelope in a U.S. Post Office mailbox in Rock Island, Illinois on the 24th day of September 2018.

/s/ Jeffrey C. McDaniel

**VIA U.S. MAIL**
Robert Sam
7 Colony Court
Galena, IL 61036

**VIA ELECTRONIC MEANS:**
Lydia Meyer
Chapter 13 Trustee

Patrick S. Layng
Office of the U.S. Trustee, Region 11