UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ROBERT SAM, | ) | CASE NO. 18-81910 |
| | ) | |
| Debtor(s) | ) | JUDGE: THOMAS M. LYNCH |

## RESPONSE OF RALPH HELM AND VERA HELM TO DEBTOR'S MOTION FOR SANCTIONS

NOW COME RALPH HELM and VERA HELM ("Helms") by and through their attorneys, WILLIAMSMCCARTHYLLP and THOMAS P. SANDQUIST, and for their Response to Debtor's Motion for Sanctions (Document 19 erroneously entitled "Plaintiff's Motion for Sanctions") state as follows:

1.    Debtor asserts that the Helms violated the automatic stay pursuant to 11 U.S.C. §362(a)(3) by denying Debtor access to a refuse facility located in the Galena Territories.

2.    For the reasons stated in the Amended Motion for Relief from Automatic Stay previously filed herein by the Helms (Document 12), Debtor is not entitled to protection of the automatic stay pursuant to the provisions of 11 U.S.C. §362(b)(22).

3.    Moreover, the Helms took no action after the August 10, 2018 Petition date to deny Debtor access to the refuse facility.

4.    On or about the entry of the Eviction Order on July 2, 2018, the Debtor was advised that he could no longer use the refuse facility.  Debtor complained and demanded access to the refuse facility through August 11, 2018.

5.    Upon receipt of Debtor's demand to be granted access to the refuse facility, Debtor was immediately granted access to the refuse facility up to and through the August 11,

1

2018 date requested by Debtor. A copy of an e-mail exchange between Debtor and Joe Mattingly of the Galena Territory Association is attached hereto as **Exhibit A**.

6.      Debtor has made no demand upon the Helms to extend Debtor's access to the refuse facility beyond the agreed upon date of August 11, 2018 and Helms have taken no action since the Petition date to deny Debtor access to the refuse facility.

WHEREFORE, the Helms wish this Court to deny the Debtor's request for sanctions against the Helms and for such other and further relief as this Court deems just.


RALPH HELM & VERA HELM

By: WILLIAMSMcCARTHYLLP


By:_____

THOMAS P. SANDQUIST


Prepared by:
Thomas P. Sandquist
ARDC #06198232
WILLIAMSMcCARTHYLLP
120 West State Street, P.O. Box 219
Rockford, IL 61105
(815) 987 8900
tsandquist@wilmac.com

2

From: Joseph Mattingley <jmattingley@thegalenaterritory.com>
To: 'robert sam' <harpees5@yahoo.com>
Cc: 'Sandy Bury' <SBury@peacockfoods.com>; 'Susan Miller' <srmiller@thegalenaterritory.com>; 'Scott Greene'
   <sgreene@thegalenaterritory.com>; 'Jason Kevern' <jkevern@thegalenaterritory.com>; tnack
   <tnack@nack.com>; helmrv <helmrv@aol.com>
Subject: RE: Robert Sam
Date: Fri, Jul 6, 2018 10:41 am

Dear Mr. Sam,

I spoke with Mr. Nack this morning and you have been authorized to utilize the association trash facilities. Please enter the following code for access to the facility: 40231#. The code will expire no later than August 11, 2018 at 11:59 PM.

Sincerely yours,
Joe Mattingley

Cc: Sandy Bury, Susan Miller, Scott Greene, Jason Kevern, Tom Nack, Ralph Helm

From: robert sam [mailto:harpees5@yahoo.com]
Sent: Thursday, July 5, 2018 8:39 PM
To: Joseph Mattingley <jmattingley@thegalenaterritory.com>
Cc: Sandy Bury <SBury@peacockfoods.com>; Susan Miller <srmiller@thegalenaterritory.com>; Scott Greene
<sgreene@thegalenaterritory.com>; Jason Kevern <jkevern@thegalenaterritory.com>;
pcostello@keaycostello.com; tnack@nack.com; helmrv@aol.com
Subject: Re: Robert Sam

Mr. Nack,
You, the helms and myself made a agreement that we would have till the 11th of August to move and that nothing would change while we are here. Mr. Helm wrongfully cut service to our cards and now that cuts service to a utility the garbage, even though we had a agreed order.
I was under the impression we had a agreed order and this case was being dismissed if we leave by the 11th? I want to make clear here, we are not the deadbeats, we did nothing wrong here. Without getting into this case to much now, this is why you agreed to waive any money due to your client?
Mr. Mattingley has taken the stance to embarrass, threaten, bully, and defame me to the above people without knowing this case and what has happened. We were not evicted, you and I Mr. Nack had a agreed order and you came to me with your offer. You promised there were no strings attached.
Mr. Mattingley is misinformed by stating we are Mr. helms guests, we are his tenants and have a valid lease till August 11th.
Mr. Mattingley has caused emotional harm as well as decided to use in proper mob tactics to shut us out wrongfully and violating Illinois law on illegal lockout of utility's. I will be suing the owners club as well as the Helms and naming Mr. Mattingley personally and Mrs. Bury for slander and deformation as well as discrimination and retaliation.
As you know my wife and daughter are disabled and storing garbage in the house will be a major health issue on them both. Whatever health and medical issues that come from storing garbage and waste in the house, the owners club, helms and Mattingley will be personally liable.
If the cards are not re activated by tomorrow end of day, I will file a motion to vacate the agreed order based on a breech of the agreed order. We will also store all the garbage in the lower level bedroom of the home as there is nowhere else to place it. I am sure with the already infestation of mice, storing garbage will only add to that problem. What has taken place is illegal, a violation of our civil rights and serious discrimination and

EXHIBIT

A

From: robert sam <harpees5@yahoo.com>
To: Joseph Mattingley <jmattingley@thegalenaterritory.com>
Cc: Sandy Bury <SBury@peacockfoods.com>; Susan Miller <srmiller@thegalenaterritory.com>; Scott Greene <sgreene@thegalenaterritory.com>; Jason Kevern <jkevern@thegalenaterritory.com>; pcostello <pcostello@keaycostello.com>; tnack <tnack@nack.com>; helmrv <helmrv@aol.com>
Subject: Re: Robert Sam
Date: Thu, Jul 5, 2018 8:39 pm

Mr. Nack,

You, the helms and myself made a agreement that we would have till the 11th of August to move and that nothing would change while we are here. Mr. Helm wrongfully cut service to our cards and now that cuts service to a utility the garbage, even though we had a agreed order.

I was under the impression we had a agreed order and this case was being dismissed if we leave by the 11th?

I want to make clear here, we are not the deadbeats, we did nothing wrong here. Without getting into this case to much now, this is why you agreed to waive any money due to your client?

Mr. Mattingley has taken the stance to embarrass, threaten, bully, and defame me to the above people without knowing this case and what has happened. We were not evicted, you and I Mr. Nack had a agreed order and you came to me with your offer. You promised there were no strings attached.

Mr. Mattingley is misinformed by stating we are Mr. helms guests, we are his tenants and have a valid lease till August 11th.

Mr. Mattingley has caused emotional harm as well as decided to use in proper mob tactics to shut us out wrongfully and violating Illinois law on illegal lockout of utility's. I will be suing the owners club as well as the Helms and naming Mr. Mattingley personally and Mrs. Bury for slander and deformation as well as discrimination and retaliation.

As you know my wife and daughter are disabled and storing garbage in the house will be a major health issue on them both. Whatever health and medical issues that come from storing garbage and waste in the house, the owners club, helms and Mattingley will be personally liable.

If the cards are not re activated by tomorrow end of day, I will file a motion to vacate the agreed order based on a breech of the agreed order. We will also store all the garbage in the lower level bedroom of the home as there is nowhere else to place it. I am sure with the already infestation of mice, storing garbage will only add to that problem. What has taken place is illegal, a violation of our civil rights and serious discrimination and retaliation. I also want to point out, we are actually not leaving the territory, we are working on a house right here, so Joe will see me often.

To go out of your way to hurt us and to hurt two people with disabilities, over a matter that was between the helms and myself is wrong. I am putting all this out on the internet and I am going to warn people of what took place here.

Between my wife and daughters meds it comes to 32k per month, so we are far from deadbeats.

I now see why everyone around town talks so badly about this territory and how bad the leadership is here.

Mr. Nack I took you on your word as I asked you over and over if there were no strings attached and you said no. I am filing my complaint next week.

My daughter is 9 and disabled and this effects her to, I will fight like you never seen for my wife and daughter. We moved here to give them a better life and all of you have made it nothing but horrible.

When I complained to the owners club on no heat and water pouring in and no hot water, where was Joe?

The next time Joe you want to threaten me, be a third of a man and either return my calls or say it to me personally, don't hide behind your keyboard. This house should never have been rented, nothing

was disclosed or told to us, we were deceived and lied to, to sign this lease and contract. No heat, no hot water, no air, mold, mice, bats, flooding and we are being looked at as the low life's?
I will also be contacting Jo-Carroll energy and informing them on there board members tactics and threats. We will also contact newell Rubbermaid and inform them on this matter.
Instead of trying to destroy a family I would focus on fixing all the problems you have here and trying to actually get people to move to the territory's instead of move out.
Your organization seems to be plagued with problems from sexual harassment to mismanagement, etc.

Sincerely, Robert Sam

On Jul 5, 2018, at 5:24 PM, Joseph Mattingley <jmattingley@thegalenaterritory.com> wrote:

Dear Mr. Sam,

GTA Property Owner Ralph Helm has had you evicted from 7 Colony Court. As you know, the Jo Daviess County Judge granted the order on 7/2/18 and you must be out/off the premises by August 11, 2018 at midnight.

Even though you have until August 11 to leave the premises, Mr. Ralph Helm is the property owner and has directed proximity cards for 7 Colony Court be turned off.

As you can imagine there are reasons for this:

- The first being that Mr. Helm is responsible for any actions/uses taken by his guests on The Galena Territory Association common property i.e. the owners club, pools, trash facilities, greenspace, riding center, marina, lake, parks, etc. when proximity cards from 7 Colony Court are being utilized. With the current circumstances in place, he is not willing to take on that responsibility on your behalf; therefore you cannot use the common properties utilizing the 7 Colony Court proximity cards.

- The second reason the cards were shut down is if the association did not shut the cards off and let you use the common properties, than the association would take on the above stated burden which is not appropriate by any circumstances.

I want to be very clear. If you attempt to use any association common properties, you could get prosecuted for doing so because you are entering/using the private facilities/common properties *without permission* of the property owner from 7 Colony Court.

Sincerely yours,
Joe Mattingley
General Manager - The Galena Territory Association, Inc. .

Cc: Sandy Bury, Susan Miller, Scott Greene, Jason Kevern