**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 13 |
| ROBERT SAM, | ) | |
| | ) | Case No. 18-81910 |
| Debtor. | ) | |
| | ) | Hon. Thomas M. Lynch |

### NOTICE OF FILING

TO: *Trustee*           Mr. Robert Sam
**Lydia Meyer**           7 Colony Court
Lydia Meyer - 13 Trustee           Galena, IL 61036
P.O. Box 14127
Rockford, IL 61105-4127

PLEASE TAKE NOTICE that on the 25th day of September, 2018, I filed with the Clerk of the United States Bankruptcy Court, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Rockford, IL 61101, **Response of Ralph Helm and Vera Helm to Debtor's Motion for Sanctions,** a copy of which is attached hereto and herewith served upon you.

/s/ Thomas P. Sandquist
THOMAS P. SANDQUIST

### PROOF OF SERVICE

I, the undersigned, certify that a copy of the foregoing document was served upon each person addressed therein via the Court's CM/ECF system by electronic transmission on the 25th day of October, 2018 and by regular mail.

/s/ Beth Means

Thomas P. Sandquist (#06198232)
WilliamsMcCarthyLLP
120 West State Street
P.O. Box 219
Rockford, IL 61105
(815) 987 8929
tsandquist@wilmac.com