LEASE AGREEMENT

Preamble

This lease agreement is made and entered into this __19__ day of
____Jan_____ 2018, at Huntley, Illinois, by and between Ralph Helm and Vera
Helm, hereinafter called "Lessor", and ___KKS Trust by Robert
Sam_____, hereinafter called "Lessee."

ARTICLE 1.  DEMISE, DESCRIPTION, USE, TERM, AND RENT

Section 1.01.  Lessor hereby leases to Lessee, and Lessee hereby leases
from Lessor, that certain property, hereinafter called the "leased premises,"
known as 7 Colony Ct., Galena, situated in Jo Davies County, Illinois,
which shall include all existing improvements to said premises to be used as a
single family residence, for the term commencing, and terminating on April 1,
2019, for the initial monthly rental of $5,000.00 payable as specified in
Article 2 hereof. In addition, Lessee agrees to abide by all rules and
regulations of the Homeowners Association to which the premises, and all
occupants, are subject.

Delivery of Possession

Section 1.02.  The premises shall be delivered to Lessee on the date of
the execution hereof in its existing condition.

ARTICLE 2.  RENT

Monthly Rent

Section 2.01.  Lessee shall pay Lessor at such place as the Lessor
shall designate from time to time in writing, the monthly sum of
$5,000.00, payable without prior demand and without any setoff or
deduction whatsoever, except as expressly provided herein. Rent payments
shall be made in arrears on the 1st day of each calendar month commencing
March 1, 2018 (for the rent due for February 2018) and shall continue
thereafter through March 31, 2019. Lessor will credit the sum of
$2,000.00 per month, commencing with the rent payment made March 1, 2018,
shall be credited from the rentals paid during the term of the lease
against the purchase price as set forth in the option contract made a
part hereof as Exhibit 1 if the sale of the property is completed as
described in the option contract. Occupancy of the premises shall be
granted on February 1, 2018.

Effect of Default in Rent and Other Payments

Section 2.02.  If Lessee defaults in the payment of any installment of
rent hereunder, such installment shall bear interest at the rate of eight
percent (8%) per annum from the 5th day after it is due until actually paid,
except real estate taxes which shall bear the interest rate charged for late
payment. In like manner, all other obligations, benefits, and moneys which may
become due to Lessor from Lessee under the terms hereof, or which are paid by
Lessor because of Lessee's default hereunder, shall bear interest at the rate
of eight percent (8%) per annum from the 5th day after due date until paid, or,
in the case of sums paid by Lessor because of Lessee's default hereunder, from
the date such payments are made by Lessor until the date Lessor is reimbursed
by Lessee therefore

EXHIBIT
1

Authentisign ID: 823E7400-7FA1-453A-9E51-7338SCB439CC

### Intention of the Parties

Section 2.03. It is the purpose and intent of the parties hereto that this lease shall yield to Lessor the gross amount of the rental specified above.

ARTICLE 3.   TAXES AND ASSESSMENTS

### Payment by Lessor

Section 3.01.  Lessor shall pay the general real estate tax bill and the Property Owners' Association fees levied on or assessed against the leased premises.

### Hold Harmless Clause

Section 3.02.  Except for Lessor's negligent acts, Lessee agrees to and shall protect and hold harmless Lessor and the leased premises from liability for any and all utility bills incurred during Lessee's occupancy, together with any interest, penalties, or other sums thereby imposed, and from any sale or other proceeding to enforce payment thereof.

ARTICLE 4.  INSURANCE

### Lessee's Obligation

Section 4.01.  Lessee agrees to and shall, prior to possession, secure from a good and responsible company or companies doing insurance business in the State of Illinois, and maintain during the entire term of this lease, the following coverage:

(a) Public liability insurance in the minimum amount of $1,000,000.00 per occurrence for loss from an accident resulting in bodily injury to or death of persons, and $500,000.00 for loss from an accident resulting in damage to or destruction of property.  Such amounts shall be reviewed by the parties annually to determine their continuing reasonableness.

(b) Fire and extended coverage insurance on the personal property of Lessee in the premises.

### Proceeds

Section 4.02.  Proceeds from any fire or casualty policy or policies in the name of Lessors, insuring the underlying premises, shall be payable to Lessor, who shall, use such proceeds to make repairs as provided below.

### Fire and Casualty Damage

Section 4.03.  If the building or other improvements on the leased premises should be damaged or destroyed by fire, flood, or other casualty, Lessee shall give immediate written notice thereof to Lessor.

Authentisign ID 87JE14BO-7FA1-4531-9E53-7f3D5CB429CC

## Total Destruction

(a) If the building on the leased premises should be totally destroyed by fire, flood, or other casualty, or if it should be so damaged that rebuilding or repairs cannot reasonably be completed within 15 working days from the date of written notification by Lessee to Lessor of the occurrence of the damage, this lease shall terminate and rent shall be abated for the unexpired portion of this lease, effective as of the date of said written notification. Total destruction shall be determined by the Jo Davies County building department and the insurance carrier insuring the leased premises. Lessee shall be entitled to refund of $2,000.00 per month from rent paid prior to destruction set forth above.

## Partial Damage

(b) If the building or other improvements on the leased premises should be damaged by fire, flood, or other casualty, but not to such an extent that rebuilding or repairs cannot reasonably be completed within 15 working days from the date of written notification by Lessee to Lessor of the occurrence of the damage; this lease shall terminate. If the building and other improvements are to be rebuilt or repaired and are untenantable in whole or in part following such damage, the rent payable hereunder during the period in which they are untenantable shall be adjusted equitably or in the event that Lessee cannot occupy the premises, rent shall be abated. Lessee may at its option terminate this lease by written notification at such time to Lessor, whereupon all rights and obligations hereunder shall cease. Lessor agrees to consult with Lessee as to proposed contractors to be used for repair but final decision shall be Lessor's.

(c) See also Lessee's option to Purchase set out in paragraph 17 hereof.

## Subrogation

4.04 The parties hereby waive each from the other any and all right of recovery for any loss to the premises or contents thereof that is within the scope of any fire and extended coverage policy carried by each party. The parties shall look solely to their respective insurance carrier for reimbursement of covered losses.

ARTICLE 5. UTILITIES

## Lessee's Obligation

Section 5.01. Lessee shall from and after taking possession of the premises and during the full term hereof pay all charges for telephone, internet, gas, electricity, sewage, and water used in or on the leased premises and for the removal of rubbish there from immediately on becoming due and shall hold Lessor harmless from any liability therefore. Lessee further agrees to pay all charges for repairs to water meters on the leased premises whether necessitated by ordinary wear and tear, temperature extremes, accident, or any other causes. Such payments shall be made immediately on becoming due.

AuthentiSign ID: 823E748D-7FA1-4638-9E53-713B9CD429CC

ARTICLE 6.   WASTE AND NUISANCE

Section 6.01.   Lessee shall not commit, or suffer to be committed, any waste on the leased premises, nor shall she maintain, commit, or permit the maintenance or commission of any nuisance on the leased premises or use the leased premises for any unlawful purpose.

ARTICLE 7.   REPAIRS

Lessee's Duty to Repair and Maintain

Section 7.01.   Lessee agrees to keep the leased premises in good order and repair and make any improvements to conform the building itself to appropriate regulation as regards Lessee's use as defined in the purpose clause hereof consistent with the building code requirements of the Jo Davies County and the Galena Territories and requirements of any other governmental body having jurisdiction over the premises. Lessee further agrees to keep the leased premises clean, and to repair or replace all broken or damaged doors, windows, plumbing fixtures and pipes, floors, stairways, railings, or other portions of the leased premises, including damage caused by moisture from broken windows and plumbing fixtures which Lessee is required to repair.   Lessee shall keep the paved portion of the premises and appurtenances free of ice and snow and trash. Lessee shall permit Lessor to inspect the premises at anytime upon not less than eight hours prior notice.

ARTICLE 8.   ALTERATIONS, IMPROVEMENTS, AND FIXTURES

Section 8.01.   Except as otherwise provided above, Lessee shall not alter or improve the leased premises without the prior written consent of Lessor to do so. Lessee shall submit all plans and designs for remodeling to Lessor for its approval, and in the event that the plans and designs are disapproved by Lessor, such changes shall not be made until reasonable changes to the plans required by Lessor are made.

ARTICLE 9.   QUIET POSSESSION

Covenant of Quiet Possession

Section 9.01.   Lessor shall, on the commencement date of the term of this lease as hereinabove set forth, place Lessee in quiet possession of the leased premises and shall secure him in the quiet possession thereof against all persons claiming the same during the entire lease term and each extension thereof.

Covenant Regarding Encumbrances

Section 9.02.   (a) Lessor covenants that the leased premises are not subject to any lien, claim, or encumbrance, except as hereinafter set forth, and that it is not in default or arrears in the making of any payment or the performance of any obligation relating to the leased premises.

(b) The leased premises are subject to the following:

(1) Unpaid taxes for the calendar year 2017.

(2) All conditions of record as reflected in attached Chicago Title Insurance Policy and as such policy will be updated to date of closing.

AuthenDsign ID. 82JE74D0-7FA1-4530-0E53-7530SC0429CC

### Subordination

Section 9.03.  This lease and any extensions of the term hereof shall be subordinate, at the option of Lessor, to any and all mortgages or assignments given by Lessor on the leased premises and to all refinancing liens upon the property.

### ARTICLE 10.  SECURITY DEPOSIT

### Receipt of Deposit

Section 10.01.  Lessor shall not require a security deposit from Lessee.

### ARTICLE 11.  TERMINATION OR EXTENSION

### Effect of Holding Over

Section 11.01.  In the event Lessee unlawfully holds over beyond the expiration of the term hereof, such holding over shall be deemed a month-to-month tenancy only, at the rental of 1.5 times the most recent monthly rent, payable on the 1st day of each month thereafter until the tenancy is terminated in a manner provided by law.

### ARTICLE 12.  SURRENDER OF PREMISES

### Removal of Property

Section 12.01.  Lessee shall, without demand therefore and at his own cost and expense upon the expiration or earlier termination of the term hereof or of any extended term hereof remove all property belonging to him and all alterations, additions, or improvements, and fixtures which by the terms hereof she is permitted to remove; repair all damage to the leased premises caused by such removal; and restore the leased premises to the condition they were in prior to the installation of the property so removed. Any property not so removed shall be deemed to have been abandoned by Lessee and may be retained or disposed of by Lessor.

### Surrender

Section 12.02.  Lessee agrees to and shall, on expiration or earlier termination of the term hereof, promptly surrender and deliver the leased premises to Lessor without demand therefore in good condition.

### ARTICLE 13.  CONDEMNATION

### All of Premises

Section 13.01.  If during the term of this lease or any extension or renewal thereof, all of the leased premises should to taken for any public or quasi-public use under any law, ordinance, or regulation or by right of eminent domain, or should be sold to the condemning authority under threat of condemnation, this lease shall terminate and the rent shall be abated during the unexpired portion of this lease, effective as of the date of the taking of said premises by the condemning authority. In addition Lessee shall be entitled

Authentisign ID: 823E74BD-7FA1-4538-9E53-7530 5C8-J25CC

to a refund from Lessor of $2,000.00 per month for rental payments made prior to termination of lease, except the credit for February 2018 shall be as set forth above.

## Partial Condemnation

Section 13.02.   If less than all of the leased premises shall be taken for any public or quasi-public use under any law, ordinance, or regulation, or by right of eminent domain, or should be sold to the condemning authority under threat of condemnation, this lease shall terminate.

## Allocation of Awards

Section 13.03.   Lessor and Lessee shall each be entitled to receive and retain such separate awards and portions of lump-sum awards as may be allocated to their respective interest in any condemnation proceedings.   The termination of this lease shall not affect the rights of the respective parties to such awards. If Lessee exercises its option to purchase hereunder, Lessee shall be entitled to any award otherwise allocated to Lessor.

ARTICLE 14.   DEFAULTS AND REMEDIES

## Default by Lessee

Section 14.01.   If Lessee shall allow the rent to be in arrears more than 5 days or shall remain in default under any other condition of this lease for a period of 5 days after written notice from Lessor, or should any person other than Lessee secure possession of the premises, or any part thereof, by reason of any receivership, bankruptcy proceedings, or other operation of law in any manner whatsoever, Lessor may at its option, without notice to Lessee, terminate this lease (or, in the alternative, Lessor may reenter and take possession of said premises and remove all persons and property there from, without being deemed guilty of any manner of trespass, and relet the premises or any part thereof, for all or any part of the remainder of said term, to a party satisfactory to Lessor, and at such monthly rental as Lessor may with reasonable diligence be able to secure). Should Lessor be unable to relet after reasonable efforts to do so, or should such monthly rental be less than the rental Lessee was obligated to pay under this lease, or any renewal thereof, plus the expense of reletting, then Lessee shall pay the amount of such deficiency to Lessor.

## Cumulative Rights and Remedies

Section 14.02.   All rights and remedies of Lessor under this lease shall be cumulative, and none shall exclude any other right or remedy at law. Such rights and remedies may be exercised and enforced concurrently and whenever and as often as occasion therefore arises.

## Default by Lessor

Section 14.03.   If Lessor defaults in the performance of any term, covenant, or condition required to be performed by it under this agreement, Lessee may elect either one of the following:

Authentisign ID: 823E7460-7FA1-4536-9E53-731B5CB429CC

(a) After not less than 5 days' notice to Lessor. Lessee may remedy such default by any necessary action, and in connection with such remedy may pay expenses and employ counsel; all (reasonable) sums expended or obligations incurred by Lessee in connection therewith shall be paid by Lessor to Lessee on demand, and on failure of such reimbursement, Lessee may, in addition to any other right or remedy that Lessee may have, deduct the costs and expenses thereof from rent subsequently becoming due hereunder; or

(b) Elect to terminate this agreement on giving at least 30 days' notice to Lessor of such intention, thereby terminating this agreement on the date designated in such notice, unless Lessor shall have cured such default prior to expiration of the 30-day period, and

ARTICLE 15.   INSPECTION BY LESSOR

Section 15.01.   Lessee shall permit Lessor and its agents to enter into and upon the leased premises at all reasonable times upon at least 8 hours prior notice for the purpose of inspecting the same or for the purpose of maintaining or making repairs or alterations to the building.

ARTICLE 16.   ASSIGNMENT AND SUBLEASE

Assignment and Subletting by Lessee

Section 16.01.   Lessee shall not assign or sublet all or any portion of the leased premises without the prior written consent of Lessor. No consent to assign shall contain a release of Lessee from the obligations incurred in this lease.

Assignment by Lessor

Section 16.02.   Lessor is expressly given the right to assign any or all of its interest under the terms of this lease.

ARTICLE 17. OPTION TO RENEW AND OPTION TO PURCHASE

Section 17.01.   Option to Renew. NOT APPLICABLE.

Section 17.02.   Option to Purchase. Lessee shall have the option to purchase the leased premises for a price of $444,000.00. Said option shall be exercised, at anytime hereafter, by advising Lessor in writing of its intent to exercise said option not later than 5:00 pm on January 31, 2019. Said notice shall be delivered to Lessor at the same address as is then presently receiving Rent payments. Notice shall be in the form of the delivery of an executed copy of the real estate contract attached hereto as Exhibit A. Said option may only be exercised if Lessee is not in default of the terms of this lease at both the time of exercise of the option and at the closing of the purchase.

ARTICLE 18. MISCELLANEOUS

Notices and Addresses

Section 18.01.   All notices provided to be given under this agreement shall be given by certified mail, addressed to the proper party, at the following addresses:

Authentisign ID: 023E7480-7FA1-4538-9E53-753B5C8425CC

Lessor:     12504 Golf View Drive,
            Huntley, IL 60142

Lessee:     7 Colony Ct. Galena, IL 61036

or at such other place as the parties shall designate from time to time in writing by notice consistent with the terms hereof.

## Parties Bound

Section 18.02.   This agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, executors, administrators, legal representatives, successors, and assigns when permitted by this agreement.

## Applicable Law

Section 18.03.   This agreement shall be construed under and in accordance with the laws of the State of Illinois.

## Legal Construction

Section 18.04.   In case any one or more of the provisions contained in this lease shall for any reason be held to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality, or unenforceability shall not affect any other provision thereof and this lease shall be construed as if such invalid, illegal, or unenforceable provision had never been contained herein.

## Sole Agreement of the Parties

Section 18.05.   This lease constitutes the sole agreement of the parties hereto and supersedes any prior understandings or written or oral agreements between the parties respecting the subject matter within it.

## Amendment

Section 18.06.   No amendment, modification, or alteration of the terms hereof shall be binding unless the same shall be in writing, dated subsequent to the date hereof, and duly executed by the parties hereto.

## Rights and Remedies Cumulative

Section 18.07.   The rights and remedies provided by this lease are cumulative, and the use of any one right or remedy by either party shall not preclude or waive its right to use any or all other remedies.   Said rights and remedies are given in addition to any other rights the parties may have by law, statute, ordinance, or otherwise.

## Waiver of Default

Section 18.08.   No waiver by the parties hereto of any default or breach of any term, condition, or covenant of this lease shall be deemed to be a waiver of any other breach of the same or any other term, condition, or covenant contained herein.

Authentication ID: 823E7400-1FA1-4938-9E93-7538SCB425CC

#### Attorney's Fees

Section 18.09.   In the event Lessor or Lessee breaches any of the terms of this agreement and the party not in default employs attorneys to protect or enforce its rights hereunder and a court order is entered finding such default, then the defaulting party agrees to pay the other party reasonable attorney's fees so incurred by such other party.

#### Time of Essence

Section 18.10.   Time is of the essence of this agreement.

#### Exculpation of Lessor

Section 18.11.   If Lessor shall convey title to the demised premises pursuant to a sale or exchange of property, the Lessor shall not be liable to Lessee or any immediate or remote assignee or successor of Lessee as to any act or omission from and after such conveyance.

#### Recordation of Memo of Lease

Section 18.12.   Lessor agrees to execute upon Lessee's request, a memorandum of this lease for the purpose of recordation with the Jo Davies County Recorder. The cost of recording shall be borne by Lessee.

IN WITNESS WHEREOF, the undersigned Lessor and Lessee hereto execute this agreement as of the day and year first above written.

LESSEE
Authority:
Robert Sam
_____
1/10/2018 12:50:51 PM CST

LESSORS
_____
Ralph Helm
_____
Vera Helm

AuthentiSign ID: 623E74B0-7FA1-4538-9653-15JB5C0429CC

## Guarantee

FOR VALUE RECEIVED, the undersigned, hereby guarantees absolutely and unconditionally prompt payment when due, whether at maturity, by acceleration or otherwise, of the within Lease; and agrees to pay all costs and expenses, including attorney's fees, incurred by virtue of said lease terms and in the enforcement of this Guarantee. No renewal or extension of said lease, no release of any person, primarily or secondarily liable thereon, no delay in the enforcement of any obligation of the lease and no delay or omission in exercising any right or power under said Lease shall affect the liability of the undersigned hereunder. The undersigned expressly waives presentment, protest, demand, notice of dishonor or default, notice or acceptance of this Guarantee and notice of any kind with respect to said Lease or the performance of the obligations under said Lease. The undersigned consents and agrees to be bound by all of the terms and provisions of said Lease.

Address:

7 Colony Ct
Galena Illinois 61036

Signature:

*Robert Sam*
1/10/2018 12:58:53 PM CST

**Fill in this information to identify your case:**

Debtor 1  __Robert Sam__

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the **Northern District of Iowa**

Case number
(if known)  _____

☐ Check if this is an amended filing

## Official Form 101A
# Initial Statement About an Eviction Judgment Against You          12/15

File this form with the court and serve a copy on your landlord when you first file bankruptcy only if:

- you rent your residence; and
- your landlord has obtained a judgment for possession in an eviction, unlawful detainer action, or similar proceeding (called *eviction judgment*) against you to possess your residence.

Landlord's name and address:
Ralph and Vera Helm
12584 Golf View Drive
Huntley, IL  60142

 **Certification About Applicable Law and Deposit of Rent**

I certify under penalty of perjury that:

☒ Under the state or other nonbankruptcy law that applies to the judgment for possession *(eviction judgment)*, I have the right to stay in my residence by paying my landlord the entire delinquent amount.

☒ I have given the bankruptcy court clerk a deposit for the rent that would be due during the 30 days after I file the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

/s/ Robert Sam                                            08/10/2018
Signature of Debtor 1                                      Date

_____                          08/10/2018
Signature of Debtor 2                                      Date

**Stay of Eviction:**

(a) **First 30 days after bankruptcy.** If you checked both boxes above, signed the form to certify that both apply, and served your landlord with a copy of this statement, the automatic stay under 11 U.S.C. § 362(a)(3) will apply to the continuation of the eviction against you for 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

(b) **Stay after the initial 30 days.** If you wish to stay in your residence after that 30-day period and continue to receive the protection of the automatic stay under 11 U.S.C. § 362(a)(3), you must pay the entire delinquent amount to your landlord as stated in the eviction judgment before the 30-day period ends. You must also fill out *Statement About Payment of an Eviction Judgment Against You* (Official Form 101B), file it with the bankruptcy court, and serve your landlord a copy of it before the 30-day period ends.

Check the Bankruptcy Rules (www.uscourts.gov/rulesandpolicies/rules.aspx) and the local court's website (to find your court's website, go to www.uscourts.gov/Court_Locator.aspx) for any specific requirements that you might have to meet to serve this statement. 11 U.S.C. §§ 362(b)(22) and 362(l).


EXHIBIT
2



# THE GALENA TERRITORY ASSOCIATION, INC.

# Rules
# and
# Regulations

Revised April 28, 2018

EXHIBIT
3

## TABLE OF CONTENTS

A.  Member and Guest Identification/Access
                                                              3

B.  Vehicles
                                                              3

C.  General
                                                              4

D.  Facility Use
                                                              4

E.  Owners' Club Complex
    1.  General                                               5
    2.  Locker Rooms
    3.  Pools
    4.  Gymnasium
    5.  Outside Basketball Court

F.  Tennis and Pickleball Courts
                                                              6

G.  Lake Galena
                                                              6

H.  Marina
    1.  Watercraft and Trailer Storage                        7
    2.  In-water docking
    3.  Marina Park

I   Fishing
                                                              7

J.  Greenspace
                                                              8

K.  Shenandoah Riding Center
                                                              8

L.  Facility Rental
                                                              8

M.  Camping
                                                              9

N.  Pets
                                                              9

O.  Refuse and Litter
                                                              9

P.  Hunting, Firearms and Fireworks
                                                              10

Q   Payment Vouchers
                                                              11

R.  Dispute Resolution and Grievance Procedure
                                                              11

S   Leasing
                                                              11

T.  Failure to Comply with Emergency Directions
                                                              11

U   Unauthorized Use of GTA Member List
                                                              11

V.  Nuisance
                                                              11

W.  Solicitation
                                                              11

2

## RULES AND REGULATIONS

### A. Member and Guest Identification and Access

1. Each lot/living unit shall be entitled to six (6) proximity cards at no charge. This number is subject to change by the Board of Directors. Additional proximity cards are available for sale for an annual fee established by the Board of Directors, however, at no time shall the total number of proximity cards for any lot/living unit exceed ten (10). Lost or damaged proximity cards will be canceled and may be replaced at a fee established by the Board of Directors. (Special Note: For multiple owners on a lot/living unit, proximity cards will be distributed to the first owner who registers.)

2. A daily guest fee may be charged for a temporary pass for those individuals who are guests of a member and do not have a proximity card. Children age 5 and younger may enter without a proximity card or temporary pass. This temporary pass includes entry to all Association amenities. Guests must be authorized by a member. Guest passes may be purchased at the Owners' Club or the Marina.

3. Access to Association amenities is permitted by use of a valid Association-issued proximity card or temporary guest pass. Any person (excluding children age 5 and younger) using or visiting a GTA amenity must produce a valid proximity card or temporary guest pass as authorization to access, whenever requested by any GTA employee. Any person unable or unwilling to produce a valid proximity card or temporary guest pass when requested by any staff member shall be denied access or escorted from the amenity and may be subject to a fine. Management shall have discretion to grant individual or blanket authorization when in management's opinion it is impractical to issue and require that every visitor or guest on GTA property possess a valid proximity card or temporary guest pass

### B. Vehicle Regulations

1. Each vehicle (car, truck, motorcycle, motor home, etc.) shall be registered annually with the Association office. The owner shall supply the Association with appropriate information about their vehicles.

2. Each lot or living unit is authorized up to six (6) vehicle decals. Temporary vehicle passes are available for those individuals who are guests of a member. Temporary vehicle passes must be authorized by a member. Vehicle passes may be obtained at the Owners' Club or the Marina.

3. Unless otherwise authorized by management, vehicle passes are required at all amenities. Any vehicle without an appropriate decal permanently affixed to the front windshield or without a temporary vehicle pass prominently displayed and visible from the exterior of the vehicle may be ticketed by the Security Department.

4. The use of motorized vehicles, including trail bikes, utility vehicles (UTVs), all-terrain vehicles (ATVs), mini-bikes, snowmobiles, etc., except vehicles authorized by management, are not permitted on Greenspace, trails and other lands owned by the Association. Such vehicles may be used on the roads in The Galena Territory only in accordance with state and local highway traffic regulations including the licensing of both the vehicle and driver.

5. Habitual parking of commercial vehicles, recreational vehicles (campers, watercraft, snowmobiles, horse trailers, etc.) or junked or inoperable vehicles as referenced in the Architectural Review Guidelines on any lot, adjacent parking area or roadway is not permitted, except for horse trailers on lots permitted for and currently stabling horse(s).

3

## C. General

1. The Board of Directors has adopted and published rules, regulations and policies governing the use of the Common Properties and facilities, and the personal conduct of any person thereon. Management is responsible for enforcement and may, at its discretion, fine or suspend the rights of any person for violation of such rules, regulations and policies for a period not to exceed 30 days.

2. Property owners shall be responsible for their family members, tenants, servants, pets, guests and invitee's compliance with GTA Rules and Regulations. Property owners shall also be responsible for the payment of any fines levied as a result of a violation of the GTA Rules and Regulations by an owner, an owner's family member, tenants, servants, pets, guests and invitees.

3. An adult (18 years of age or older) must supervise children younger than twelve (12) years of age at all Association facilities.

4. Smoking or carrying a lighted cigarette, cigar or pipe, or using an alternative nicotine product known as an e-cigarette or vaporizer in any GTA facility and on any attached deck is not permitted.

5. All refuse must be disposed of in the proper containers.

6. Avoid profanity and vulgarities.

7. Pets are not permitted inside the Owners' Club or Marina building, on the tennis, pickleball or basketball courts, or to be tied to fences at any facility, except for service animals specifically trained to do work or perform tasks for an individual with a disability.

8. The Galena Territory Association is not responsible for lost or stolen items.

## D. Facility Use

1. During normal operating hours, no group may occupy the Owners' Club Lounge, Social Hall, Arts & Crafts Room, Pavilion or Marina Lounge for more than two (2) hours to the extent that they unreasonably interfere with the rights or enjoyment of other members. If the facility is rented for a private party, please return at another time.

2. Firearms of any kind are not permitted in the Pool/Recreation Complex. The Pool/Recreation Complex is defined as any area within the complex including adjacent deck areas normally accessed through the double doors adjacent to the Owners' Club Café by use of a proximity card.

3. Skateboarding, rollerblading or skating is not permitted inside any building.

4. Tables should be left clean and orderly.

5. Sitting or lying on game tables is not permitted.

6. Entry to any GTA facility, any part of a facility not normally open to members or guests, and storage area outside normal operating hours and when an employee is not present, is not permitted unless authorized by the Board of Directors or GTA management.

4

**E. Owners' Club Complex**

1. General Regulations
   a. Glass and breakable items are not permitted in the pools, decks and locker rooms.
   b. Persons with athlete's foot, open sores or similar skin conditions are not permitted in the pool, deck and locker rooms for obvious health reasons.
   c. Food, gum and beverages other than water are not permitted on the pool deck.
   d. Food, gum and beverages are permitted on the concession deck, the fenced-in area adjacent to the Owners' Club Café.
   e. Only clean footwear is allowed on the pool decks.
   f. Sunbathing is permitted on the pool deck. Nude sunbathing is not permitted.
   g. Carry-in of alcoholic beverages is not permitted except during the winter season when the outdoor pools are closed.

2. Locker Rooms
   a. Swimmers are encouraged to shower each time prior to leaving the locker room and entering the pool.
   b. Persons are encouraged to bring a padlock to protect their valuables left in the locker room.
   c. Locks must be removed from lockers by the close of business each day. Locks remaining after the close of business will be forcibly removed and contents secured.

3. Pools
   a. All Association members and their guests will comply with the rules and regulations of the State of Illinois Department of Public Health.
   b. Running or unsafe activity in the pool area is prohibited. Violators will be asked to leave the pool area if such activity persists. Lifeguards, security, management and staff supervisors have authority in such matters.
   c. Proper swimming attire is required; "cut-off jeans" and thongs are not allowed.
   d. Diving is not permitted.
   e. Inflatable toys, balls and other toys are not permitted except as authorized by the lifeguard.
   f. The pools may be closed by the lifeguards, security or management due to inclement weather.
   g. When a thunder or lightning warning is issued everyone must vacate the outdoor pools. Lifeguards will issue an "All Clear" by waiting 15 minutes after the last observed thunder or lightning.
   h. Objectionably loud noise is not permitted. Lifeguards will control the noise level.
   i. Rules specific to the pool slide are posted on the slide.
   j. Horseplay is not permitted.
   k. Do not hang or sit on rope or ladders.
   l. Keep the area in front of rescue backboards open.
   m. Do not distract lifeguards.

4. Gymnasium
   a. Use of the gymnasium is limited to one (1) hour. Scheduled Association activities will be the exception.
   b. Baseball, hockey, kickball and dodgeball are not permitted in the gymnasium.
   c. Food and beverages are not permitted in the gymnasium.

5. Outside Basketball Court
   a. Use of court is limited to one (1) hour. Scheduled Association activities are the exception.
   b. Any device with wheels is not permitted on the court.

5

### F. Tennis and Pickleball Courts

1. Register for court times at the Association office by telephone or in person for the Owners' Club courts and at the Marina (when open) for the Marina courts.

2. Reservations are limited to one (1) hour. Scheduled Association activities are the exception

3. Only tennis or gym shoes are permitted on the courts.

4. Play begins and ends on the full hour regardless of when players commenced play.

5. Hanging on the nets is not permitted.

6. Any device with wheels is not permitted on the courts

### G. Lake Galena Regulations

1. Swimming is not permitted in Lake Galena and below the spillway area. Diving into Lake Galena from rocks, trees, boats, etc. is not permitted.

2. Scuba diving is not permitted in Lake Galena.

3. Only watercraft owned by property owners are allowed on Lake Galena except as authorized by the General Manager or his or her designee. Property owners must provide the Association office proof of ownership for each watercraft. Before entering onto Lake Galena, all watercraft and trailers must be registered with the Association office and stickers properly affixed.

4. Guest watercraft are not permitted on Lake Galena.

5. Lake Galena is a "no-wake" lake.

6. Docking at the launch area is not permitted except to load and unload. Docking watercraft on the shoreline or mooring watercraft on the lake overnight is not permitted.

7. Launching of any watercraft will be from the Marina launch area only. Launching from other locations is not permitted.

8. The waters of Lake Galena are under the jurisdiction of the State of Illinois Department of Natural Resources. Members may be fined by conservation police officers if they are not in compliance with state fishing and watercraft statutes. Association boating and fishing regulations will be enforced by Association staff.

9. Boating on Lake Galena is limited to watercraft without motors, such as sailboats, rowboats and canoes and kayaks, and to watercraft driven by electric or gasoline motors with 10 or less horsepower. Motorized and non-motorized personal watercraft (jet ski, water mouse, tubes or similar craft) are not permitted. Boats and motors are subject to inspection by Association staff at any time.

10. Pontoon boats owned by Association members are limited to a maximum length of 18 feet. All other watercraft owned by Association members are limited to a maximum length of 21 feet on Lake Galena.

11. The Association is not responsible for loss of or damage to any watercraft or equipment.

6

12. No person shall operate any watercraft in a careless or reckless manner as defined by the Illinois Boat Registration and Safety Act

13 Water skiing or towing of any device is not permitted.

## H. Marina Regulations

1. Watercraft and trailer storage
   a. Watercraft and trailer storage is available in the fenced area at the Marina.
   b. Members shall make written application and pay an annual storage fee. Upon payment a storage decal will be affixed to the watercraft or trailer by Association staff.
   c. Failure to pay the annual fee will result in the Association taking the appropriate legal action including the removal of the watercraft or trailer from the GTA storage area
   d. Each numbered location is to be used only for the boat identified for its use.
   e. Members are responsible for providing their own tie-downs.
   f. Small campers and recreational vehicles may be stored with prior approval of Association staff if space is available.

2. In-water docking
   a Docking is permitted at the Marina only
   b. Upon receipt of the written application and annual rental fee, a numbered docking decal will be affixed to the watercraft by Association staff.
   c Failure to pay the annual fee will terminate all rights of any such property owner. The Association reserves the right to dispose of any watercraft not picked up by its owner after thirty (30) days' notice to the property owner previously holding the right to use said slip.
   d If a property owner does not house a watercraft in the slip for one full season, the Association may terminate the rights to the use of that slip.
   e There is only one watercraft per slip and only the watercraft identified on the application is allowed in that slip.
   f. All boats must be removed from the water by December 1. Failure to remove a boat could result in the loss of docking privileges the following year.
   g Property owners are not allowed to transfer the right to use said docking facility to another property owner.
   h. Any open watercraft (fishing boat, sailboat, canoe and kayak) docked at the Marina is required to have either a tented cover or a functioning battery-operated bilge pump.
   i. Members are responsible for providing and maintaining adequate and proper dock lines.

3 Marina Park
   a. Bonfires are prohibited in the park.
   b. Glass and breakable objects are not permitted on the playground or sand volleyball court.
   c. Only authorized vehicles are permitted in the park.

## I. Fishing Regulations

1. The waters of Lake Galena are statutorily controlled by the State of Illinois Department of Natural Resources. Members not in compliance with state fishing regulations are subject to a fine by the conservation police officers.

2. Association fishing regulations (catch size and limits) are posted at various locations around Lake Galena and are enforced by Association staff. The GTA promotes "catch and release."

3 Lake Galena has a two-pole and line fishing restriction per person. The use of set (trot) lines. jugs. bottles box traps or unattended fishing devices are not permitted in Lake Galena.

7

4. Fishing is not permitted from the docks at the Marina and from the spillway. Fishing is permitted from the shoreline around Lake Galena, including the dam and fishing piers, as well as along the stream below the dam and spillway.

J. Greenspace Regulations

1. Excluding the trail system, Greenspace shall be left in its natural state.

2. All restoration projects completed by the GTA or property owner must be approved by the Natural Resources Coordinator.

3. A multi-use trail system is available. Specific rules and regulations have been established for the trail system.
   a. Stay on designated trails; do not take shortcuts. Many trails are adjacent to private property.
   b. All trail users must yield to horseback riders

4. Cutting trees or altering the Greenspace is not permitted except as granted by the Natural Resources Coordinator and/or Greenspace Advisory Group in writing. In emergencies, the General Manager or his or her designee can approve removal of trees. Anyone cutting trees on Greenspace or altering Greenspace without written approval may be fined and will be required to restore the area as prescribed by the Natural Resources Coordinator.

5. The removal or digging of plants from Greenspace is not permitted, except for the following non-native, invasive species: garlic mustard, wild parsnip, poison hemlock, teasel, honeysuckle or buckthorn, autumn olive or other species authorized by the Natural Resources Coordinator.

6. Foraging for edibles is permitted after obtaining the appropriate permit from the Administrative office. The harvest may consist of fruit, nuts, mushrooms or leaves but not entire plants. The permit must be displayed on your vehicle's dashboard or presented to Security upon request.

7. Building on, adding to or storing personal possessions (including watercraft and other recreational vehicles) on Greenspace is not permitted.

8. Tree removal on private property
   a. Removal of trees larger than 4 inches in diameter requires the approval of the Natural Resources Coordinator. This includes dead trees.
   b. Complete removal of branches from ground level cannot exceed 8 feet in height.
   c. Topping of trees is not permitted
   d. Trees or branches that have fallen and are on the ground may be cleaned up without obtaining approval.

K. Shenandoah Riding Center

Please contact the Shenandoah Riding Center office for a copy of specific rules for use of the facility.

L. Facility Rental Regulations

1. The Association will make available to individual members the opportunity to rent some of the amenities for parties and gatherings. The facilities available for rent are the Marina Pavilion, Marina Lounge, Owners' Club Lounge, Arts & Crafts Room and Social Hall. Each rental will require a damage deposit and will be reserved on a first-come, first-served basis. The rental fee and terms are established by the Board of Directors and are subject to change.

8

2. Any group of fifteen (15) or more persons requesting use of the facilities must complete a rental agreement with the Recreation office prior to use.

3. In order to rent a facility, complete the rental agreement application and forward it to the Recreation office along with the appropriate rental fee and damage deposit. Specific rules and regulations have been established for each amenity.

4. Only members may reserve the facilities.

5. Facilities are not available for rental on the following holidays: New Year's Day, Easter, Thanksgiving, Christmas Eve Day and Christmas Day. Only the Social Hall is available for rent on Memorial Day weekend, 4ᵗʰ of July (and weekend if applicable) or Labor Day weekend.

6. The gym, game room and Marina Park are not available for exclusive use. Scheduled Association activities are the exception. The pool and deck may be available for exclusive use after hours and then only under specific conditions as authorized by management.

7. The sale of alcoholic beverages during a facility rental requires dram shop insurance and a liquor license. Giving away alcohol requires a host insurance policy. The Galena Territory Association must be named as an additional insured on either policy.

## M. Camping

Camping is not permitted in The Galena Territory with the exception of camping in self-contained recreational vehicles/trailers in the designated camping area at the Shenandoah Riding Center during scheduled events. Campers will abide by all rules and regulations of the Association or be ordered to leave the premises.

## N. Pets

1. No animal, except the usual household pets, shall be kept or maintained on any lot in the development unless specifically allowed by the Supplemental Declarations. Pets not confined to the premises of the owner shall at all other times be securely confined, leashed or under control of the owner or another responsible person.

2. Pets found roaming or running at large outside the owner's property unleashed and not under control of the owner or other responsible person, subjects the owners of the pets to fines established by the Board of Directors.

## O. Refuse and Litter

1. There are two refuse centers located on Mount Hope Road and Brodrecht Road

2. All refuse should be deposited in the appropriate receptacles located throughout The Territory.

3. Roadside dumping and littering are prohibited by law. Littering within The Galena Territory is subject to fine by the Association.

4. There is no curbside pickup in The Galena Territory. Do not place refuse at the edge of the road in a container or plastic bag unless you have made prior arrangements with a collection service

5. Access to the refuse centers is permitted by use of a valid proximity card or guest pass.

9

6. Improper use of refuse centers is subject to fine.

7. Refuse Center operation:
   a. Open daily from 6 a.m. until 9 p.m.
   b. Place all non-recyclable refuse items that fit through the compactor door into the compactor.
      • If the compactor is in the process of cycling, wait for the process to stop before opening the door.
      • Close the door securely after placing refuse inside.
   c. Place all refuse in a receptacle, not on the ground.
   d. Large items such as televisions, appliances, furniture and tires will be accepted on Saturday and Sunday from 9 a.m. until 3 p.m. at the Mount Hope Refuse Center only for a fee. Special arrangements for a pickup for large items at your home may also be arranged with the refuse collection contractor.

8. Recycling
   a. Cardboard recycling is available at the Mount Hope location only. Cardboard must be emptied and flattened. Packing supplies must be placed in the compactor.
   b. Recycling guidelines:
      • Sorting is not required.
      • Recyclables must be loose.
      • Plastic, aluminum and tin must be clean.
      • Newspapers and magazines should not be bundled.
      • Items not accepted: Glass of any kind, hardcover books, Styrofoam, oil containers, aerosol cans and paint cans.

9. Construction waste is not permitted at the refuse centers. On-site dumpsters are required at construction sites.

10. Gasoline and refuse may not be dumped in the lake or on the lakeshore.

11. Landscape waste
    a. Anyone contemplating burning items such as landscape waste is directed to notify the Security Department prior to burning so that no false alarms are submitted.
    b. Landscape waste is defined as any plant refuse including trees, tree trimmings, branches, stumps, weeds, leaves, grass, shrubbery and yard trimmings. The burning of landscape waste can occur only on the land where the waste was generated, under atmospheric conditions that will readily dissipate contaminants and in such a way as to not create a visibility hazard to roadways or endanger neighboring properties.
    c. All burning of landscape waste shall be properly supervised by the owner or the owner's designee.
    d. No burning shall take place after dusk.

12. Townhouse and condominium associations have their own collection sites that are for exclusive use by their members only. Anyone improperly using those facilities is subject to a fine.

P. Hunting, Firearms and Fireworks

1. No hunting or trapping is permitted in The Galena Territory except as authorized by the General Manager or his or her designee. The entire area is posted.

2. No firearms, fireworks, slingshots, bows and arrows, crossbows or any other devices designed to propel a projectile, such as BB guns, pellet guns or air pistols, may be discharged within The Galena Territory unless authorized by the General Manager or his or her designee.

10

D-14

### Q.  Payment Vouchers

The Board of Directors shall establish a Purchasing Policy that will include a method of approving payment vouchers.

### R.  Dispute Resolution and Grievance Procedure

Any claim or controversy between The Galena Territory Association, Inc. and any member which arises out of or relates to the ownership and use of property in The Galena Territory shall be submitted to the Dispute Resolution and Arbitration Procedures Policy prescribed by the Board of Directors.

### S.  Leasing

Any owner leasing their property for a period of longer than 6 months shall deliver a copy of the signed lease to the Association or if the lease is oral, a memorandum of the lease, not later than the date of occupancy or 10 days after the lease is signed, whichever occurs first.

### T.  Failure to Comply with Emergency Directions

Any person who willfully fails to comply with the directions of GTA Security personnel or another GTA employee assigned to carry out emergency procedures put into place by the General Manager or his/her designee to safeguard life and property in an emergency situation shall be subject to a fine of $1,000

### U.  Unauthorized Use of a GTA Member List

Any member who utilizes the GTA member list for reasons other than the Board-approved proper purpose for which said list was released, shall be subject to a fine up to $10,000 per occurrence. Nothing in this rule shall preclude the GTA's right to pursue any other remedies against such member available under law or contract.

### V.  Nuisance

1.  Any disturbance of the peace or nuisance observed by Security will receive a warning upon the first occurrence. Upon a second occurrence at the same location within 24 hours, the owner will be fined up to $1,000 and Security personnel will contact the Jo Daviess County Sheriff's Office to respond to the scene of the disturbance.

2.  Customary construction sounds are not considered a nuisance. Rules regarding construction noise are found in the Architectural Review Guidelines.

### W.  Solicitation

Door-to-door solicitation seeking to promote the sale of commercial products or services is not permitted

11

...........~~~~~~~~~~~~~~~~~~~~~~enaterritory.com> wrote:

Dear Mr. Sam,

GTA Property Owner Ralph Helm has had you evicted from 7 Colony Court. As you know, the Jo Daviess County Judge granted the order on 7/2/18 and you must be out/off the premises by August 11, 2018 at midnight.

Even though you have until August 11 to leave the premises, Mr. Ralph Helm is the property owner and has directed proximity cards for 7 Colony Court be turned off.

As you can imagine there are reasons for this:
- The first being that Mr. Helm is responsible for any actions/uses taken by his guests on The Galena Territory Association common property i.e. the owners club, pools, trash facilities, greenspace, riding center, marina, lake, parks, etc. when proximity cards from 7 Colony Court are being utilized. With the current circumstances in place, he is not willing to take on that responsibility on your behalf; therefore you cannot use the common properties utilizing the 7 Colony Court proximity cards.
- The second reason the cards were shut down is if the association did not shut the cards off and let you use the common properties, than the association would take on the above stated burden which is not appropriate by any circumstances.

I want to be very clear. If you attempt to use any association common properties, you could get prosecuted for doing so because you are entering/using the private facilities/common properties _without permission_ of the property owner from 7 Colony Court.

Sincerely yours.

2

EXHIBIT
4

On Jul 6, 2018, at 10:41 AM, Joseph Mattingley <jmattingley@thegalenaterritory.com> wrote:

Dear Mr. Sam,

I spoke with Mr. Nack this morning and you have been authorized to utilize the association trash facilities. Please enter the following code for access to the facility: 40231#. The code will expire no later than August 11, 2018 at 11:59 PM.

Sincerely yours,
Joe Mattingley

Cc: Sandy Bury, Susan Miller, Scott Greene, Jason Kevern, Tom Nack, Ralph Halm

From: robert sam [mailto:harpees5@yahoo.com]
Sent: Thursday, July 5, 2018 8:39 PM
To: Joseph Mattingley <jmattingley@thegalenaterritory.com>
Cc: Sandy Bury <SBury@peacockfoods.com>; Susan Miller <srmiller@thegalenaterritory.com>; Scott Greene <sgreene@thegalenaterritory.com>; Jason Kevern <jkevern@thegalenaterritory.com>; pcostello@keaycostello.com; tnack@nack.com; halmrv@aol.com
Subject: Re: Robert Sam

2

EXHIBIT
5

-----Original Message-----
From: Great and powerful Oz <ilovethewizardofoz5@gmail.com>
Sent: Friday, August 17, 2018 8:48 AM
To: sbury@thegalenaterritory.com
Subject: Robert sam

Hi Sandra,
I wanted to let you know we have been locked out of the garbage again. I told Mr. Nack and as I expected no response. We filed a BK on last Friday and Saturday you shut off the garbage. That was a violation of the federal Bankruptcy stay act. I am now filing for sanctions against the owners club for that violation. I am storing all the garbage in the house in a bedroom. So far a weeks worth. I also have the Illinois health department involved and DCFS for health code violations and poor living conditions.

Sincerely, Robert Sam



EXHIBIT
6