## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | )   Chapter 13 |
| ROBERT SAM, | ) |
| | )   Case No. 18-81910 |
| Debtor. | ) |
| | )   Hon. Thomas M. Lynch |

### NOTICE OF FILING

TO:     *Trustee*                    Mr. Robert Sam
        **Lydia Meyer**                7 Colony Court
        Lydia Meyer - 13 Trustee     Galena, IL 61036
        P.O. Box 14127
        Rockford, IL 61105-4127

PLEASE TAKE NOTICE that on the 9th day of October, 2018, I filed with the Clerk of the United States Bankruptcy Court, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Rockford, IL 61101, **Ralph Helm and Vera Helm's Objection to Chapter 13 Plan of Reorganization filed by Debtor on August 10, 2018,** a copy of which is attached hereto and herewith served upon you.

                                    /s/ Thomas P. Sandquist
                                    THOMAS P. SANDQUIST

### PROOF OF SERVICE

I, the undersigned, certify that a copy of the foregoing document was served upon each person addressed therein via the Court's CM/ECF system by electronic transmission on the 9th day of October, 2018 and by regular mail.

                                    /s/ Beth Means

Thomas P. Sandquist (#06198232)
WilliamsMcCarthyLLP
120 West State Street
P.O. Box 219
Rockford, IL 61105
(815) 987 8929
tsandquist@wilmac.com