UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| ROBERT SAM | ) | CASE NO.: 18-81910 |
| Debtor(s) | ) | JUDGE: THOMAS M. LYNCH |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the 16th day of October, 2018, I served upon all

parties of record through their respective counsel, by e-mail and First Class Mail, the

following document: Thomas J. Nack and Nack, Richardson & Nack, P.C., Resistance to

Debtor Robert Sam's Motion for Sanctions, and hereby file this Notice in the Clerk's Office of

the Northern District of Illinois, Western Division.

/s/ Donald Q. Manning
Donald Q. Manning
Attorney for Thomas J. Nack and Nack,
Richardson & Nack, P.C.

Donald Q. Manning
McGreevy Williams, P.C.
6735 Vistagreen Way
Rockford, IL 61107
815/639-3700
dqm@mjwpc.com

STATE OF ILLINOIS          )
                           ) SS.
COUNTY OF WINNEBAGO        )

## AFFIDAVIT OF SERVICE

I, the undersigned, being first duly sworn on oath, depose and state that I served the **Notice of Filing and Thomas J. Nack and Nack, Richardson & Nack, P.C., Resistance to Debtor Robert Sam's Motion for Sanctions** attached hereto upon the within named:

Robert Sam
7 Colony Court
Galena, IL 61036
(via U.S. Mail)

Patrick S. Layng
U.S. Trustee's Office
780 Regent St., Ste. 304
Madison, WI 53715
(via ECF)

Lydia Meyer
Chapter 13 Trustee
(via ECF)

Kevin D. Ahrenholz
Attorney for Debtor
(via ECF)

by either electric mail or by mailing and sealing a true and correct copy of same in an envelope, addressed as shown above, with sufficient United States postage and by depositing said envelope, so sealed and stamped, in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m., on the 16th day of October, 2018.

*Susan Meldrum*

Subscribed and sworn to before me this 16th day of October, 2018.

*Sherri A. Niesman*
NOTARY PUBLIC

OFFICIAL SEAL
SHERRI A. NIESMAN
Notary Public, State of Illinois
My Commission Expires 08/20/22