UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| ROBERT SAM, | ) | |
| | ) | CASE NO.:   18-81910 |
| Debtor(s) | ) | |
| | ) | JUDGE: THOMAS M. LYNCH |

## THOMAS J. NACK AND NACK, RICHARDSON & NACK, P.C., RESISTANCE TO DEBTOR ROBERT SAM'S MOTION FOR SANCTIONS

**COMES NOW** Respondents, **THOMAS J. NACK,** and **NACK, RICHARDSON & NACK, P.C.,** (hereinafter referred to as Nack),by and through its attorneys, **NACK, RICHARDSON & NACK, P.C.,** by **THOMAS J. NACK,** for its Resistance to Debtor, Robert Sam's Motion for Sanctions pursuant to 11 U.S.C. § 366, and in support states:

### I. INTRODUCTION

1.      Nack, Richardson & Nack, P.C., and Thomas J. Nack, represents Ralph and Vera Helm in Case No. 2018-L-15, in Jo Daviess County, against Robert Sam where in Robert Sam represents himself.  The parties agreed to an Eviction Order on July 02nd, 2018, with a "move out" date of August 11th, 2018, at 11:59 p.m. (copy attached as "Exhibit A").

2.      In 2018-L-15, Robert Sam filed a Motion to Vacate the Eviction Order on July 19th, 2018 and his motion was denied on August 03rd, 2018 (copy of case history attached as "Exhibit B").

3.      That same day, July 19th, 2018, Robert Sam filed a pro se lawsuit against Robert Helm and Vera Helm and other defendants (2018-L-18), and Thomas J. Nack represents Ralph Helm and Vera Helm in this lawsuit (copy of case history attached as "Exhibit C").

4.      In 2018-L-15, on August 06th, 2018 Robert Sam filed a Motion to Stay and Noticed a hearing to August 10th, 2018 (copy of Motion attached as "Exhibit D").

5.    On August 08th, 2018 Robert Sam filed Notice of Appeal, (see "Exhibit B").

6.    On August 09th, 2018 Robert Sam filed an Emergency Order to Stay in the 2nd Appellate Court (copy of Motion attached as "Exhibit E").

7.    On August 10th, 2018 Robert Sam did not appear at Jo Daviess County for Motion to Stay filed August 06th, 2018 (see "Exhibit B").

8.    On August 10th, 2018 the Jo Daviess County Sheriff showed the Jo Daviess County State's Attorney a document "Notice of Bankruptcy Case Filing" which included Form 101A; Thomas J. Nack was made aware of the document by the Jo Daviess County State's Attorney (copy attached as "Exhibit F").

9.    At 12:40 p.m. on August 10th, 2018, Thomas J. Nack received an email from Robert Sam on his phone and Thomas J. Nack responded from his office computer to which Robert Sam responded to which Thomas J. Nack responded (email chain attached as "Exhibit G").

10.    In response to a threatening email from Robert Sam, Thomas J. Nack did notify Robert Sam his presence in his office is forbidden (email chain attached as "Exhibit H").

11.    In response to further abusive emails from Robert Sam, Thomas J. Nack notified Robert Sam any further electronic communication would be referred to law enforcement (see "Exhibit H").

## II. ARGUMENT

12.    Thomas J. Nack and Nack, Richardson & Nack, P.C. did nothing which is in violation of any stay as the email of August 10th, 2018 simply states the truth and was in response from communication initiated from Robert Same in regards to pending lawsuit wherein Robert Sam was representing himself and Thomas J. Nack was representing other party.

13.    The automatic stay which resulted from the filing of Form 101A is a nullity as Robert Sam obtained the stay by misrepresenting facts and the law to the Bankruptcy Court.

14.    Thomas J. Nack and Nack, Richardson & Nack, P.C. adopts all arguments of Galena Territory Association, Inc., and Ralph and Vera Helm in their resistant to motions for sanctions filed against them by Robert Sam.

WHEREFORE, Thomas J. Nack, and Nack, Richardson & Nack, P.C., prays this court deny Debtor's Motion for Sanctions, and for such other relief as is fair and equitable in the premises.

BY:    /s/Thomas J. Nack
Nack, Richardson & Nack, P.C.
106 North Main Street
Galena, Illinois  61036
Telephone No.:  815.777.1218
Fax No.: 815.777.2609
tnack@nack.com
ATTORNEY FOR THOMAS J. NACK and
NACK, RICHARDSON & NACK, P.C.


/s/Donald Q. Manning
McGreevy Williams, P.C.
6735 Vistagreen Way
Rockford, IL 61107
Telephone No.: 815.639.3700
Fax No.: 815.639.9400
dqm@mjwpc.com
ATTORNEY FOR THOMAS J. NACK and
NACK, RICHARDSON & NACK, P.C.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was sent to the below-listed individuals by electronic means or by enclosing the same in an envelope in a U.S. Post Office mailbox in Galena, Illinois, on the 16th day of October 2018.

/s/ Thomas J. Nack
/s/ Donald Q. Manning

Robert Sam
7 Colony Court
Galena, IL 61036

VIA ELECTRONIC MEANS:

Kevin D. Ahrenholz
Attorney for Debtor

Lydia Meyer
Chapter 13 Trustee

Patrick S. Layng
Office of the U.S. Trustee, Region 11

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Jo Daviess _____ COUNTY | EVICTION ORDER | For Court Use Only<br><br>FILED<br><br>JUL 02 2018<br><br>Sharon Wand<br>CLERK OF THE CIRCUIT COURT OF<br>THE FIFTEENTH JUDICIAL CIRCUIT<br>JO DAVIESS COUNTY ILLINOIS<br><br>18L15<br>Case Number |

| Instructions ▾ | |
|---|---|
| Directly above, enter the name of the county where the case was filed. | Plaintiff *(For example, the landlord or owner):*<br>Ralph + Vena Helm |
| Enter the full names of Plaintiff, Defendants, and the case number as listed on the *Eviction Complaint*. | v.<br><br>Defendants *(For example, the tenants or occupants):*<br>Robert Sam |
| Check the box for Unknown Occupants if it was checked on *Eviction Complaint*. | ☐ Unknown Occupants |

**Notice to Defendants:** This *Order* is a judgment against you. It may appear on a background or credit check and affect your ability to rent housing. Do not agree to or sign off on this *Order* if:
• You have an agreement with Plaintiff that lets you stay in the property; or
• Plaintiff has agreed to dismiss this case if you move out by a certain date.

| | |
|---|---|
| Check this box if the judge dismissed any Defendants from the case. Enter the names of those Defendants. | ☐ The following individuals are dismissed as Defendants, and this *Order* does not apply to them: _____ |
| In 1, enter the complete address, including the street direction (N., E., etc.) and unit # or floor. | 1. Plaintiff is given possession of the property located at:<br>7 Colony Court _____  ____<br>Street address                                        Unit<br>Galena ____ IL ____ 6036 ____<br>City              State        ZIP |
| In 2, enter the date and time by which Defendants must move out. | 2. Defendants must move out of the property on or before __8/11/18__ by ☒ 11:59 p.m.<br>                                                                                        Date<br>or by ☐ _____<br>            Time |
| In 3, enter the names of Defendants to be evicted and check the box for Unknown Occupants if it was checked on the *Eviction Complaint*. | 3. Plaintiff may give the sheriff a copy of this *Eviction Order*. If Defendants do not move by the date and time listed above, the Sheriff is ordered to evict the following Defendants: Ralph Sam and any other family residing therein ☐ Unknown Occupants |
| In 4, check the boxes that apply. If Plaintiff is awarded money, enter the names of Defendants who have been ordered to pay the money. | 4. Plaintiff is owed *(check all that apply):* ☐ No money claimed in *Eviction Complaint*<br>☐ Money claim dismissed and Plaintiff may seek this money in the future<br>☒ Money claim dismissed and Plaintiff may not seek this money in the future<br>☐ $_____ in rent or assessments<br>☐ $_____ in court costs<br>☐ $_____ in attorneys' fees *(if allowed)*<br>☐ The total judgment amount of $_____ is entered against the following Defendants: _____ |
| Sections 1-4 must be completed. | ☐ The Court is not yet ruling on the money claim. Case continued to _____<br>for ☐ status ☐ hearing in courtroom _____   Date ____ Time ____<br>and the Court finds there is no just reason to delay enforcement or appeal of this *Eviction Order*. |
| Enter the name and contact information of the person completing this *Order*. | Name: Thomas J. Nack<br>Address: 106 N. Main<br>Telephone #: 815-777-1218<br>Attorney # *(if any):* _____<br><br>ENTERED: 7-2-18<br>                          Date<br>_____ Judge |

E-O 3500.2                                        Page 1 of 1

EXHIBIT
A

# Jo Daviess County, IL

NOTICE: By clicking the 'Search' button below, or otherwise using the Judici.com website, you are agreeing to abide by its terms of use.

My: Cases | Schedule | Filings | Account                                                                            Login
**2018L15 HELM, RALPH**                          Last Search | Information | Dispositions | History | Payments | Fines & Fees

| Date | Entry | Judge |
|---|---|---|
| Entered Under: SAM, ROBERT | | |
| 08/23/2018 | Atty Tom Nack prst. Progress call set for 10/25/2018 at 9:30 in courtroom 2. | KJW |
| 08/10/2018 | Plaintiff prst with Atty Tom Nack prst. Defendant failed to appear. Atty Tom represents a bankruptcy stay maybe in affect. Status hearing set for 08/23/2018 at 9:30 in courtroom 2. | UNASSIGNED |
| 08/08/2018 | NOTICE OF APPEAL FILED | UNASSIGNED |
| 08/08/2018 | Notice of Appeal sent to Appellate Court via Goodin-PC/JIMS Eappeal and ODYSSEY eFileIL | UNASSIGNED |
| 08/06/2018 | Motion Filed Motion hearing set for 08/10/2018 at 1:00 in courtroom 2. | UNASSIGNED |
| 08/03/2018 | Atty Tom Nack prst for petitioner. Respondent prst. Motion to vacate heard and denied. | KJW |
| 07/19/2018 | MOTION TO VACATE ORDER FILED Motion/vacate set for 08/03/2018 at 11:00 in courtroom 2. | UNASSIGNED |
| 07/02/2018 | Plt pst with Atty Tom Nack. Def pst pro se. Agreement reached by parties. EVICTION ORDER FILED | KJW |
| 06/29/2018 | CERTIFICATION FOR EXEMPTION FROM E-FILING FILED (BY DEFENDANT) APPLICATION FOR WAIVER OF COURT FEES FILED (BY DEFENDANT) Court GRANTS the Application ORDER FOR WAIVER OF COURT FEES FILED (FOR DEFENDANT) APPEARANCE PRO SE WITH JURY DEMAND FILED (DEFENDANT) MOTION TO DISMISS FILED (BY DEFENDANT) | WAK |
| 06/29/2018 | Pro-se Complainant on Original Filing Filed | WAK |
| 06/18/2018 | Atty Tom Nack prst for Petitioner. Respondent prst. BA, Hearing set for 07/02/2018 at 2:30 in courtroom 2. ORDER FILED | KJW |
| 06/15/2018 | Summons Returned Served filed by DAUM, JENNY. | UNASSIGNED |
| 06/11/2018 | Complaint for Eviction filed by NACK, THOMAS. Summons In Eviction Issued (Returned To Atty) filed by NACK, THOMAS. Forcible detainer set for 06/18/2018 at 9:00 in courtroom 2. | UNASSIGNED |

For questions or comments about this web site, please see our Contacts Page.
Terms of use | Privacy policy
Advertise on Judici.
Copyright © 2002-2018 Judici
Last modified: 2018/09/13 12:17 Version: 3.9.0.228



EXHIBIT
B

# Jo Daviess County, IL

NOTICE: By clicking the 'Search' button below, or otherwise using the Judici.com website, you are agreeing to abide by its terms of use.

My: Cases | Schedule | Filings | Account                                                                          Login
2018L18  SAM, ROBERT                                Last Search | Information | Dispositions | History | Payments | Fines & Fees

| Date | Entry | Judge |
|------|-------|-------|
| Entered Under: HELM, RALPH | | |
| 09/24/2018 | Plaintiff prst. Attys Peter Wenker, Tom Nack prst and Donald Manning prst. Plaintiff requested for leave to Amend complaint, Continuance of hearing and to seek counsel, Defendants object. Upon court's motion unsign complaint striken as nullity and plaintiff given to 10-15-18 for appearance of cunsel and filing of any amended complaint. Status hearing set for 10/15/2018 at 9:00 in courtroom 2. | KJW |
| 09/20/2018 | First Amended Motion to Dismiss filed by NACK, THOMAS. Notice Of Hearing-9/24/2018 At 11Am filed by NACK, THOMAS. | UNASSIGNED |
| 09/12/2018 | Amended Notice of Motion filed by MANNING, DONALD. | UNASSIGNED |
| 08/31/2018 | Per phone call from Atty Wenker's office, Motion/dismiss set for 09/24/2018 at 11:00 in courtroom 1. Notice of Hearing filed by WENKER, PETER. | UNASSIGNED |
| 08/29/2018 | Motion to Dismiss filed by MANNING, DONALD. Notice of Motion filed by MANNING, DONALD. Entry of Appearance filed by MANNING, DONALD. Notice Of Filing Proof Of Service Of Documents filed by MANNING, DONALD. | UNASSIGNED |
| 08/28/2018 | Motion to Dismiss filed by WENKER, PETER. | UNASSIGNED |
| 08/21/2018 | Entry of Appearance filed by WENKER, PETER. Jury Demand filed by WENKER, PETER. | UNASSIGNED |
| 08/16/2018 | Motion to Dismiss filed by NACK, THOMAS. | UNASSIGNED |
| 07/31/2018 | Proof Of Service/Certificate of Service filed by DAUM, JENNY. Proof Of Service/Certificate of Service filed by DAUM, JENNY. Proof Of Service/Certificate of Service filed by DAUM, JENNY. Proof Of Service/Certificate of Service filed by DAUM, JENNY. Proof Of Service/Certificate of Service filed by DAUM, JENNY. | UNASSIGNED |
| 07/23/2018 | Petitioner prst. Hearing held on Application for Waiver of Court Fees. Court grants Application. ORDER FOR WAIVER OF COURT FEES FILED | KJW |
| 07/23/2018 | 7 Summons issued (5 JDCS Ralph & Vera Helm to Atty Nack, Mattingley, Galena Teritory Assoc, Conlan, Preferred Properties of Galena) 2 to Kane Co sheriff (V Helm, R Helm) | UNASSIGNED |
| 07/20/2018 | Upon Motion of Court, By Agreement of the Plaintiff, Hearing on Application for Waiver of Court Fees set for 07/23/2018 at 9:00 in courtroom 2. | KJW |
| 07/19/2018 | CERTIFICATION FOR EXEMPTION FROM E-FILING FILED APPLICATION FOR WAIVER OF COURT FEES FILED COMPLAINT FILED DEMAND FOR JURY TRIAL FILED (2) Progress call set for 11/08/2018 at 10:30 in courtroom 1. | UNASSIGNED |
| 07/19/2018 | Pro-se Complainant on Original Filing Entered. | UNASSIGNED |
| 07/19/2018 | ORDER SETTING HEARING ON APPLICATION FOR WAIVER OF COURT FEES FILED | KJW |



**EXHIBIT**

C

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | MOTION | For Court Use Only |
|---|---|---|

**Jo Daviess** COUNTY

**FILED**

AUG 06 2018

Sharon Wand
CLERK OF THE CIRCUIT COURT OF
THE FIFTEENTH JUDICIAL CIRCUIT
JO DAVIESS COUNTY ILLINOIS

**Instructions ▼**

Directly above, enter the name of the county where the case was filed.

Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.

Enter the name of the person being sued as Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk.

**Ralph : Vera Helm**
Plaintiff / Petitioner (First, middle, last name)

v.

**Robert Sam**
Defendant / Respondent (First, middle, last name)

**18L15**
Case Number

In **1**, check if you are the Plaintiff/Petitioner or Defendant/Respondent.

In **2**, enter what you are asking the court for with this *Motion*.

In the lines write what you are asking the court to do, and the reasons why the judge should agree with you.

1. **Motion by:** ☐ Plaintiff/Petitioner   ☒ Defendant/Respondent

2. **Motion for:** (Hardship) Stay (no fault eviction)

I Robert Sam feels I was tricked and intentionly misinformed while under distress ing agreing and sighing what I was told to be a agreed order. We have been put in a position where now we cant rent anything. My wife takes her infusions to stay alive, we need a home and address to keep her alive. My daughter is having a in have EEG in a week, we need a home and address to do this. I am asking for more time, my wife's life depends on it. This was a frauddent and illegal eviction which I plan to fight to the end. We will lose all our belongings as we dont have anywhere to go right now. There is also major conflicts of intrest with the plantiffs attorney Tom Nack, and I feel there is a underbelly of intentionly blocking me from living in this town. I have been told to move, but how can I when the plantiffs layer is also the layer for the house's we are trying to move to? I need more time, and pray this court will allow due to life threating circumstances. Both my wife and daughter are dissabled. My daughter starts school at Galena on the 17th, we need more time to find a place.

MN-M 703.3                                Page 1 of 4

**EXHIBIT**

D

(01/18)

Enter the Case Number given by the Circuit Clerk: _18L15_

I certify that everything in the *Motion* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.

| | |
|---|---|
| /s/ _____ | _7 colony Ct_ |
| Your Signature | Street Address |
| _Robert Sam_ | _Galena IL 61036_ |
| Print Your Name | City, State, ZIP |
| _802-777-4191_ | |
| Telephone | |

**Under the Code of Civil Procedure, 735 ILCS 5/1-109,** making a statement on this form that you know to be false is perjury, a Class 3 Felony.

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Enter your complete current address and telephone number.

## PROOF OF DELIVERY

1. I sent this document:

   a. To:
   Name: _Tom_ _____ _Nach_
   First · Middle · Last

   Address: _106 N. Main St._ _Galena_ _IL_ _61036_
   Street, Apt # · City · State · ZIP

   Email address: _tnoch at noch.com_

In **1a**, enter the name, mailing address, and email address of the party or lawyer to whom you sent the document.

In **1b**, check the box to show how you sent the document, and fill in any other information required on the blank lines.

**CAUTION:** If the other party does not have a lawyer, you may send the document by email only if the other party has listed their email address on a court document.

   b. By:  ☐ Personal hand delivery
           ☐ Regular, First-Class Mail, put into the U.S. Mail with postage paid at:

           _____
           Address of Post Office or Mailbox

           ☐ Third-party commercial carrier, with delivery paid for at:

           _____
           Name (for example, FedEx or UPS) and office address

           ☐ The court's electronic filing manager (EFM) or an approved electronic filing service provider (EFSP)
           ☐ Email (not through an EFM or EFSP)
           ☐ Mail from a prison or jail at:

           _____
           Name of prison or jail

In **c**, fill in the date and time that you sent the document.

   c. On: _August 6th 2018_
          Date

   At: _____ ☐ a.m. ☐ p.m.
       Time

In **2**, if you sent the document to more than 1 party or lawyer, fill in **a**, **b**, and **c**. Otherwise leave **2** blank.

2. I sent this document:

   a. To:
   Name: _____
   First · Middle · Last

   Address: _____
   Street, Apt # · City · State · ZIP

   Email address: _____

Enter the Case Number given by the Circuit Clerk: _____

b. By: ☐ Personal hand delivery

☐ Regular, First-Class Mail, put into the U.S. Mail with postage paid at:

_____
*Address of Post Office or Mailbox*

☐ Third-party commercial carrier, with delivery paid for at:

_____
*Name (for example, FedEx or UPS ) and office address*

☐ The court's electronic filing manager (EFM) or an approved electronic filing service provider (EFSP)

☐ Email *(not through an EFM or EFSP)*

☐ Mail from a prison or jail at:

_____
*Name of prison or jail*

c. On: _____
*Date*

At: _____ ☐ a.m. ☐ p.m.
*Time*

---

In 3, if you sent the document to more than 2 parties or lawyers, fill in **a**, **b**, and **c**. Otherwise leave **3** blank.

3. I sent this document:

a. To:

Name: _____
First          Middle          Last

Address: _____
Street, Apt #                    City          State     ZIP

Email address: _____

b. By: ☐ Personal hand delivery

☐ Regular, First-Class Mail, put into the U.S. Mail with postage paid at:

_____
*Address of Post Office or Mailbox*

☐ Third-party commercial carrier, with delivery paid for at:

_____
*Name (for example, FedEx or UPS ) and office address*

☐ The court's electronic filing manager (EFM) or an approved electronic filing service provider (EFSP)

☐ Email *(not through an EFM or EFSP)*

☐ Mail from a prison or jail at:

_____
*Name of prison or jail*

c. On: _____
*Date*

At: _____ ☐ a.m. ☐ p.m.
*Time*

---

If you sent your document to more than 3 parties or lawyers, check the box and file the *Additional Proof of Delivery* form with this form.

☐ I have completed an *Additional Proof of Delivery* form.

Enter the Case Number given by the Circuit Clerk: _____18 L 15_____

| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | I certify that everything in the Proof of Delivery is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under |

**735 ILCS 5/1-109.**

/s/ _____
Your Signature

Robert Sam
Print Your Name

802-777-4191
Telephone

7 Colony ct
Street Address

Salem IL 61136
City, State, ZIP

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

This form is approved by the Illinois Supre[...] [...]red to be accepted in all Illinois Appellate Courts.

**Instructions**

Check the box to the right if your case involves custody, visitation, or removal of a child.

Enter the appellate court case number.

Just below "In the Appellate Court of Illinois," enter the number of the appellate district where the appeal was filed.

If the case name in the trial court began with "In re" (for example, "In re Marriage of Jones"), enter that name. Below that, enter the names of the parties in the trial court, and check the correct boxes to show which party filed the appeal ("appellant") and which party is responding to the appeal ("appellee").

To the far right, enter the trial court county, trial court case number, and trial judge's name.

☐ THIS APPEAL INVO[...] [...]UBJECT TO EXPEDITED DISPOSITION UNDER RULE 311(a).

RECEIVED AUG 09 2018 ROBERT J. MANGAN CLERK APPELLATE COURT 2nd DISTRICT

Appellate Case [...] 2-18-0627

36 1/9/

FILED AUG 0 9 2018 ROBERT J. MANGAN CLERK APPELLATE COURT 2nd DISTRICT

IN THE APPELLATE COURT OF ILLINOIS

2nd _____ District

In re _Helm vs Sam 1815_

_Ralph : Vera helm_
**Plaintiff/Petitioner** (First, middle, last names)

☐ Appellant    ☒ Appellee

v.

_Robert Sam_
**Defendant/Respondent** (First, middle, last names)

☒ Appellant    ☐ Appellee

Appeal from the Circuit Court
of _____ County

Trial Court Case No.: _____

Honorable _____

Judge, Presiding _____

_Emergency_ **MOTION** for _Stay_

In 1, check the box that identifies who is filing the Motion.

1. ☐ Plaintiff/Petitioner-Appellant    ☐ Plaintiff/Petitioner-Appellee

☒ Defendant/Respondent-Appellant    ☐ Defendant/Respondent- Appellee

In 2, state specifically what you want the court to give you (e.g., "35 days to file my [...]"). This should be [a] short statement. You [...] give your reasons [...] next section.

2. State what you want the court to do for you: _I am begging the court_
_July 2nd order_
_to Stay the August 11th eviction until my appeal can be heard. I have very strong defenses to my appeal and feel that my appeal will be granted on the proof of my evidence. If this eviction proceeds it will cause irreparable damages and potentially my wifes life._

Page 1 of 5

**EXHIBIT**
tabbies
_E_

(01/

3.2

Enter the Case Number given by the Appellate Court Clerk: _____

In 3, write down the reasons why the court should give the relief you are asking for (e.g. "I need more time to finish and file my brief, because [insert reasons]").

3. State the reasons why the court should do what you have asked it to do.

My wife takes infusion injections to stay alive, we need a home and fridge to do these. We have nowhere to go as we never planed for any of this to happen. We tried paying rent multiple times, because we asked for repairs to be made, the rent was declined. We have mices, mold, water and no heat or AC working. My daughter starts school the 17th, it took 3 months to set up appoints for all her special ed teachers. If we are forced to move she wont be able to attend school and this could cause major long term health on her and my family. My daughter has seizures almost everyday, we need a place for a bed and for her to be safe. I am confident in my appeal, I also filed a complaint due to these issues.

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign by hand and print your name.

Enter your complete current address and telephone number.

I certify that everything in the *Motion* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109

/s/ _____
Your Signature

Robert Sam
Print Your Name

800-777-4191
Telephone

7 Colony Ct
Street Address

Galena IL 61036
City, State, ZIP

MNA-M 2703.2                    Page 2 of 5                    (01/18)

Enter the Case Number given by the Appellate Clerk: _____

## PROOF OF SERVICE

In 1a, enter the name, mailing address, and email address of the party or lawyer to whom you sent the document.

In 1b, check the box to show how you sent the document, and fill in any other information required on the blank lines.

**CAUTION: If the** other party does not have a lawyer, you may send the document by email only if the other party has listed their email address on a court document.

1. I sent this document

   a. To:

     Name: *Tom*                  *Nack*
               First               Middle            Last

     Address: *106 N. main st*   *belxe*   *IL*   *61096*
                 Street, Apt #          City        State      ZIP

     Email address: *tnack at nack.com*

   b. By:
     ☐ Personal hand delivery
     ☐ Regular, First-Class Mail, put into the U.S. Mail with postage paid at

          Address of Post Office or Mailbox
     ☐ Third-party commercial carrier, with delivery paid for at:

          Name (for example, FedEx or UPS) and office address
     ☐ The court's electronic filing manager (EFM) or an approved electronic filing service provider (EFSP)
     ☒ Email *(not through an EFM or EFSP)*
     ☐ Mail from a prison or jail at:

          Name of prison or jail

c, fill in the date and time that you sent the document.

   c. On: _____
         Date

     At: _____ ☐ a.m. ☐ p.m.
         Time

In 2, if you sent the document to more than 1 party or lawyer, fill in a, b, and c. Otherwise leave 2 blank.

2. I sent this document:

   a. To:

     Name: _____
           First            Middle          Last

     Address: _____
              Street, Apt #        City      State    ZIP

     Email address: _____

   b. By:
     ☐ Personal hand delivery
     ☐ Regular, First-Class Mail, put into the U.S. Mail with postage paid at

          Address of Post Office or Mailbox
     ☐ Third-party commercial carrier, with delivery paid for at:

          Name (for example, FedEx or UPS) and office address

Enter the Case Number given by the Appellate Court Clerk: _____

☐ The court's electronic filing manager (EFM) or an approved electronic filing service provider (EFSP)

☐ Email *(not through an EFM or EFSP)*

☐ Mail from a prison or jail at:

_____
*Name of prison or jail*

c. On: _____
*Date*

At: _____ ☐ a.m. ☐ p.m.
*Time*

> In 3, if you sent the document to more than 2 parties or lawyers, fill in a, b, and c. Otherwise leave 3 blank.

3. I sent this document:

a. To:
Name: _____
        *First*              *Middle*              *Last*

Address: _____
        *Street, Apt #*        *City*        *State*        *ZIP*

Email address _____

b. By: ☐ Personal hand delivery

☐ Regular, First-Class Mail, put into the U.S. Mail with postage paid at:

_____
*Address of Post Office or Mailbox*

☐ Third-party commercial carrier, with delivery paid for at:

_____
*Name (for example, FedEx or UPS) and office address*

☐ The court's electronic filing manager (EFM) or an approved electronic filing service provider (EFSP)

☐ Email *(not through an EFM or EFSP)*

☐ Mail from a prison or jail at:

_____
*Name of prison or jail*

c. On: _____
*Date*

> If you are serving more than 3 parties or lawyers, fill out and file 1 or more *Additional Proof of Service* forms with this form.

At: _____ ☐ a.m. ☐ p.m.
*Time*

Enter the Case Number given by the Appellate Clerk

| |
|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. |
| If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign by hand and print your name. |

I certify that everything in the Proof of Service is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.

/s/ _____
Your Signature

Robert Sam
Print Your Name

United States Bankruptcy Court
Northern District of Iowa

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below
was filed under Chapter 13 of the United States
Bankruptcy Code, entered on 08/10/2018 at 08:20 AM
and filed on 08/10/2018.

**Robert Sam**
7 Colony Ct
Galena, IL 61036
SSN / ITIN: xxx-xx-6076



The case was filed by the debtor's attorney:

**Brian W. Peters**
100 W. 12th Street
PO Box 703
Dubuque, IA 52004-0703
563-588-0547

The case was assigned case number 18-01093.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions
against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30
days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt
to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a
lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are
available at our *Internet* home page http://www.ianb.uscourts.gov/ or at the Clerk's Office, 111 Seventh
Avenue SE #15, Cedar Rapids, IA 52401-2101.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.


**EXHIBIT**
tabbies
F

Jean L. Hekel

of 2

08/10/18, 8:21 A

BKAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1    Robert Sam

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the **Northern District of Iowa**

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 101A
# Initial Statement About an Eviction Judgment Against You                   12/15

File this form with the court and serve a copy on your landlord when you first file bankruptcy only if:

- you rent your residence; and
- your landlord has obtained a judgment for possession in an eviction, unlawful detainer action, or similar proceeding (called *eviction judgment*) against you to possess your residence.

Landlord's name and address:
Ralph and Vera Heim
12584 Golf View Drive
Huntley, IL  60142

### Certification About Applicable Law and Deposit of Rent

I certify under penalty of perjury that:

☒ Under the state or other nonbankruptcy law that applies to the judgment for possession*(eviction judgment)*, I have the right to stay in my residence by paying my landlord the entire delinquent amount.

☒ I have given the bankruptcy court clerk a deposit for the rent that would be due during the 30 days after I file the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

/s/ Robert Sam                                                              08/10/2018
Signature of Debtor 1                                                      Date

_____                                      08/10/2018
Signature of Debtor 2                                                      Date

**Stay of Eviction:**

(a) **First 30 days after bankruptcy.** If you checked both boxes above, signed the form to certify that both apply, and served your landlord with a copy of this statement, the automatic stay under 11 U.S.C. § 362(a)(3) will apply to the continuation of the eviction against you for 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

(b) **Stay after the initial 30 days.** If you wish to stay in your residence after that 30-day period and continue to receive the protection of the automatic stay under 11 U.S.C. § 362(a)(3), you must pay the entire delinquent amount to your landlord as stated in the eviction judgment before the 30-day period ends. You must also fill out *Statement About Payment of an Eviction Judgment Against You* (Official Form 101B), file it with the bankruptcy court, and serve your landlord a copy of it before the 30-day period ends.

Check the Bankruptcy Rules (www.uscourts.gov/rulesandpolicies/rules.aspx) and the local court's website (to find your court's website, go to www.uscourts.gov/Court_Locator.aspx) for any specific requirements that you might have to meet to serve this statement. 11 U.S.C. §§ 362(b)(22) and 362(l).

U.S. Bankruptcy Case, Northern District of Iowa CM/File Filed 10/16/18    Entered 10/16/18 10:26:39    Desc NoticeOfFiling.pl?1014

Objection to Motion    Page 19 of 25

Clerk, United States
Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/10/2018 08:21:27 | | | |
| PACER Login: | kintzlaw | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 18-01093 |
| Billable Pages: | 1 | Cost: | 0.10 |

## Tom Nack

| | |
|---|---|
| From: | Tom Nack <tnack@nack.com> |
| Sent: | Friday, August 10, 2018 2:59 PM |
| To: | 'robert sam' |
| Subject: | RE: Robert sam |

Mr. Sam,

I only received the email attached below on my phone for whatever reason and I wanted to reply from my office computer.

First of all, the eviction order is very much valid. It does appear the order may be stayed by the bankruptcy court. The problem for you is that the bankruptcy Stay was acquired via perjury. That will not end well.

Unfortunately for you, on form 101A you certified under penalty of perjury that you have a right to stay in the residence by paying the delinquent rent. You have no such right in Illinois. The JD County States Attorney is aware of your actions and the Iowa US attorney will soon be aware also. Perjury is a crime. Given your pathological activities over the past 2 decades, as evidenced by your extensive legal history of fraud and squatting, I am confident that the criminal side of the legal system will happily accept the baton from the civil side.

So although your Stay from the bankruptcy court may or may not prevent your imminent eviction it will have no impact on your prosecution. I trust that every day you take advantage of the stay you received via perjury, you will proportionately aggravate your consequences.

I will be informing the Illinois Appellate Court 2nd District of your actions as I believe it is my ethical duty.

I can only suggest that you move out of the residence by the 8/11/18 deadline. This action may mitigate against the future actions of law enforcement.

Let this email serve to put you on notice of your perjury. Thus any claim of ignorance will fall on deaf ears from this point.

Please confirm you will move out by the deadline and confirm where you will leave the keys and garage remote.

Thomas J. Nack
Nack, Richardson & Nack, P.C.
Attorneys At Law
106 North Main Street
P.O. Box 336
Galena, IL 61036
P: (815) 777-1218
F: (815) 777-2609

NOTICE:
(i) TO UNINTENDED RECIPIENTS: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may contain attorney-client materials and/or attorney work product, legally privileged and protected from disclosure. This e-mail is intended only for the addressee named above. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it and any and all copies of it. Thank you.


EXHIBIT

G

(II) TO INTENDED RECIPIENTS AND CLIENTS: Please be warned that E-mail may be an unsecure means of communication in certain situations, where a 3rd party may gain access. This may occur, for example, where you choose to use employer-provided systems or equipment, which are subject to employer monitoring and are not private; where you chose to use a public computer at a library or hotel; or where you choose to use a shared family computer that others can access. If any of these (or other) non-secure situations occur for you, please consider the consequences of the communication not being private and confidential, and advise us if you choose to avoid further E-mail communication completely or with certain addresses

**From:** robert sam [mailto:harpees5@yahoo.com]
**Sent:** Friday, August 10, 2018 2:10 PM
**To:** Tom Nack
**Subject:** Re: Robert sam

What email?

Sincerely, Robert Sam

On Aug 10, 2018, at 2:09 PM, Tom Nack <tnack@nack.com> wrote:

Please resend the email as it did not go to my office e-mail.

Sent from my U.S. Cellular® Smartphone

-------- Original message --------
From: robert sam <harpees5@yahoo.com>
Date: 8/10/18 12:40 PM (GMT-06:00)
To: tnack@nack.com
Subject: Robert sam

Case today is dismissed the clerks office told me as it is no longer in this jurisdiction.

Sincerely, Robert Sam

2

## Tom Nack

| | |
|---|---|
| **From:** | Tom Nack <tnack@nack.com> |
| **Sent:** | Wednesday, September 05, 2018 2:15 PM |
| **To:** | 'Great and powerful Oz' |
| **Cc:** | 'robert sam'; 'Hay, John'; 'Turner, Kevin W.'; 'lhuntington@cityofgalena.org' |
| **Subject:** | RE: Robert sam |

Mr. Sam,

I am demanding you stop contacting myself or anyone in my office via email, telephone or any other way other than through the US Mail, and then only for the purpose of the 2 lawsuits for which you are representing yourself which I am the attorney for Mr. Ralph Helm and his wife Vera Helm, i.e., 2018L15 and 2018L18.   I consider your contacts to be harassing and in violation of the Illinois Criminal Code.

There is no court order allowing you to communicate anything to me in any manner other than through US Mail.  If you do not cease I will request a criminal investigation for Harassment.

Thomas J. Nack
Nack, Richardson & Nack, P.C.
Attorneys At Law
106 North Main Street
P.O. Box 336
Galena, IL  61036
P: (815) 777-1218
F: (815) 777-2609

NOTICE:
(i) TO UNINTENDED RECIPIENTS:  This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may contain attorney-client materials and/or attorney work product, legally privileged and protected from disclosure. This e-mail is intended only for the addressee named above. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it and any and all copies of it.
Thank you.

(II) TO INTENDED RECIPIENTS AND CLIENTS: Please be warned that E-mail may be an unsecure means of communication in certain situations, where a 3rd party may gain access. This may occur, for example, where you choose to use employer-provided systems or equipment, which are subject to employer monitoring and are not private; where you chose to use a public computer at a library or hotel; or where you choose to use a shared family computer that others can access.  If any of these (or other) non-secure situations occur for you, please consider the consequences of the communication not being private and confidential, and advise us if you choose to avoid further E-mail communication completely or with certain addresses

-----Original Message-----
From: Great and powerful Oz [mailto:ilovethewizardofoz5@gmail.com]
Sent: Tuesday, September 04, 2018 10:04 PM
To: Tom Nack
Cc: robert sam; Hay, John; Turner, Kevin W.; lhuntington@cityofgalena.org
Subject: Re: Robert sam

1



EXHIBIT

H

Tom Nack the scumbag,

Let this serve as notice to you and your slumlords, we have been asking for repairs from your clients for 7 months, and nothing has happened. You can stick your notice, now your threatening my wife?

I see you attached a city official to this, someone your brother works with? The bias, corruption and conflict of interest pour out of this town. But I will expose all of it one way or another.

The galena primary was evacuated for mold today, our house has had mold for 7 months, the Illinois health department has been sending letters to your clients, nothing has been done.

We have so many health and code violations here and no one wants to get involved, probably because of what you pay them Tom.

Tom,

Your a windbag that is upset I am beating you and will continue to do so. You are getting sanctioned as you know, you like to believe your above the law and you don't have to abide by laws but you do and you will.

I have tried now for 7 months to pay rent and you and your clients have denied it because they won't pay for the repairs, that's illegal in this state, they have broken the law and your aiding in this criminal behavior because your getting paid to do so.

You violated Illinois ethics by threatening criminal charges to benefit in a civil matter and I have the ARDC involved. You do not have a valid eviction, there is no eviction. The lease is with the KKS trust and you also have Ralph sam as the tenant. So you need to dismiss this case against me immediately and refile if that's what you want to do. But in Illinois it's illegal to remove or evict someone that a order of possession is not against and there is not one against the KKs trust who the lease and purchase agreement are with. Also, I think you should know this case you filed even though you wrongfully filed against me should have been filed in McHenry county as that is where the lease was signed, says right on the lease, so wrong venue Tom.

You have spent so much time and energy trying to evict two people with disabilities one being a 9yr old that you have broken the law, violated ethics violations and failed to serve the proper party. Your blinded by hate and corruption and it will cost you. Minimum sanction amount in the BK matter you violated is 50k In damages to me, so now you will actually be paying me, not bad!

You and your family have not a good reputation here at all from what I hear. People here talk about how corrupted you and your family are, as well as your certain relationships you have, and I can see it for myself. You seem to think because you know people and your brother is the city attorney, and your friends with a judge that you can win all your cases even if it is based on fraud and wrongdoing.

Well I have contacted the US  attorney and FBI about everything that has taken place, I have been made aware that some other organization have requested the same from the feds, so I am told I am not alone in these requests.

My wife and daughter are living with mold, water pouring in, no heat or air, mice and bats and you want to evict us? Your criminal ways will not be overlooked and I am certain that law enforcement will gladly accept the baton from me on your behavior. Your threats to me fall on deaf ears and don't scare me at all and sure as hell won't help you.

What is sad is this town has legitimate honest people like the sheriff, states attorney, Matt the inspector, judge Ward and some others. But then people like you and your friends make everyone look bad, I think it's time you go and your shitty family goes with you.

You have no respect for people or the rule of law, you tried to intentionally contact a potential house I tried to secure and you slandered me to them, they told me. Also Jim cox told me you told him bad things about me as well.

So, I am now going to sue you and your firm for deformation and slander and have plenty of evidence and now witnesses.

Tomorrow I am contacting DCFS and having them get involved as well as the Medicaid director as my wife is getting sick from all the problems here. This week I am removing the bats, mice and insulation myself, I am also removing the furnace and ac and going to backhoe  the foundation areas myself and make these repairs. I am filing a mechanics lien against your clients for all the expenses.

My daughter was hospitalized in March with pneumonia because there was no heat here and she was admitted for days and it's because of your clients intentions trying to hurt my family and break the law doing it.

We moved here for my daughter, so she could get help she needs in a smaller school and all it's been is bad and you and your people trying to attack me, all for wanting a better life for my kid. Your nothing Tom but a emotionally washed out heartless wimp.

2

> On Sep 4, 2018, at 4:24 PM, Tom Nack <tnack@nack.com> wrote:
>
> Mr. Robert Sam at 7 Colony Court, Galena, IL,
>
> RE: Nack, Richardson & Nack, P.C., 106 N. Main St., Galena, IL and  151 1/2 N. Main St. Room 202, Elizabeth, IL (Elizabeth State Bank Building).
>
> Let this email serve as notice to you that your presence or the presence of your wife  at either of our law offices is forbidden.   Should you attempt to enter either office, law enforcement will be called and you will be subject to prosecution for trespass.
>
> Thomas J. Nack
> Nack, Richardson & Nack, P.C.
> Attorneys At Law
> 106 North Main Street
> P.O. Box 336
> Galena, IL  61036
> P: (815) 777-1218
> F: (815) 777-2609
>
> NOTICE:
> (i) TO UNINTENDED RECIPIENTS:  This E-mail (including attachments) is
> covered by the Electronic Communications Privacy Act, 18 U.S.C. §§
> 2510-2521, is confidential and may contain attorney-client materials
> and/or attorney work product, legally privileged and protected from
> disclosure. This e-mail is intended only for the addressee named
> above. If you are not the intended recipient, you are hereby notified
> that any retention, dissemination, distribution, or copying of this
> communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it and any and all copies of it.
> Thank you.
>
> (II) TO INTENDED RECIPIENTS AND CLIENTS: Please be warned that E-mail
> may be an unsecure means of communication in certain situations, where
> a 3rd party may gain access. This may occur, for example, where you
> choose to use employer-provided systems or equipment, which are
> subject to employer monitoring and are not private; where you chose to
> use a public computer at a library or hotel; or where you choose to
> use a shared family computer that others can access.  If any of these
> (or other) non-secure situations occur for you, please consider the
> consequences of the communication not being private and confidential,
> and advise us if you choose to avoid further E-mail communication
> completely or with certain addresses
>
> -----Original Message-----
> From: Great and powerful Oz [mailto:ilovethewizardofoz5@gmail.com]
> Sent: Tuesday, September 04, 2018 3:42 PM
> To: kturner@jodaviess.org; tnack@nack.com; jhay@jodaviess.org;
> helmrv@aol.com; kramer@rkenline.com
> Subject: Robert sam

3

>

> Tom you fuck, I know what you did. I know you told Charlie Peters dad not to rent the house to me. You have violated so many ethics and laws your done. You have no eviction against me, it's not valid and illegal. The lease is with KKS trust and they were never served or sued. There is no eviction dick head. Now, you have made this very personal and your trying to now even stop us from living here. You can hide in your back office but I am coming down there tomorrow so you can talk your shit about me to my face coward. Also here is he letter from the health department, when are you scumlords going to fix all this as we are not moving.

> There is mold here and my wife is getting sick. And I am still waiting for my perjury prosecution you promised jag off. My wife and daughter are disabled where is there help? You have the nerve to tell people I don't pay my bills? I have been trying to pay your scum lord client for months. He and you refuse it everytime because you don't want to make the repairs. My wife's meds are 13k per month and I am a dead beat? See you tomorrow.

>

>

4