

**Re: Fwd: Robert sam**
John Hardison   to: harpees5                                     10/23/2018 12:28 PM

From:   John Hardison [REDACTED]
To:     harpees5@yahoo.com

Mr. Sam,
Direct or other *ex parte* communications with the Judge or Court by any litigant regarding a
pending case are prohibited – see Federal Rules of Bankruptcy Procedure 9003(a). Any
communication to the court must be by a proper filing with the bankruptcy clerk's office or raised
in open court. If you have questions, the court's website has a guide and other information for
those filing without the assistance of an attorney. See
https://www.ilnb.uscourts.gov/guide-individuals-filing-bankruptcy-without-attorney
Make no further attempts at *ex parte* communications with the Court (including the Judge and
any member of his chambers) in the future.

The Judge has not read and will disregard the contents of your unauthorized attempted
electronic communication in accordance with Judicial Canon 3(A)(4) of the Code of Conduct for
United States Judges, and a copy of this communication together with your attempted electronic
communication will be filed in the docket of your case upon my sending this to you.

John Hardison
Law Clerk, Honorable Thomas M. Lynch
U.S. Bankruptcy Judge
327 South Church St., Rm. 4100
Rockford, IL 61101

Begin forwarded message:

> **From:** "robert sam" <harpees5@yahoo.com>
> **Date:** October 23, 2018 at 9:06:48 AM CDT
> **To:** [REDACTED]
> **Subject: Robert sam**
>
> Your Honor,
> Your website committee page says I can contact the committee about issues that may be
> of concern. I have my case back up in front of you tomorrow and I would appreciate the
> opportunity and fairness is being able to explain my case and not be cut off. You have
> allowed attorney Sandquist the opportunity to explain his grievance about me but when I
> go to respond you cut me off and that's not fair or right. I have been through a lot with all
> this and a illegal eviction and no one seems to care. Also again another attorney I retained
> has not showed up on my behalf, where is the law to stop this from happening? The
> attorney I had in Iowa still has not filed a motion to leave and won't return any of my
> calls. This cattle call that happens in court I understand you have to do to get through
> cases quickly. But these are people's lives, and you can't assume everyone filing
> bankruptcy is a dead beat or scumbag. So when you have a pro se person like me please
> don't make it so obvious that we are of no value in your court. You don't have to be a
> lawyer to know right from wrong. Thank you your honor for your time.