UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ROBERT SAM | ) | CASE NO. 18-81910 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

### NOTICE OF MOTION TO DISMISS

Lydia S. Meyer, the standing Chapter 13 trustee for the Northern District of Illinois, Western Division, has filed papers with the court to Dismiss your Chapter 13 case.

Your rights may be affected.   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult one.)

If you want the court to consider your views on the motion, then you or your attorney must attend the hearing scheduled to be held on **October 25, 2018 at 10:00 a.m., U.S Bankruptcy Court, Room 3100, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Rockford, Illinois 61101.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:    October 23, 2018                /s/Lydia S. Meyer_____
                                         LYDIA S. MEYER, Trustee

### NOTICE OF FILING AND PROOF OF SERVICE

Please take notice that on October 23, 2018 this Motion to Dismiss was filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Western Division: a copy of which is hereby served upon attorney of record and the debtor(s).

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | )          SS |
| COUNTY OF WINNEBAGO | ) |

I, the undersigned being first duly sworn on oath, depose and state that I served a copy of this **MOTION TO DISMISS** upon attorney of record for the debtor via electronic notification that occurs automatically upon the filing of said Motion to Dismiss.   I further swear that I served a copy upon the Debtor(s) to their current address on file with the Trustee's office by mailing a true and correct copy in a properly addressed envelope, postage pre-paid at Rockford, IL   at or about the hour of 5:00 p.m. on October 23, 2018.

                                         /s/Cynthia K. Burnard_____

LYDIA S. MEYER, Trustee
308 West State Street, Suite 212
Post Office Box 14127
Rockford, IL   61105-4127
Telephone:  815/968-5354
Fax:  815/968-5368