# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

HONORABLE THOMAS M. LYNCH

Hearing Date: 10/24/18

Bankruptcy Case No. 18-81910          Adversary No. _____

Title of Cause: Robert Sam _____

_____

Brief Statement _Motions for Sanctions against Ralph and Vera Helm_
of Motion: _the Galena Territories Association and Tom Nack and Nack, Richardson_
_____ _and Nack, P.C._
_Debtor's oral motion to dismiss._
Name and Addresses
of moving counsel: _Robert Sam_ _____

_____

_____

Representing: _Pro Se_ _____

## ORDER
- The Motions for Sanctions (ECF Nos. 17,18,19) are voluntarily ~~dismissed~~ withdrawn by Debtor.
- Debtor's Oral Motion to Dismiss the Chapter 13 Bankruptcy is granted
and all remaining motions are moot as are the objections
of Ralph and Vera Helm to the Debtor's Certification (ECF No. 12)

_____

ENTER:

DATE:    OCT 24 2018

_Thomas Lynch_
JUDGE THOMAS M. LYNCH

Prepared and Submitted by:

Thomas P. Sandquist
P.O. Box 219
Rockford, IL 61101