Form ntcdsm

## UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

Case No.:  18–81910
Chapter:  13
Judge:  Thomas M. Lynch

In Re:
  Robert Sam
  7 Colony Ct
  Galena, IL 61036

Social Security / Individual Taxpayer ID No.:
  xxx–xx–6076

Employer Tax ID / Other nos.:

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on October 24, 2018Dismissing Bankruptcy

FOR THE COURT

Dated: October 24, 2018                    Jeffrey P. Allsteadt , Clerk
                                           United States Bankruptcy Court