UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-81910 |
| ROBERT SAM | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING MOTION TO OBJECT TO DISCHARGE

THIS MATTER coming before the Court on the Trustee's Motion to Object to Discharge filed 9/24/2018 by Lydia S. Meyer, the standing Trustee for the Northern District of Illinois, Western Division and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that debtor is not entitled to a discharge and no discharge shall be entered in this case.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  October 24, 2018

**Prepared by:**

LYDIA S. MEYER, Trustee
PO Box 14127
Rockford, IL  61105-4127
Phone:  815-968-5354
Fax:  815-968-5368