Form dschntc

## UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

Case No.:  18–81910
Chapter:  13
Judge:  Thomas M. Lynch

In Re:
  Robert Sam
  7 Colony Ct
  Galena, IL 61036

Social Security / Individual Taxpayer ID No.:
  xxx–xx–6076

Employer Tax ID / Other nos.:

### Notice of Denied, Vacated, Waived, or Revoked Discharge

On 10/24/2018 , the Court signed an order:

- ○ Vacating the Discharge
- ◉ Denying the Discharge
- ○ Revoking the Discharge
- ○ Approving the Waiver of the Discharge

FOR THE COURT

Dated: October 24, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court