Form dschntc

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Western Division
### 327 South Church Street
### Rockford, IL 61101

---

Case No.:  18−81910
Chapter:  13
Judge:  Thomas M. Lynch

In Re:
  Robert Sam
  7 Colony Ct
  Galena, IL 61036

Social Security / Individual Taxpayer ID No.:
  xxx−xx−6076

Employer Tax ID / Other nos.:

---

### Notice of Denied,Vacated, Waived, or Revoked Discharge

On 10/24/2018 , the Court signed an order:

- ○ Vacating the Discharge
- ◉ Denying the Discharge
- ○ Revoking the Discharge
- ○ Approving the Waiver of the Discharge

FOR THE COURT

Dated: October 24, 2018

<u>Jeffrey P. Allsteadt , Clerk</u>
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 18-81910-TML
Robert Sam                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3           User: jclarke           Page 1 of 2           Date Rcvd: Oct 24, 2018
                               Form ID: dschntc         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db             +Robert Sam,    7 Colony Ct,    Galena, IL 61036-8691
27050967       +Amerigas,    2257 State Road 80,    Cuba City, WI 53807-9703
27050977       +CWCMR&H L.L.P,    2080 S Park Ct,    Dubuque, IA 52003-7986
27124151        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
27050971        Celtic Bank/Contfinco,    4450 New Linden Hill Rd,    Wilmington, DE 19808
27050972       +Continental Finance Co,    PO Box 8099,    Newark, DE 19714-8099
27050973       +Credit First N A,    6275 Eastland Rd,    Brook Park, OH 44142-1399
27050974       +Credit First National Assoc,    Attn: Bankruptcy,    PO Box 81315,    Cleveland, OH 44181-0315
27050978       +EM Strategies, Ltd,    1200 Maple Rd,    Joliet, IL 60432-1439
27050980       +Firestone,    PO Box 81344,    Cleveland, OH 44188-0001
27100102        Galena Territory Association,    c/o Jeffrey C. McDaniel,    3725 Blackhawk Road, Suite 200,
                 Rock Island, IL 61201
27050982       +Iindigo,    2000 River Edge Pkwy,    Atlanta, GA 30328-4694
27050983        Jo-Carroll Energy,    796 US Hwy 20 W,    Elizabeth, IL 61028
27126231       +Jo-Carroll Energy, Inc. (NFP),    POB 390,    Elizabeth IL 61028-0390
27050986        MB Financial,    611 N River Rd,    Des Plaines, IL 60018
27050987       +MBB,    1460 Renaissance Dr,    Park Ridge, IL 60068-1331
27050988       +Med Busi Bur,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
27050989       +Med Business Bureau,    1460 Renaissance Dr #400,    Park Ridge, IL 60068-1349
27050990       +Mediacom,    3033 Asbury Road,    Dubuque, IA 52001-8434
27050991       +O'Connor & Thomas, P.C.,    1000 Main St,    Dubuque, IA 52001-6874
27050994       +Ralph & Vera Helm,    12584 Golfview Dr,    Huntley, IL 60142-7524
27150637       +Ralph Helm & Vera Helm,    12584 Golf View,    Huntley, IL 60142-7524
27147257       +Ralph Helm & Vera Helm,    c/o Thomas P Sandquist,    POB 219,    Rockford IL 61105-0219
27050995       +Ralph and Vera Helm,    c/o Steven G. Klesner,    373 Scott Court, Suite B,    PO Box 3400,
                 Iowa City, IA 52244-3400
27050996       +Ralph and Vera Helm,    12584 Golf View Drive,    Huntley, IL 60142-7524
27050997       +Reflex,    PO Box 8099,    Newark, DE 19714-8099
27050998       +Thomas J. Nack,    Nack, Richardson & Nack, P.C.,    PO Box 336,    Galena, IL 61036-0336
27050999       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank,    4325 17th Ave S,    Fargo, ND 58125)
27051000        Utilitys Inc.,    PO Box 11025,    Lewiston, ME 04243-9476

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
27050968        E-mail/Text: legal@approved-financial.com Oct 25 2018 01:59:03      Approved Financial,
                 175 SW 7th St Ste 1900,    Miami, FL 33130
27050969        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2018 02:09:01      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
27050970       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2018 02:09:02      Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
27050975       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 25 2018 01:57:01      Credit One Bank Na,
                 PO Box 98875,    Las Vegas, NV 89193-8875
27050976       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 25 2018 01:55:59      CreditOne Bank,
                 Attn: Bankruptcy,    PO Box 98873,    Las Vegas, NV 89193-8873
27050979       +E-mail/Text: bnc-bluestem@quantum3group.com Oct 25 2018 02:01:41      Fingerhut,
                 Attn: Bankruptcy,    PO Box 1250,    Saint Cloud, MN 56395-1250
27050981       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Oct 25 2018 02:02:17      Genesis BC/Celtic Bank,
                 268 S State St Ste 300,    Salt Lake City, UT 84111-5314
27050984       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 25 2018 01:59:24      Kohls/Capital One,
                 PO Box 3120,    Milwaukee, WI 53201-3120
27050985       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 25 2018 01:59:24      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
27178222        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 25 2018 01:57:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
27050992       +E-mail/Text: ecfbankruptcy@progleasing.com Oct 25 2018 02:00:46      Prog Leasing, LLC,
                 256 West Data Drive,    Draper, UT 84020-2315
27050993       +E-mail/Text: ecfbankruptcy@progleasing.com Oct 25 2018 02:00:46      Progressive Leasing,
                 256 West Data Dr,    Draper, UT 84020-2315
27051001       +E-mail/Text: bnc-bluestem@quantum3group.com Oct 25 2018 02:01:41      Webbank/Fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                           TOTAL: 13

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: jclarke          Page 2 of 2           Date Rcvd: Oct 24, 2018
                             Form ID: dschntc         Total Noticed: 42
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
             Donald Q Manning    on behalf of Creditor Ralph  Helm dqm@mjwpc.com,  mckenzie@mjwpc.com
             Donald Q Manning    on behalf of Attorney Tom  Nack dqm@mjwpc.com,  mckenzie@mjwpc.com
             Donald Q Manning    on behalf of Creditor Vera  Helm dqm@mjwpc.com,  mckenzie@mjwpc.com
             Jeffrey C McDaniel    on behalf of Creditor   Galena Territory Association jcm@Brookslawfirmpc.com
             Lydia  Meyer    on behalf of Trustee Lydia  Meyer ecf@lsm13trustee.com
             Lydia  Meyer    ecf@lsm13trustee.com
             Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
             Thomas P. Sandquist    on behalf of Creditor Vera  Helm tsandquist@wilmac.com
             Thomas P. Sandquist    on behalf of Creditor Ralph  Helm tsandquist@wilmac.com
                                                                        TOTAL: 9
```