UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ROBERT SAM | ) | CASE NO. 18-81910 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF MAILING

       I, the undersigned being first duly sworn on oath, depose and state that I served a copy of this **ORDER** upon the Debtor(s) to their current address on file with the Trustee's office by mailing a true and correct copy in a properly addressed envelope, postage pre-paid at Rockford, IL at or about the hour of 5:00 p.m. on 10/29/2018.

/s/Cynthia K. Burnard

LYDIA S. MEYER, Trustee
308 West State Street, Suite 212
Post Office Box 14127
Rockford, IL  61105-4127
Telephone:  815-968-5354
Fax:  815-968-5368